**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, | ) ) ) ) ) | Case No. 4:17-cv-186 |
| Respondents. | ) | |

**DECLARATION OF YENY C. CIBOROWSKI**

Yeny C. Ciborowski, hereby states as follows:

1.      I am an attorney at the law firm Barnes & Thornburg LLP and am one of the attorneys of record for Plaintiff People for the Ethical Treatment of Animals, Inc. ("***PETA***").

2.      I submit this declaration in support of PETA's Motion for Temporary Restraining Order and Memorandum in Support of Plaintiff's Motion for Temporary Restraining Order (collectively, the "***Motion***").

3.      Identified in this declaration are various inspection reports from the United States Department of Agriculture ("***USDA***") regarding inspections performed on the Defendants Wildlife In Need and Wildlife in Deed, Inc., Timothy Stark, and Melisa Stark (collectively, the "***Defendants***"), which are referred to in the Motion. The facts set forth below are within my personal knowledge or have been obtained from public sources identified below.

4.      Recent USDA inspection reports for wildlife exhibitors in Indiana, including the Defendants, are available at the USDA's website,

https://www.aphis.usda.gov/animal_welfare/downloads/awa/Inspection_Reports/E/AWA_IR_C-IN_secure.pdf.

     5.      A true and correct copy of the USDA's January 17, 2014 routine inspection report on the Defendants is attached hereto as Exhibit A. The document may be found on the USDA website. A certified copy of this report is available upon request.

     6.      A true and correct copy of the USDA's March 17, 2017 routine inspection report dated March 18, 2017 on the Defendants is attached hereto as Exhibit B. The document may be found on the USDA website. A certified copy of this report is available upon request.

     7.      A true and correct copy of the USDA Animal Care Policy Manual, Policy #3, Veterinary Care (Mar. 14, 2014) is attached hereto as Exhibit C. The document may be found on the USDA website,

https://www.aphis.usda.gov/animal_welfare/downloads/Animal%20Care%20Policy%20Manual.pdf.

     8.      A true and correct copy of the USDA Animal Care, Information Sheet on Declawing and Tooth Removal (Aug. 2006) is attached hereto as Exhibit D. The document may be found on the USDA website,

https://www.aphis.usda.gov/animal_welfare/downloads/big_cat/declaw_tooth.pdf.

     9.      A true and correct copy of the AVMA Executive Board article titled "AVMA now condemns declawing wild and exotic cats" and dated Dec. 31, 2012 is attached hereto as Exhibit E. The document may be found on the AVMA website,

https://www.avma.org/news/javmanews/pages/130115l.aspx.

10.    A true and correct copy of the USDA's March 17, 2017 routine inspection report dated March 22, 2017 on the Defendants is attached hereto as Exhibit F. The document may be found on the USDA website. A certified copy of this report is available upon request.

I declare under penalty of perjury that the foregoing is true and correct.


Chicago IL                                  /s/ Yeny C. Ciborowski
September 29, 2017                           BARNES & THORNBURG LLP
                                            One North Wacker Drive
                                            Suite 4400
                                            Chicago, Illinois 60606
                                            Telephone: 312- 357-1313