# Exhibit A

United States Department of Agriculture
Animal and Plant Health Inspection Service

17140733363859  insp_id

# Inspection Report

TIMOTHY STARK

Customer ID: **11620**
Certificate: **32-C-0204**
Site: **001**
TIM STARK

3320 JACK TEEPLE RD

Type: ROUTINE INSPECTION
Date: 17 January 2014

CHARLESTOWN, IN 47111

**2.131    (c)(1)**
**HANDLING OF ANIMALS.**
This is a focused inspection in regards to the direct contact exhibition of three tiger cubs currently open to the public.

There are one to three tiger cubs at any one time, approximately 15-16 weeks of age that are currently being shown to the public. The exhibition is advertised on a sign in the driveway as "Tiger Baby Playtime" asking for a donation fee of $25 for each member of the public. This fee allows them to enter into a caged room approximately 15 feet x 20 feet where 1 to 3 tiger cubs will be released into the room and allowed to play with the visitors. During the exhibition time there are on average 30-35 people at a time sitting on the floor. These tiger cubs are approximately 50 lbs and 18-20 inches high at the shoulder.
During the exhibition the licensee advised that he is always in the room and there are 1-2 other volunteers that are outside the room if needed. The licensee advised that he tells the public before the tigers come into the room that they may get scratched or nipped by the cubs, but that's what cubs do and if they are uncomfortable with that they should leave. The licensee stated there have been some scratches in the past few weeks, however he did not consider anything to be an injury and harmful to the public, he stated "a little blood is nothing".
The licensee advised there was one girl recently on January 15, 2014 that got up within the first 10 minutes of the 30 minute session upset because one of the tiger cubs gave her a little nip or scratched her. He wasn't sure as she got up and wanted to be let out of the caged area. He advised that there had been several other people that have been scratched during the exhibitions but that they never complained to him or seemed to have any issue, just that one girl two days prior.
The licensee also stated that he tells the visitors to smack the tigers on the nose if they get too rough in order to teach them not to climb up or scratch etc. He advised that some people don't hit the tigers hard enough to do anything and if he needs to step in he will and has taken any cubs out of the room as needed if they get to rough or playful. The tigers have been exhibited hourly; 30 minutes with public contact and 30 minutes off throughout the day every day since they were 7 weeks old. The licensee stated that he feels that he can exhibit the tigers with full contact with the public up until they are 16 weeks of age.
During the exhibition of the tiger cubs there need to be sufficient number of staff that needs to be knowledgeable, responsible and readily identifiable. When asked for a list of the volunteer staff that assists with

| | | | |
|---|---|---|---|
| **Prepared By:** | JUAN ARANGO, A C I | | |
| Title: | JUAN F ARANGO, A C I<br>ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care<br>Inspector  6008 | Date:<br>17 January 2014 |
| **Received By:** | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | 17 January 2014 |

Page 1 of 2

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

USDA
United States Department of Agriculture
Animal and Plant Health Inspection Service

17140733363859  insp_id

# Inspection Report

the exhibition/care of the tigers and their training qualifications, the licensee stated that he would not provide any personal information of his staff, and that he was getting rid of the ones he had now and would get new staff in a few weeks.

It is clear with the evidence of recent reported injuries that these tiger cubs are too large, too strong and aggressive to have direct contact with the public with minimal risk of harm. It is imperative that when allowing the public to have physical contact with tiger cubs that the animals are not able to cause any injuries, scratches or bites to any members of the public. When an animal, regardless of age, is of the size, weight and aggressiveness that they are causing these kinds of injuries, they should not be used for handling exhibitions where the public is in direct contact with the animals.

The licensee must stop all direct contact exhibitions with the tigers that are capable of causing any injuries to the public including but not limited to biting, scratching or bruising. The licensee shall not allow members of the public to work handle or discipline the animals by using physical reprimand to keep the animals from getting too aggressive. The licensee shall identify additional handlers and staff and their qualifications to inspectors upon request to prove their knowledge and qualifications.

To be corrected: From this day forward.

Inspection and exit interview conducted with the facility representative.

| | | | |
|---|---|---|---|
| **Prepared By:** | JUAN ARANGO, A C I | | |
| | JUAN F ARANGO, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 6008 | 17 January 2014 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | 17 January 2014 |

Page 2 of 2

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf