# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| People for the Ethical Treatment of Animals, INC<br>*Plaintiff,*<br><br>vs.<br>Wildlife in Need and Wildlife in Deed, Inc, et, al.<br><br>*Defendants.* | Case No: 4:17-CV-186 |

**APPEARANCE OF COUNSEL**

TO:   The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 Wildlife In Need and Wildlife in Deed, Inc, Timothy L. Stark and Melisa D. Stark. _____

Date: October 3, 2017

               _____/s/C. Richard Rush_____
                    *Attorney's Signature*

               _____Charles Richard Rush - 19545-22____
                  *printed name and bar number*

               *Rush Law Office*
               *421 West First Street*
               _____*New Albany IN 47150*_____
                  *Address*

                 *c.richardrsush@gmail.com*
               _____
                  *E-mail Address*

                 *(812)945-6999*
               _____
                  *Telephone number*

                 *(812)949-4003*
               _____
                  *Fax number*