UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 4:17-cv-00186-RLY-DML<br>) |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, MELISA D. STARK, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**ENTRY ON TELEPHONIC HEARING OF OCTOBER 4, 2017
BEFORE THE HONORABLE RICHARD L. YOUNG, JUDGE**

Parties appear telephonically, plaintiff by Brian Lewis, Paul Olszowka and Yen Ciborowski, defendants by Richard Rush, for a telephonic conference on the Motion for Temporary Restraining Order and Preliminary Injunction filed by Plaintiff.

The conference was held and the court enters temporary relief by separate order.

Distributed Electronically to Registered Counsel of Record