IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, | ) ) ) ) ) | 4:17-cv-00186-RLY-DML |
| Defendants. | ) | |

**ENTRY GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER**

This matter coming before the court on Plaintiff's, People for the Ethical Treatment of Animals, Inc.'s ("PETA"), Motion for Temporary Restraining Order and supporting documents (collectively, the "Motion"), all parties given due notice and being represented by counsel at the telephonic conference, and the court being fully advised in the premises, the court finds that:

    A.    Subject matter jurisdiction exists pursuant to 16 U.S.C. § 1540(g) and 28 U.S.C. § 1331; and

    B.    PETA has demonstrated that it is likely to suffer irreparable harm in the absence of temporary injunctive relief and has satisfied the requirements for a Temporary Restraining Order under Fed. R. Civ. P. 65.

THEREFORE, the Plaintiff's Motion for Temporary Restraining Order (Filing No. 4) is

**GRANTED**, and IT IS HEREBY **ORDERED:**

    1.    Defendants Wildlife In Deed, Inc., Timothy L. Stark, and Melisa D. Stark (collectively, "Defendants") are restrained from declawing any lions, tigers, and hybrids thereof in their possession, custody, and control;

2. For purposes of this Order (i) "declawing" means a procedure, surgical or otherwise, also called onychectomy, in which an animal's toe is amputated at the distal interphalangeal joint and (ii) the term "Defendants" shall include the Defendants' agents, employees, volunteers, and any veterinarian or veterinarian technician retained by the Defendants;

3. No bond is required;

4. The hearing on the Motion is continued to October 19, 2017 at 1:00 p.m. (CT); and

5. This Order shall be effective immediately and shall remain in effect until the conclusion of the hearing on October 19, 2017 unless extended by the court.

**SO ORDERED** this 4th day of October 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.