UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case 4:17-cv-0186-RLY-DML ) ) |
| WILDLIFE IN NEED AND WILDLIFE INDEED, INC., TIMOTHY L. STARK, and MELISA D. STARK, | ) ) ) ) |
| Defendants. | ) ) |

## Order on Submission by Defendant Timothy Stark

Defendant Timothy Stark has filed a "memo," purportedly on behalf of all defendants, to report about the "removal of cub from mother." Dkt. 120. It is not clear why the submission was filed. It may have been filed in an attempt to comply with a requirement in the court's preliminary injunction order that "Defendants must notify the court of the premature maternal separation and must supply the court with a written competent opinion of a veterinary medical doctor attesting to the medical necessary for the separation which may be prepared after the fact in case of an emergency." (*See* Dkt. 89 at p. 18).  If that's the reason for Mr. Stark's memo, the memo does not appear to comply with the injunction's requirement because an opinion of a veterinary medical doctor has not been submitted. Further, Mr. Stark represents only himself, and he is not authorized to make filings on behalf of any other defendant.

If the purpose of the memo is to attempt to comply with the injunction regarding proof of medical necessity for premature maternal separation, then the defendants are ORDERED to supply the court with a written competent opinion of a veterinary medical doctor as required by the preliminary injunction. The opinion must be filed by **June 22, 2018.**

So ORDERED.

Dated: June 8, 2018

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

Via United States mail:
TIMOTHY L. STARK
3320 Jack Teeple Road
Charlestown, IN  47111