IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., </br></br>Plaintiff, </br></br>v. </br></br>WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, </br></br>Defendants. | Cause No. 4:17-cv-00186-RLY-DML |

**PLAINTIFF'S MOTION TO MAINTAIN DOCUMENTS UNDER SEAL**

Plaintiff, People of the Ethical Treatment of Animal, Inc. ("PETA"), through its attorneys, pursuant to Local Rule 5-11(d)(2)(A), respectfully moves the Court to maintain under seal certain documents submitted in support of its Motion to Clarify the Preliminary Injunction and Evidence Preservation Orders, as follows:

(1) The deposition of Defendant Timothy L. Stark which is attached at Exhibit 3 to the Declaration of Asher Smith

(2) The deposition of Melisa D. Stark which is attached at Exhibit 12 to the Declaration of Asher Smith; and

(3) The Brief in Support of the Motion to Clarify which makes repeated references to the statements of defendants and otherwise disclosed in the depositions.

For the reasons set forth more fully in PETA's accompanying Brief in Support of this, PETA requests that the Court maintain these documents referenced above under seal.

Dated: April 30, 2019                                    Respectfully Submitted,

                                                          */s/ Brian Lewis*

Brian W. Lewis
  Brian.Lewis@btlaw.com
Paul T. Olszowka
  Paul.Olszowka@btlaw.com
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: 312- 357-1313
Facsimile: 312-759-5646

Caitlin Hawks
  CaitlinH@petaf.org
Gabriel Walters
  GabeW@petaf.org
Asher Smith
  AsherS@petaf.org
PETA FOUNDATION
1536 16th Street, NW
Washington, DC  20036
Telephone: (202) 483-7382
Facsimile: (202) 540- 2208

*Attorneys for People for the Ethical Treatment of Animals, Inc.*

## **CERTIFICATE OF SERVICE**

I, Brian Lewis, an attorney, certify that on April 30, 2019, the foregoing document was served via the Court's ECF system to the attorney of record for the Defendants in this case, J. Clayton Culotta, 815 E. Market Street, New Albany, IN 47150, clayculotta@culottalaw.com, and via electronic mail to Defendant Timothy L. Stark, pro se, 3320 Jack Teeple Road, Charlestown, Indiana, 47111, wildlifeinneed@aol.com.

Dated: April 30, 2019                              /s/ Brian Lewis

                                              Brian W. Lewis
                                                Brian.Lewis@btlaw.com
                                              Paul T. Olszowka
                                                Paul.Olszowka@btlaw.com
                                              BARNES & THORNBURG LLP
                                              One North Wacker Drive, Suite 4400
                                              Chicago, Illinois 60606
                                              Telephone: 312- 357-1313
                                              Facsimile: 312-759-5646

                                              Caitlin Hawks
                                                CaitlinH@petaf.org
                                              Gabriel Walters
                                                GabeW@petaf.org
                                              Asher Smith
                                                AsherS@petaf.org
                                              PETA FOUNDATION
                                              1536 16th Street, NW
                                              Washington, DC  20036
                                              Telephone: (202) 483-7382
                                              Facsimile: (202) 540- 2208

                                              *Attorneys for People for the Ethical*
                                              *Treatment of Animals, Inc.*