UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
New Albany Division

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,

    Plaintiff

v.                                                           Civil Action No. 4:17-cv-00186-RLY-DML

WILDLIFE IN NEED AND WILDLIFE
IN DEED, INC., TIMOTHY L. STARK,
and MELISA D. STARK,

    Defendants

## DECLARATION OF J. CLAYTON CULOTTA

I, J. Clayton Culotta, hereby state as follows:

1. I am counsel for the Defendants Melisa D. Stark and Wildlife in Need and Wildlife in Deed, Inc.

2. I submit this declaration in support of the Defendants, Wildlife in Need and Wildlife in Deed, Inc.'s ("WIN") and Melisa Stark's, and Timothy Stark's, *Joint Response to PETA's Motion for Sanctions [Doc. 218], Motion for Contempt [Doc. 219], Motion for Order Regarding Ownership of Big Cats [Doc. 220] and PETA's Motion for Order to Show Cause Regarding Jeff Lowe [Doc. 221]*.

3. Tim Stark appears in this matter *pro se*, but has reviewed, approved and agreed to the factual background, content and argument of the joint response.

4. This declaration is to authenticate the existence of exhibits attached hereto provided in support of and referenced in Defendants Joint Response.

5. Attached hereto as *Exhibit A* is a true and correct copy of Mr. Stark's current Class C Exhibitor's license issued to him by the United States Department of Agriculture.

1

6. On June 3, 2019, I searched the web and found the website for the Wildlife in Need and Wildlife in Deed, Inc. A true and correct copy of the tab identified as "About Us" is attached hereto as *Exhibit B*.

7. Attached here to as *Exhibit C* are true and correct copies documents evidencing Mr. Stark's transfer of the Big Cats to Jeff Lowe.

8. Attached here to as *Exhibit D* is a true and correct copy of Mr. Lowe's May 22, 2019, letter to Plaintiff's Counsel.

9. On June 3, 2019, I searched the web and found the website for the People for the Ethical Treatment of Animals. A true and correct copy of the tabs identified as "All About PETA" attached to the Response as *Exhibit E* and "Your Search for Tim Stark," "Your Search for Wild Life In Need," "Your Search for Melisa Stark," and "Your Search for Jeff Lowe" are attached collectively as *Exhibit J*.

10. Attached hereto as *Exhibit F* is a true and correct copy an April 4, 2019, letter Declarant received from Plaintiff's Counsel.

11. On May 31, 2019, I searched the web and found the website for the United States Department of Agriculture. A true and correct copy of the tab identified as "Attending Veterinarians" is attached as *Exhibit G*.

12. Attached is hereto as *Exhibit H* is a true and correct copy of the Decision and Order of the Secretary of Agriculture *In re: Terranova Enterprises, Inc., a Texas corporation d/b/a Animal Encounters, Inc., et al.*, United States Department of Agriculture Before the Secretary of Agriculture, Docket Nos. 09-0155 and 10-0418.

13. Attached hereto as *Exhibit I* is a true and correct copy of the Consent Judgment Order [Doc. 9], in the matter of *People for the Ethical Treatment of Animals, Inc. v. Mobile Veterinary Services Equine, Inc. and Ricky L. Pelphrey*, 4:18-cv-00163 RLY-DML.

14. Attached hereto as *Exhibit K* is a true and correct copy of an email Jeff Lowe forwarded to Bonnie Boone with APHIS on May 24, 2019.

15. On June 3, 2019, I searched the web and found the website for The Wild Animal Sanctuary. A true and correct copy of a page identified as "Sanctuary Founder" is attached as *Exhibit L*.

16. Attached hereto as *Exhibit M* is a true and correct copy of an email string between Tim Stark and Plaintiff's Counsel between February 4, 2019 and February 11, 2019.

17. Attached hereto as *Exhibit N* are true and correct copies of excerpts from Melisa Stark's April 12, 2019 deposition transcript.

18. On June 5, 2019, I searched the web and found the website for the Oklahoma Secretary of State Business Search. A true and correct copy of the search for "Red River Safari" is attached hereto as *Exhibit O*.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Thus done and signed this 5th day of June 2019, in New Albany, Indiana.

s/ J. Clayton Culotta
J. Clayton Culotta
Bar No. 26733-11
815 E. Market Street
New Albany, IN 47150
Telephone No. (812) 941-8886 Ext. 24
Facsimile No. (812) 941-8883
clayculotta@culottalaw.com
