UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
New Albany Division

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,

    Plaintiff

v.                                              Civil Action No. 4:17-cv-00186-RLY-DML

WILDLIFE IN NEED AND WILDLIFE
IN DEED, INC., TIMOTHY L. STARK,
and MELISA D. STARK,

    Defendants

## DEFENDANTS WILDLIFE IN NEED AND WILDLIFE IN DEED, INC.'S, MELISA STARK'S AND TIMOTHY STARK'S JOINT MOTION FOR ORDER THAT PLAINTIFF'S GIVE SECURITY

Now come the Defendants, Wildlife in Need and Wildlife in Deed, Inc. ("WIN") and Melisa Stark, by and through the undersigned counsel, and Timothy Stark, individually, (jointly "Defendants"), and submit this *Joint Motion for Order that Plaintiff's Give Security* pursuant to Fed. R. Civ. P. 65(c). In support of said motion Defendants state:

1. On September 29, 2017, Plaintiff filed their Complaint [Doc 1], asked for a Temporary Restraining Order [Doc. 4] which the Court granted on October 4, 2017. [Doc. 19]

2. On October 19, 2017, the Defendants filed their objection to the Temporary Restraining Order. [Doc. 24]

3. On October 30, 2017, the TRO was extended by Court order. [Doc. 25] Briefing of the Preliminary Injunction request ensued, on January 24, 2018, the Court heard testimony and on February 12, 2018, issued a Preliminary Injunction. [Doc. 89]

4. The Court issued both the Temporary Restraining Order and the Preliminary Injunction without requiring the Plaintiff post security in conformity with Fed. R. Civ. P. 65(c).

1

5. Fed. R. Civ. P. 65(c) states in pertinent part that "[T]he court may issue a preliminary injunction or a temporary restraining order *only* if the movant gives security in an amount that the court considers proper to pay the costs and damages sustained by any party found to have been wrongfully enjoined or restrained." [Emphasis added.]

WHEREFORE, Defendants, Wildlife in Need and Wildlife in Deed, Inc. ("WIN"), Melisa Stark and Timothy Stark pray that this Court issue an order to Plaintiff that it must post security in order to maintain the Preliminary Injunction.

Respectfully Submitted:

Date: April 28, 2020

s/ J. Clayton Culotta
J. Clayton Culotta
Bar No. 26733-11
815 E. Market Street
New Albany, IN 47150
Telephone No. (812) 941-8886 Ext. 24
Facsimile No. (812) 941-8883
clayculotta@culottalaw.com
Counsel for Defendants Wildlife in Need and Wildlife in Deed, Inc. ("WIN") and Melisa Stark

Reviewed, Approved and Agreed to by:

_____
Timothy L. Stark
3320 Jack Teeple Road
Charlestown, IN 47111
Wildlifeinneed@aol.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 28 day of April 2020, a copy of the foregoing was provided to counsel for the Plaintiff at the address below via the Court's electronic filing system:

Brian W. Lewis
Paul T. Olszowka
Barnes & Thornburg, LLP
One North Wacker Drive
Suite 4400
Chicago, IL 60606
Brian.lewis@btlaw.com
paul.olszowka@btlaw.com

                              s/ J. Clayton Culotta
                                J. Clayton Culotta