UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
New Albany Division

PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.,

       Plaintiff

v.                                   Civil Action No. 4:17-cv-00186-RLY-DML

WILDLIFE IN NEED AND WILDLIFE
IN DEED, INC., TIMOTHY L. STARK,
and MELISA D. STARK,

       Defendants

## <u>ORDER GRANTING MOTION THAT PLAINTIFF GIVE SECURITY</u>

UPON CONSIDERATION of Defendants', Melisa Stark's, Wildlife in Need and

Wildlife in Deed, Inc.'s and Timothy Stark's, *Joint Motion for Order that Plaintiff's Give*

*Security* and the Court being otherwise advised in the premise, the Court GRANTS said

motion pursuant to Fed. R. Civ. P. 65(c).

It is further ordered that Plaintiff shall post security in the amount of $3,000,000.00 on or

before the ___ day of _____, 2020.

So ORDERED this ___ day of _____, 2020.

_____
Judge

Distribution:

All ECF-registered counsel of record via email
generated by the court's ECF system

Via United States mail:

Timothy Stark
3320 Jack Teeple Road
Charlestown, IN 47111

Jeff Lowe
25803 N. County Road 3250
Wynnewood, OK 73098