IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, MELISA D. STARK, and JEFF LOWE, | ) ) ) ) ) ) | 4:17-cv-00186-RLY-DML |
| Defendants. | ) | |

### DECLARATION OF SCOTT EHLEY

I, Scott Ehley, hereby state as follows:

1. I am over the age of 18 years and not laboring under any disabilities. I have personal knowledge of the facts and matters set forth below.

2. I began working at Wildlife in Need (WIN) in 2016, which was within two years of when my wife, Darlene Ehley, began volunteering at WIN in 2014. I started off doing mostly building and repair work, and was paid a salary ranging from $2,000 to $2,400 per pay period. Although I was on payroll as an independent contractor, Tim Stark controlled what I did, when I did it, and how I did it. Starting in 2017, my responsibilities also included feeding WIN's lions, tigers, and hybrids of lions and tigers ("Big Cats"). I left WIN after a June 2019 incident in which I was gravely injured after being bitten multiple times by a hyena who had escaped from his cage.

3. One thing I recall about working with the Big Cats at WIN was that the combination locks on most their enclosures had combinations that were either all fives or all sevens. The same was true of many of the other large animals at WIN, including hyenas and bears.

4. I recall an incident that took place in early 2017 when I was in Tim's home with Tim and

his then-wife, Melisa Stark. A female white lion cub bit Tim. Tim then threw the cub down, chased her into his kitchen, and repeatedly stomped on her to the point where Melisa asked him to stop. Tim then told Melisa to "shut the fuck up and stay out of my business, I know what I'm doing." I believe that Tim's stomping could easily have killed this cub.

5. Melisa was the only other witness to this incident. I immediately told a number of other WIN staff members about it, including Darlene.

6. I also recall an incident that took place one evening after a spring of 2018 animal encounter show at WIN that was open to members of the public. After the show, two guests—a man and a woman—were talking to Tim Stark and other WIN staff members. The guests expressed a desire to play with a tiger cub. Tim waited until the other members of the public left and then brought a tiger cub, named SemiDuWa (nicknamed "Simon"), from a kennel-like enclosure near WIN's parking lot.

7. At one point during this encounter, Tim tried to play with Simon. Simon, who was of teething age, lightly bit Tim. Tim reacted by throwing Simon to the ground, kicking him, and lifting his foot and violently stomping on Simon at least three or four times. Once again, it was sheer luck that this Big Cat cub did not die because of Tim's stomping.

8. Tim justified his actions in the moment by telling the guests that he had to show Simon "who was boss."

9. Other witnesses to this incident include Darlene and WIN board members Jessica Amin and Jeanie Bowyer.

I declare under penalty of perjury that the foregoing in true and correct.

Executed this 10 day of March, 2020, in Charlestown, Indiana.

_____
Scott Ehley