Exhibit

7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

New Albany Division

PEOPLE FOR THE ETHICAL

TREATMENT OF ANIMALS, INC.,

        Plaintiff

v.                                   Civil Action No. 4:17-cv-00186-RLY-DML

WILDLIFE IN NEED AND WILDLIFE

IN DEED, INC., TIMOTHY L. STARK,

and MELISA D. STARK,

        Defendants

## DECLARATION OF TIM STARK

Pursuant to 28 U.S.C. § 1746 I, Tim Stark, declare and affirm that:

1. The statements contained herein are true and accurate and made from the best of my knowledge and belief.  I am over the age of eighteen and provided this statement freely and voluntarily.  I understood that this statement could be used in the above captioned matter.

2. I am a private exotic animal owner and have been since 1997. I have owned and raised big cats since 1998.

3. Chief, my adult male lion was obtained in 2007 from a another private owner when he was 3 months old. He is now 13 years old. He is not declawed, and he was never in shows or used for any public interaction.

4.   UnGowwa, my female lioness was obtained in 2008 from another private owner. She is now 12 years old. She is not declawed, and was never in shows or used for any public interaction.

5.   Savanna, my female lioness was obtained as an adult cat in 2015 from another private owner when she was 3 years old. She is now 8 years old. She is not declawed and never used in shows or used in public for any interaction.

6.   HeDaBomb, Kubwa, Nafasi, Adamma, Amitola (Cutie Pie, Bennett (Benny), Kahari, Mako, Tabby and Simon are my hybrid big cats and are absolutely not covered under the endangered species act.

7.   Hurricane and Avalanche, two of my male tigers, were born here in the same litter in 2005 to my personal adult cats. They are 15 years old now. They were declawed in 2005, but did not ever participate in public encounters including shows.

8.   Glacier, one of my male tigers, was born here with me at WIN in 2007. He is 13 years old now. Glacier is not declawed, and he was never used in shows, or used in public for interaction.

9.   MeGyrl, one of my female tigers, was born here on my property in 2013. She is 7 years old now. She is not declawed.

10.  Babuva, another of my female tigers, was obtained her in 2009 from another private owner. She is 11 years old now. She is not declawed, and was never used for public interaction or shows.

11.  The baby that is in Daniel Chambers care is a lioness born in May 2020. She had to be medically removed from mother due to lack of milk. We have the veterinarian's statement regarding her for medical care.

12. There are four lion cubs that are in the possession of Jeff Lowe. They are housed at his facility. They were born here at this facility but pulled under the order of Jeff Lowe, the temporary owner at that time. I believe I was not in any violation regarding those cubs and believe they should be safely returned to me.

13. Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed in Charlestown, Indiana on this 3rd day of September 2020.

_____
Timothy Stark

DATE 4-21-16

SELLER/DONOR

BETH CORCEY
25B03 N. CR 3250
WYNNEWOOD OK 73098

BUYER/RECIEVER

TIM STARK
SELLERSBURG TN

USDA # 73-C-0167          USDA # 32-C-0204

### IDENTIFICATION OF ANIMALS BEING DELIVERED

| No. of Animals | Individual Identifiers | Species | Sex | Age | Remarks |
|---|---|---|---|---|---|
| 2 | | TAILIGERS | F | | YOUNG |
| #1 | | | | | BRCN 4-10-16 |
| | DONATED | | | | |

### DELIVERY RECIEPT-TO BE COMPLETED BY BUYER OR RECIEVER

BY(SIGNATURE)          TITLE: Owner          DATE: 4-22-16

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control numbers for this information collection are 0579-0036 and 0579-0093. The time required to complete this information collection is estimated to average .1 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**OMB APPROVED**
0579-0036
0579-0093

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS
*(Other Than Dogs and Cats)*

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☐ DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

1. INVOICE NUMBER  
2. PAGE  
3. DATE OF DISPOSITION  
4. DEALER'S LICENSE NUMBER

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made – Items 14 through 20 must be completed by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS Form 7020A), as needed.

5. SELLER OR DONOR *(Name and Address, include ZIP Code)*

Born Here
7 - 2005

6. BUYER OR RECEIVER *(Name and Address, include ZIP Code)*
7. USDA LICENSE NUMBER *(If any)*

**8. IDENTIFICATION OF ANIMALS BEING DELIVERED**

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER (if any) | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS (if applicable) | E. SPECIES | F. NUMBER YOUNG M | F. F | G. NUMBER ADULT M | G. F | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1 | Avalanche | | 1 | | | | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

**DELIVERY BY COMMERCIAL CARRIER**

9. DELIVERY BY *("X" one)*   ☐ Buyer's Truck   ☐ Dealer's Truck *(Seller or Donor)*
10. TRUCK LICENSE NUMBER
11. BILL OF LADING NUMBER
12. NAME AND ADDRESS OF COMPANY OR FIRM *(Include ZIP Code)*
13. NAME AND ADDRESS OF TRUCK DRIVER *(Include ZIP Code)*

**DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER**

14. ANIMALS DELIVERY WERE *("X" one)*   ☐ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED *(Attach explanation for rejection)*

15. TOTAL NUMBER RECEIVED
16. NUMBER DEAD
17. NUMBER ALIVE
18. BY *(Signature)*
19. TITLE
20. DATE

APHIS FORM 7020
JUL 2012

# DONATION TRANSFER

FROM: Kevin Antle (DOC)        USDA # 56-C-0116

Myrtle Beach, SC

To: Tim Stark        USDA # 32-C-0204
3320 Jack Teeple Rd.
Charlestown, IN 47111

6-29-09

## Items Donated

1 Lion            male      Zagga
1 Tiger (TABBY)    Female    BaBoVa

# Bill of Sale or Transfer

## Record of Acquisition or Disposition

Sale        Exchange or Transfer         Donation

Date of Activity: _1 - 3 - 18_

| Species | Sex | Quantity | Comments |
|---------|-----|----------|----------|
| Ti liger | m | 1 | 10 months |
| Cougar | F | 1 | 10 months |
| Bobcat | F | 1 | 6 months |
| | | | |
| | | | |

**Seller or Donor:**      USDA# _33-C-0218_

Name: _Gregg Woody   1909 Old Park Ave_
_Mulberry Grove, IL 62262_

Signature: _N/A_      Date: _1-3-18_

**Buyer or Receiver:**      USDA# _32-C-0204_

Name: _Tim Stark   3320 Jack Teeple Rd._
_Charlestown, IN 47111_

Signature: _[signature]_      Date: _1-3-18_

This record is authorized by law (7 USC § 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS *(Other Than Dogs and Cats)*

| 1. INVOICE NO. | 2. PAGE |
|---|---|
|  | 1 OF 1 |

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☒ DONATION

3. DATE OF DISPOSITION: 1-3-07

4. DEALER'S LICENSE NO.: 34-C-0131

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. SELLER OR DONOR** *(Name and Address, include Zip Code)*
Rachelle Gehringer
1425 Austin Farm Dr.
Ortonville MI 48462

**6. BUYER OR RECEIVER** *(Name and Address, include Zip Code)*
Tim Stark
3320 Jack Teeple Rd
Charlestown, IN 47111

**7. USDA LICENSE NO.** *(If any)*: 32-C-0204

### 8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 |  |  | Blk mare | M ☒ / F | M / F | 30 lbs |  |  |  |
|  |  |  |  | Lion cub | M / F | M / F |  |  |  |  |
|  |  |  |  |  | M / F | M / F |  |  |  |  |
|  |  |  |  |  | M / F | M / F |  |  |  |  |
|  |  |  |  |  | M / F | M / F |  |  |  |  |
|  |  |  |  |  | M / F | M / F |  |  |  |  |
|  |  |  |  |  | M / F | M / F |  |  |  |  |
|  |  |  |  |  | M / F | M / F |  |  |  |  |
|  |  |  |  |  | M / F | M / F |  |  |  |  |
|  |  |  |  |  | M / F | M / F |  |  |  |  |

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY** *("X" one)*
☒ Buyer's Truck   ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**

**13. NAME AND ADDRESS OF TRUCK DRIVER**
SAME AS BUYER

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE** *("X" one)*
☒ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED *(Attach explanation for rejection)*

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
|  | 0 |  |

**18. BY** *(Signature)*: [signature]

**19. TITLE**

**20. DATE**: 1-3-07

**APHIS FORM 7020**
**(APR 93)**
*(Replaces VS FORM 18-20, which is now obsolete, and APHIS Form 7020 (10-90) which may be used.)*

| According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control numbers for this information collection are 0579-0036 and 0579-0093. The time required to complete this information collection is estimated to average .1 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. | OMB APPROVED 0579-0036 0579-0093 |
|---|---|

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS
*(Other Than Dogs and Cats)*

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☐ DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made – Items 14 through 20 must be completed by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS Form 7020A), as needed.

1. INVOICE NUMBER

2. PAGE

3. DATE OF DISPOSITION

4. DEALER'S LICENSE NUMBER
*32-C-0204*

5. SELLER OR DONOR *(Name and Address, include ZIP Code)*

*Born Here*
*3 - 2007*

6. BUYER OR RECEIVER *(Name and Address, include ZIP Code)*

7. USDA LICENSE NUMBER *(If any)*

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER (if any) | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS (if applicable) | E. SPECIES | F. NUMBER YOUNG M | F. NUMBER YOUNG F | G. NUMBER ADULT M | G. NUMBER ADULT F | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | *Glacier* | | M 1 | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

9. DELIVERY BY *("X" one)*

☐ Buyer's Truck   ☐ Dealer's Truck *(Seller or Donor)*

10. TRUCK LICENSE NUMBER

11. BILL OF LADING NUMBER

12. NAME AND ADDRESS OF COMPANY OR FIRM *(Include ZIP Code)*

13. NAME AND ADDRESS OF TRUCK DRIVER *(Include ZIP Code)*

### DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER

14. ANIMALS DELIVERY WERE *("X" one)*

☐ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED *(Attach explanation for rejection)*

15. TOTAL NUMBER RECEIVED

16. NUMBER DEAD

17. NUMBER ALIVE

18. BY *(Signature)*

19. TITLE

20. DATE

APHIS FORM 7020
JUL 2012

DATE 2-24-16

Tim Stark

SELLER/DONOR
BETH COLLY
25805 N. CR 3250
WYNNEWOOD OK 73-098

BUYER/RECIEVER
DANIEL CHAMBERS
3320 JACK TEMPLE RD
Charles Town IN 47111

USDA # 73-C-0167

USDA # 32-C-0204

### IDENTIFICATION OF ANIMALS BEING DELIVERED

| No. of Animals | Individual Identifiers | Species | Sex | Age | Remarks |
|---|---|---|---|---|---|
| 1 | | LLIGER | M | | D.O.B.  2/15/16 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### DELIVERY RECIEPT-TO BE COMPLETED BY BUYER OR RECIEVER

BY(SIGNATURE)  _[signature]_

TITLE: Owener

DATE: 2-24-16

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control numbers for this information collection are 0579-0036 and 0579-0093. The time required to complete this information collection is estimated to average .1 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**OMB APPROVED**
0579-0036
0579-0093

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS
*(Other Than Dogs and Cats)*

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☑ DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made – Items 14 through 20 must be completed by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS Form 7020A), as needed.

1. INVOICE NUMBER
2. PAGE
3. DATE OF DISPOSITION
4. DEALER'S LICENSE NUMBER: 32-C-0204

5. SELLER OR DONOR (Name and Address, include ZIP Code)
Born Here
7- 2005

6. BUYER OR RECEIVER (Name and Address, include ZIP Code)
7. USDA LICENSE NUMBER (If any)

## 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER (if any) | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS (if applicable) | E. SPECIES | F. NUMBER YOUNG M | F | G. NUMBER ADULT M | F | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | Hurricane | | M 1 | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

9. DELIVERY BY ("X" one)
☐ Buyer's Truck   ☐ Dealer's Truck (Seller or Donor)
10. TRUCK LICENSE NUMBER
11. BILL OF LADING NUMBER
12. NAME AND ADDRESS OF COMPANY OR FIRM (Include ZIP Code)
13. NAME AND ADDRESS OF TRUCK DRIVER (Include ZIP Code)

### DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER

14. ANIMALS DELIVERY WERE ("X" one)
☐ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED (Attach explanation for rejection)
15. TOTAL NUMBER RECEIVED
16. NUMBER DEAD
17. NUMBER ALIVE
18. BY (Signature)
19. TITLE
20. DATE

APHIS FORM 7020
JUL 2012

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control numbers for this information collection are 0579-0036 and 0579-0093. The time required to complete this information collection is estimated to average .1 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**OMB APPROVED**
0579-0036
0579-0093

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS
*(Other Than Dogs and Cats)*

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☐ DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

**1. INVOICE NUMBER** //

**2. PAGE**

**3. DATE OF DISPOSITION**

**4. DEALER'S LICENSE NUMBER**
32-C-0204

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made – Items 14 through 20 must be completed by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS Form 7020A), as needed.

**5. SELLER OR DONOR** *(Name and Address, include ZIP Code)*

Born Here

7 - 2005

**6. BUYER OR RECEIVER** *(Name and Address, include ZIP Code)*

**7. USDA LICENSE NUMBER** *(if any)*

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER *(if any)* | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS *(if applicable)* | E. SPECIES | F. NUMBER YOUNG | | G. NUMBER ADULT | | H. EST. WEIGHT *(lbs.)* | I. REMARKS *(Condition, etc.)* | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | Hurricane | | M 1 | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY** *("X" one)*

☐ Buyer's Truck   ☐ Dealer's Truck *(Seller or Donor)*

**10. TRUCK LICENSE NUMBER**

**11. BILL OF LADING NUMBER**

**12. NAME AND ADDRESS OF COMPANY OR FIRM** *(Include ZIP Code)*

**13. NAME AND ADDRESS OF TRUCK DRIVER** *(Include ZIP Code)*

### DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERY WERE** *("X" one)*

☐ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED *(Attach explanation for rejection)*

**15. TOTAL NUMBER RECEIVED**

**16. NUMBER DEAD**

**17. NUMBER ALIVE**

**18. BY** *(Signature)*

**19. TITLE**

**20. DATE**

APHIS FORM 7020
JUL 2012

DATE 8-15-16

SELLER/DONOR
BETH COLLEY
25803 N. OK 3250
WYNNEWOOD OK 73098

BUYER/RECIEVER
TIM STARK
3320 JACK TEEPLE RD
Charlestown IN 47111

USDA # 73-C-0167          USDA # 32-C-0204

## IDENTIFICATION OF ANIMALS BEING DELIVERED

| No. of Animals | Individual Identifiers | Species | Sex | Age | Remarks |
|---|---|---|---|---|---|
| 1 | | LIGER | M | | 1 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

DELIVERY RECIEPT-TO BE COMPLETED BY BUYER OR RECIEVER

BY(SIGNATURE)          TITLE: Owner          DATE: 8-16-16

DATE 9-30-16

SELLER/DONOR

Beth Corley
Wynnewood OK

USDA # 73-C-0167

BUYER/RECIEVER

Tim Stark
Indiana

USDA # 32-C-0204

## IDENTIFICATION OF ANIMALS BEING DELIVERED

| No. of Animals | Individual Identifiers | Species | Sex | Age | Remarks |
|---|---|---|---|---|---|
| 1 | Male | Liliger | M | | |
| 6 | Female | Tamerin | Fruit | Bat | Donate |
| | | | | | |
| | | | | | |
| | | | | | |

## DELIVERY RECIEPT-TO BE COMPLETED BY BUYER OR RECIEVER

BY(SIGNATURE) Tim Stark   TITLE: Owner   DATE: 09-30-16

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control numbers for this information collection are 0579-0036 and 0579-0093. The time required to complete this information collection is estimated to average .1 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

**OMB APPROVED**
0579-0036
0579-0093

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

**RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS**
*(Other Than Dogs and Cats)*

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☐ DONATION

This record is required by law (7 U.S.C. 2131-2156). (9 CFR, Subchapter A, Parts 1, 2, and 3). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS Form 7020A), as needed.

1. INVOICE NUMBER
2. PAGE
3. DATE OF DISPOSITION
4. DEALER'S LICENSE NUMBER

5. SELLER OR DONOR *(Name and Address, include ZIP Code)*

BORN HERE
9-19-13

6. BUYER OR RECEIVER *(Name and Address, include ZIP Code)*
7. USDA LICENSE NUMBER *(If any)*

8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NUMBER, CRATE OR PEN NUMBER | B. NUMBER ANIMALS | C. PREVIOUS INVOICE NUMBER (if any) | D. INDIVIDUAL IDENTIFICATION TATTOOS, TAG NUMBERS (if applicable) | E. SPECIES | F. NUMBER YOUNG M | F | G. NUMBER ADULT M | F | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | | 2013 Tiger Baby | Tigers | 1 | 2 | | | | | | |
| | | | 1 | | M | F | M | F | | | | |
| | | | 2 | | M | F | M | F | | | | |
| | | | 3 | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |
| | | | | | M | F | M | F | | | | |

DELIVERY BY COMMERCIAL CARRIER

9. DELIVERY BY ("X" one)
☐ Buyer's Truck   ☐ Dealer's Truck *(Seller or Donor)*
10. TRUCK LICENSE NUMBER
11. BILL OF LADING NUMBER
12. NAME AND ADDRESS OF COMPANY OR FIRM *(Include ZIP Code)*
13. NAME AND ADDRESS OF TRUCK DRIVER *(Include ZIP Code)*

DELIVERY RECEIPT – TO BE COMPLETED BY BUYER OR RECEIVER

14. ANIMALS DELIVERY WERE ("X" one)
☐ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED *(Attach explanation for rejection)*
15. TOTAL NUMBER RECEIVED
16. NUMBER DEAD
17. NUMBER ALIVE
18. BY *(Signature)*
19. TITLE
20. DATE

APHIS FORM 7020
JUL 2012

DATE: *0830-16*

SELLER/DONOR

Beth Corly
25805 CR 3250
Wynnewood, OK 73098

BUYER/RECIEVER

Tim Stark
3320 Jack Teeple Rd
CharleStown IN 47111

USDA # 73-C-0167

USDA # 32-C-0204

## IDENTIFICATION OF ANIMALS BEING DELIVERED

| No. of Animals | Individual Identifiers | Species | Sex | Age | Remarks |
|---|---|---|---|---|---|
| 1 | | Liliger | F | Y | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## DELIVERY RECIEPT-TO BE COMPLETED BY BUYER OR RECIEVER

BY(SIGNATURE)         TITLE:         DATE:

*Tim Stark*          *Owner*        *08-30-16*

# Bill of Sale or Transfer

## Record of Acquisition or Disposition

Sale                    Exchange or Transfer              ( Donation )

Date of Activity: 10-8-15

| Species | Sex | Quantity | Comments |
|---------|-----|----------|----------|
| LION | M | 1 | Jogga |
| LION | F | 1 | Savanna |
| | | | |
| | | | |
| | | | |
| | | | |

Seller or Donor:                          USDA# 32-C-0179

Name: Jim Stapp        4860 E. State Rd 46
                       Greensburg, IN 47240

Signature: [signature]                     Date: 10-8-15

Buyer or Receiver:                         USDA# 32-C-0204

Name: Tim Stark    3320 Jack Teeple Rd.
                   Charlestown, IN 47111

Signature: [signature]                     Date: 10-8-15

This record is authorized by law (7 USC 2131-2156).   Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS *(Other Than Dogs and Cats)*

☐ **SALE**   ☐ **EXCHANGE OR TRANSFER**   ☐ **DONATION**

**INSTRUCTIONS:**   Complete applicable Items 1 through 13.   Original and one copy to accompany animals.   When delivery is made - Items 14 through 20 must be completed.   Original retained by Buyer (Receiver) and copy one returned to Seller (Seller or Donor).   Copy two to be retained by Dealer (Seller or Donor).   Attach Continuation Sheet (APHIS FORM 7020A) as needed.

| 1. INVOICE NO. | 2. PAGE |
|---|---|
| | 1 OF |

**3. DATE OF DISPOSITION**
10-10-08

**4. DEALER'S LICENSE NO.**
56 - C - 0116

**4. SELLER OR DONOR** *(Name and Address, Include Zip Code)*

**6. BUYER OR RECEIVER** *(Name and Address, Include Zip Code)*

**7. USDA LICENSE NO.** *(If any)*

**8. IDENTIFICATON OF ANIMALS BEING DELIVERED**

| A. CON-TAINER TAG NO., CRATE OR PEN NO. | B. NO. ANI-MALS | C. PREVIOUS INVOICE NO. *(if any)* | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. *(if applicable)* | E. SPECIES | AGE - SEX | | H. EST. WEIGHT *(lbs.)* | I. REMARKS *(Condition, etc.)* | RECEIVER'S USE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | F. NO. YOUNG | G. NO. ADULT | | | J. | K. |
| | | | UnGourva | Lion | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

**DELIVERY BY COMMERCIAL CARRIER**

**9. DELIVERY BY** *("X" one)*
☐ Buyer's Truck     ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**

**13. NAME AND ADDRESS OF TRUCK DRIVER**

**DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER**

**14. ANIMALS DELIVERED WERE** *("X" one)*
☐ IN APPARENT GOOD CONDITION     ☐ POOR CONDITION     ☐ REJECTED *(Attach explanation for rejection)*

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| | | |

**18. BY** *(Signature)*

**19. TITLE**

**20. DATE**

**APHIS FORM 7020**
**(APR 93)**

*(Replaces VS FORM 18-20, which is now obsolete, and APHIS Form 7020 (10-90) which may be used.)*

ORIGINAL - BUYER'S COPY (Receiver)