UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., </br></br>                Plaintiff, </br></br>                v. </br></br>WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., </br>TIMOTHY L. STARK, </br>MELISA D. STARK, and </br>JEFFREY L. LOWE, </br></br>                Defendants. </br></br>MELISA D. STARK, </br>TIMOTHY L. STARK, </br>WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., </br></br>                Counter Claimants, </br></br>                v. </br></br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., </br></br>                Counter Defendants. | ) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) </br>) | </br></br></br></br></br>No. 4:17-cv-00186-RLY-DML |

**MODIFIED PERMANENT INJUNCTION**

On August 3, 2020, the court granted People for the Ethical Treatment of Animals, Inc.'s ("PETA's") Motion for Partial Summary Judgment and their request for a permanent injunction against Timothy Stark, Melissa Lane, and their nonprofit zoo in Charlestown, Indiana, Wildlife in Need and Wildlife in Deed, Inc. ("WIN") (all

1

collectively the "WIN Defendants").  In light of the court's Entry issued today, the court now issues this modified permanent injunction.  It is now **HEREBY ORDERED**:

 1.  The WIN Defendants violated the Endangered Species Act ("ESA"), 16 U.S.C. §1538(a)(1)(B), (G) and its implementing regulations, 50 C.F.R. §§ 17.21(c), 17.31(a), 17.40(r), by taking tigers, lions, and hybrids thereof ("Big Cats") within the meaning of the ESA when they wounded, harmed, and/or harassed at least twenty-two Big Cats via declawing.

 2. The WIN Defendants violated the ESA, 16 U.S.C. § 1538(a)(1)(B), (G) and its implementing regulations, 50 C.F.R. §§ 17.21(c), 17.31(a), 17.40(r), by taking Big Cats within the meaning of the ESA when they harmed and harassed at least fifty-three Big Cats by prematurely separating Big Cat Cubs from their mothers.

 3. The WIN Defendants violated, and continue to violate, the ESA, 16 U.S.C. § 1538(a)(1)(D), (G) and implementing regulations, 50 C.F.R. §§ 17.21(d), 17.31(a), 17.40(r), by possessing Big Cats that they have unlawfully taken in violation of the ESA.

 4. The WIN Defendants, and their officers, agents, servants, and employees shall be permanently **ENJOINED** from declawing any Big Cat.  For purposes of this Order, "declawing" means a procedure, surgical or otherwise, also called onychectomy, in which an animal's toe is amputated at the distal interphalangeal joint.

 5. The WIN Defendants, and their officers, agents, servants, and employees shall be permanently **ENJOINED** both from prematurely separating any Big Cat Cub from his or her mother and from publicly displaying Big Cat Cubs in public encounters.  For purposes of this Injunction, premature separation means separation of cub and mother

within two years of birth without medical necessity. For purposes of this Injunction, "public encounters" includes (a) permitting a person who is not a WIN Defendant or their officer, agent, servant, and employee to have any physical contact with a Big Cat Cub or (b) a WIN Defendant or their officer, agent, servant, and employee presenting or handling a Big Cat Cub in any demonstration or presentation.

      6. The WIN Defendants, and their officers, agents, servants, and employees shall be permanently **ENJOINED** from owning or possessing any Big Cats, including those that they have unlawfully taken via declawing or premature maternal separation in violation of the ESA. As such, any and all ownership or possessory rights the WIN Defendants have in any Big Cats are terminated.

      7. The WIN Defendants, and their officers, agents, servants, and employees shall be permanently **ENJOINED** from owning or possessing any Big Cat without first demonstrating an ability to care for the animals and receiving court approval.

**SO ORDERED** this 15th day of September 2020.

                                                        RICHARD L. YOUNG, JUDGE
                                                        United States District Court
                                                        Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

TIMOTHY L. STARK
3320 Jack Teeple Road
Charlestown, IN 47111

Daniel J. Card
512 NW 12th Street
Oklahoma City, OK 73103