UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:17-cv-00186-RLY-DML |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, MELISA D. LANE, and JEFFREY L. LOWE, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# Order Directing Defendant Lowe to Provide Information <u>Regarding Big Cats</u>

To assist the court in connection with the effectuation of its Permanent Injunction and the transfer of Big Cats, the court directs defendant Jeffrey L. Lowe to (a) identify the physical location (by address and name of facility, if any) of each of the Big Cats, apparently known as Amelia, Kahari, Leo, and Nala, which were brought by Timothy Stark to Mr. Lowe in or about August 2019 and (b) identify any medical records, within his possession, custody, or control, with respect to any of these Big Cats that have not been previously produced by him to the plaintiff.

The identity of the physical location of these Big Cats must be filed with the court by **September 17, 2020**. The identification of medical records must be provided to the plaintiff by **September 17, 2020.**

So ORDERED.

Dated: September 15, 2020

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

Via United States mail:

**TIMOTHY L. STARK**
3320 Jack Teeple Road
Charlestown, IN 47111
PRO SE