UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC. | ) ) ) |
| v. | ) 17-cv-186-RYL-DML |
| WILDLIFE IN NEED, *ET. AL.* | ) ) ) |

# **NOTICE TO COURT AND PARTIES REGARDING 4 LIONS IN JEFF LOWE'S POSSESSION**

Pursuant to this Court's Order of September 15, 2020, [Dkt. No. 417], and to advise of recently developed circumstances, Defendant Jeffrey Lowe states as follows:

1. On August 30, 2020, both Eric Cowie (Greater Wynnewood Exotic Animal Park's employee) and Lauren Lowe, wife of Defendant Jeffrey Lowe, observed the 4 Big Cats at issue in this case to be playful and of good health.

2. That night, Defendant's property was broken into including kicking in the door to the animal nursery on the property. [Exh. 1, Photograph of Kicked in Door].

3. One of the lions at issue, Kahari, was found deceased the next day on August 31, 2020. Kahari was taken to Oklahoma Animal Disease Diagnostic Laboratory with OSU College of Veterinary Medicine. A necropsy was performed which states that "cause of death is not grossly evident…" [Exh. 2, Necropsy Report]. Defendant is awaiting pathology/toxicology reports for the lion.[1]

4. Upon further investigation of the lion's cage, a dart was found within the housing of the cage. [Exh. 3, Photograph of dart]. It is suspected whoever kicked in the door into the animal nursery also shot or otherwise caused a dart to inject poison into the lion.

---

[1] The undersigned was unaware of the death of the lion at the time of the conference with the Court on September 10, 2020, or the Court would have been notified at that time.

5. The Garvin County Sheriff's Office has been notified of the break in as well as the death of the lion. Defendant will provide the investigative report when received. The Sheriff's Department is also in possession of the dart and have advised Defendant they are or will run investigative tests on it.

6. The other 3 lions at issue are still at the Wynnewood facility located at 25803 N. CR 3250, Wynnewood, Oklahoma 73096. The veterinary records for all 4 lions at issue are in possession of Defendant Jeff Lowe at the same address.

Respectfully Submitted,

s/Daniel J. Card
Daniel J. Card, OBA 30034
512 NW 12th Street
Oklahoma City, Oklahoma 73103
580-465-4249
dan@cardlawok.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed and delivered via CM/ECF to the following counsel of record:

Brian Lewis
Paul Olszowka
Caitlin Hawks
Gabe Walters
Asher Smith
*Counsel for Plaintiff*

Clayton Culotta
*Counsel for Wild Life In Need*

This document was also emailed to Timothy Stark, *pro se,* at wildlifeinneed@aol.com and mailed on September 16, 2020, to 3320 Jack Teeple Road, Charlestown, IN. 47111

s/Daniel J. Card
Daniel J. Card