COLLEGE OF
**VETERINARY MEDICINE**

Stillwater, OK 74078
P | 405-744-6623
vetmed.okstate.edu/oaddl

# Oklahoma Animal Disease Diagnostic Laboratory

**OWNER:**
GREATER WYNNEWOOD EXOTIC ZOO
25803 N CR 3250
Wynnewood, OK 73098
(405) 207-4362

**RDVM:**
NOT GIVEN

**CLINIC:**
NOT GIVEN

Accession Number: 20-081367
Case Coordinator: Taylor, Brianne M
Received: Aug 31, 2020
Finalized: Pending
Species: Feline
Breed: Lion
Sex: Female, Intact
Age: 12 mos
Animal ID: Kahari

## PRELIMINARY REPORT
This report supersedes all previous reports for this case

### Pathology

(Pending)
**Necropsy** (Pending)

| | |
|---|---|
| Animal ID: | Kahari |
| Species: | Feline |
| Age: | 12 mos |
| Sex: | Female, Intact |

*Diagnosis*
Gross diagnosis (or diagnoses) (08.31.20): Open.

*Comments*
Gross description (08.31.20):
The necropsy examination began at 3:50 pm on August 31, 2020.

Examined is a 56 kg, intact female, tan, adult feline (12-month-old African Lion, per submittal) with severe postmortem autolysis. The cadaver is in good body condition based on adequate adipose tissue stores and normal skeletal muscle mass. Large sections of haired skin easily slough from the body (desquamation, postmortem change). There are numerous 5-10 mm, tan, cylindrical fly larvae (maggots) scattered all over the body and within the oral cavity.

All organs are severely autolyzed. The stomach and small intestine are empty. The distal colon contains a small amount of soft, formed feces mixed with small bone fragments.

No gross lesions are identified within the right coxofemoral joint, sciatic nerve, skeletal muscle, oral cavity, trachea, esophagus, heart, lungs, liver, spleen, kidneys, gastrointestinal tract, reproductive tract, urinary bladder, or brain.

## Pathology

### Necropsy (Pending)
#### Gross Description
Gross comments (08.31.20):
Unfortunately, a cause of death is not grossly evident, as severe autolysis precludes thorough examination. Several tissue samples are saved should ancillary testing be indicated, however autolysis may impair test results. Histopathology is pending. This is the preliminary report.

#### Pathologist
Brianne M Taylor, DVM, MS
Assistant Professor, Anatomic Pathology
brianne.taylor@okstate.edu

Dah-Jiun Fu, BVM, MVM, PhD
Anatomic Pathology Resident
dj.fu@okstate.edu

## END OF REPORT

Veterinarians and businesses may access their results and invoices online at any time - simply reply to this email or telephone us at (405) 744-6623 to request an online Portal account.