**PRELIMINARY REPORT**
supersedes all previous reports for this case

…act

1.20), Open.

50 pm on August 31, 2020.

, adult feline (12-month-old African Lion, per submittal) with
ver is in good body condition based on adequate adipose
e mass. Large sections of haired skin easily slough from the
ge). There are numerous 5-10 mm tan cutis…
d within the ora…