Index to Exhibits Cited in PETA's Brief in Support of Motion
For Leave to File Supplemental Evidence Regarding Kahari's Death and
Surviving Lions' Medical Histories in Conjunction with Summary Judgment

| Ex. No. | Date | Description |
|---|---|---|
| 01. | 10/08/20 | Declaration of Dr. Joe Keiper and Dr. Kal Ivanov |
| 02. | 10/12/20 | Supplemental Declaration of Jay Pratte |
| 03. | 10/10/20 | Supplemental Declaration of Dr. Jennifer Conrad |
| 04. | 09/21/20 | Final Report, Oklahoma Animal Disease Diagnostic Laboratory |
| 05. | 10/02/20 | Lauren Lowe Deposition |
| 06. | 09/29/20 | Email communications between Lauren Lowe and Dr. Brianne Taylor |
| 07. | 07/08/20 | Sworn Declaration of Lauren Lowe |
| 08. | 09/28/20 | Rose Rock Veterinary Hospital and Pet Resort Records |
| 09. | 09/21/20 | Video – Lion Rescue |
| 10. | 09/21/20 | Video – IMG_6539.MOV |
| 11. | 09/21/20 | Video – IMG_6540.MOV |
| 12. | 09/21/20 | Video – IMG_6551.MOV |
| 13. | 10/12/20 | Declaration of Dr. Joyce Thompson |
| 14. | 09/22/20 | Video – Nala_amelia_leo_at_the_wild_animal_sanctuary.mp4 |
| 15. | 09/21/20 | Photo – IMG_6552 |
| 16. | 09/21/20 | Photo – IMG_6553 |
| 17. | 09/21/20 | Photo – IMG_6554 |
| 18. | Various | Veterinary Records from Colorado State University |
| 19. | 09/22/20 | Photo – WIN_Nala_ear1 |
| 20. | 09/22/20 | Photo – WIN_Nala_ear2 |

| Ex. No. | Date | Description |
|---|---|---|
| 21. | 10/13/20 | Declaration of Brittany Peet |
| 22. | 10/13/20 | Declaration of Thomas Mentel |
| 23. | 10/13/20 | Declaration of Ethan Eliam |