# Exhibit 1

PETA vs Wildlife in Need, et al.

Drs. Kal Ivanov and Joe Keiper
Virginia Museum of Natural History



*Virginia Museum of*
**NATURAL HISTORY**
IN ASSOCIATION WITH THE SMITHSONIAN INSTITUTION

## CONCLUSIONS

1. Observations made during the necropsy of the lion (Kahari) found numerous 5-10 mm long light tan larvae in the oral cavity and anogenital region, as well as others scattered across the body. The locations of larval activity is typical for blow flies, who colonize carcasses by laying eggs in body openings within minutes or a few hours after death. The size given would indicate larvae that have passed through the first of three stages of development and into the second. Based on ambient temperatures (which dictates speed of development), the initial egg laying could not have occurred any later than 11:00 AM to 12:00 PM 30 August 2020. Therefore, the minimum Postmortem Interval, the time between death and first observation of the maggots, is estimated at 29 hours.

## CASE DETAILS

2. A 12 month old captive lion, Kahari, was found dead in her enclosure at about 9:00AM, 31 August 2020. The owners claim to have last seen Kahari alive in the afternoon hours on August 30 2020.[1] At some time on August 31, 2020, Kahari was transported in a truck to a necropsy facility at Oklahoma State University (estimated 2.25 hour drive), where at 3:50PM the pathologist made note of light brown blow fly larvae in the oral cavity and anogenital region measuring 5-10 mm in length.[2]

3. Blow flies (insect order Diptera, family Calliphoridae) are well known to lay eggs within minutes or just a few hours following animal death, and the female flies concentrate their eggs in moist body openings such as the mouth, ears, eyes, anus, and open wounds. The development of the immature flies (eggs, larvae, and pupae) is temperature-dependent with faster growth at higher temperatures. Egg laying (oviposition) under normal circumstances only occurs during the daytime.

4. Tiny larvae hatch from the eggs, and are considered first stage larvae as there are three distinct larval stages. When done feeding, larvae crawl off the carcass and burrow into soil to form the pupa, which eventually liberates an adult fly to continue the life cycle. Each species of blow fly develops at different rates, but development times are very predictable if temperature data are available. In this case, larvae in the 5-10 mm length range are at least in their second stage of development and possibly in the early third stage. Only microscopic analysis of the larvae can definitively determine the stage of development, but larvae of this size are certainly too large for first stage.

[1] Oct. 2, 2020 Deposition Transcript of Lauren Lowe ("L. Lowe Tr."), at 14:3-15:5, 62:7-14.
[2] Final Report, Oklahoma Animal Disease Dignostic Laboratory at Oklahoma State University ("OSU") College of Veterinary Medicine (Sept. 21, 2020) ("Final Necropsy"), at 2.

21 Starling Avenue, Martinsville, VA 24112   T. 276 634 4141   F. 276 634 4199   E. information@vmnh.virginia.gov   W. www.vmnh.net

5. No preserved specimens were produced for examination, and because there are numerous candidate species that could be represented on the lion, we gathered data for common Midwest species. Rates of development used in this report include data for the most rapid development to calculate the minimum Postmortem Interval (PMI, or the time between death and carcass discovery).

6. PMI is calculated using nearby weather station data and an accumulated degree hour (ADH) model (see attached). This ADH model functions by counting backwards from the time of observation of larvae based on the amount of thermal energy larvae need to develop from egg hatching to their observed life stage (second instar). For the minimum PMI, we conservatively calculated the time necessary, under the given temperatures, for blow flies to complete the egg and first larval stage. It is calculated that the minimum time necessary to complete egg and first larval stage development at the local temperatures is 28-29 hours, therefore the estimated minimum PMI 11:00 AM, August 30 2020, well before the purported last observation of the lion alive.

7. This ADH model has widespread acceptance within the field of forensic pathology.

8. Our conclusion regarding PMI is bolstered by our understanding that nocturnal oviposition of blow flies is generally understood to be unlikely under non-aberrant natural conditions.[3]

9. The state of available evidence forecloses more definitive conclusions. As the Final Necropsy explains, "severe autolysis precludes thorough histologic examination," while "[a]ll examined sections (Heart, Spleen, Skeletal muscle, Liver, Panniculus, Lung, Duodenum, Pancreas) are severely autolyzed."[4] This level of autolysis is consistent with the testimony of Lauren Lowe stating that Kahari's body was left outside of her enclosure,[5] as lack of refrigeration speeds autolysis. Lauren Lowe also testified that the Final Necropsy did not incorporate witness interviews, scene investigations,[6] and that photographs of Kahari's enclosure from the relevant periods do not exist.[7]

10. We have seen a court filing alleging that poison may have been involved in Kahari's death, possibly via a dart. The Final Necropsy discloses no tissue trauma of skin or muscle, or puncture wound, and found "[n]o toxins . . . on fresh liver submitted for a broad toxicology screen."[8] This is consistent with a statement we have seen from Dr. Brianne Taylor with OSU that "we can trust the

---

[3] *See, e.g.*, Barnes KM, Grace KA, Bulling MT. Nocturnal Oviposition Behavior of Forensically Important Diptera in Central England. J Forensic Sci. 2015 Nov;60(6):1601-4; Stamper T, Davis P, DeBry RW. The nocturnal ovipositing behavior of carrion flies in Cincinnati, Ohio. J Forensic Sci. 2009 Nov;54(6):1450-2.
[4] Final Necropsy, at 2.
[5] L. Lowe Tr., at 17:11-19.
[6] L. Lowe Tr., at 36:5-19.
[7] L. Lowe Tr., at 20:8-20.
[8] Final Necropsy, at 1-3.

negative result and consider it unlikely that [Kahari] had any sort of toxin in her system when she died."[9]

## QUALIFICATIONS AND MATERIALS CONSIDERED

11. Dr. Joe Keiper is the Executive Director of the Virginia Museum of Natural History, a public institution affiliated with the Smithsonian Institute. He previously served as the Director of Science and Curator of Invertebrate Zoology at the Cleveland Museum of Natural History. He is the author of dozens of articles and presentations in the field of entomology, including regarding the relationship between blow fly data and the calculation of PMI. He has previously assisted law enforcement in the use of blow fly data to establish PMI in dozens of criminal investigations, and has presented workshops on forensic entomology to numerous law enforcement agencies, including the Federal Bureau of Investigation. His full curriculum vitae, including a list of his publications, is attached. He has not testified at trial or by deposition within the last four years.

12. Dr. Kal Ivanov is an Associate Curator in the Department of Recent Invertebrates at the Virginia Museum of Natural History. He is also an adjunct faculty member at Virginia Polytechnic Institute and State University and at James Madison University. He has previously taught forensic entomology at Ohio Northern University. He has authored numerous publications on insect biology. His full curriculum vitae, including a list of his publications, is attached. He has not testified at trial or by deposition within the last four years.

13. Materials considered include studies cited herein; preliminary and final pathology and necropsy reports prepared by the Oklahoma Animal Disease Diagnostic Laboratory at OSU, including an article cited therein, Brooks JW. Postmortem changes in animal carcasses and estimation of the postmortem interval. Veterinary Pathology. 2016;53(5):929-940; data from an article focusing on developmental rates in the family Calliphoridae, Anderson GS. Minimum and maximum development rates of some forensically important Calliphoridae (Diptera). Journal of Forensic Science. 2000; 45(4):824-832; documents filed by Defendant Jeff Lowe on the public docket in this matter, including ECF Nos. 420, 420-1, 420-1, and 420-3; communications that have been provided to me by counsel between Lauren Lowe and Dr. Brianne Taylor of OSU; veterinary records pertaining to Kahari and her siblings, previously filed on the public docket as ECF No. 408-6; and an October 2, 2020 deposition transcript of Lauren Lowe.

14. Dr. Keiper and Dr. Ivanov have chosen not to accept compensation for the analysis they have undertaken thus far.

## END OF REPORT

Pursuant to 28 U.S.C. § 1746, I, Dr. Joe Keiper, hereby declare that under the penalty of perjury the contents of the foregoing report is true and correct to the best of my knowledge.

---

[9] Sept. 17, 2020 email from Dr. Brianne Taylor to Lauren Lowe.

EXECUTED on this 8th day of October 2020.

_____
Dr. Joe Keiper
VMNH Executive Director

Pursuant to 28 U.S.C. § 1746, I, Dr. Kal Ivanov, hereby declare that under the penalty of perjury the contents of the foregoing report is true and correct to the best of my knowledge.

EXECUTED on this 8th day of October 2020.

_____
Dr. Kal Ivanov
Associate Curator of Invertebrates

Virginia Museum of Natural History
21 Starling Avenue
Martinsville, VA 24112

# ACCUMULATED DEGREE MODEL



VMNH 008 Accumulated Degree Model

| | time | Farenheit | Celsius | ADH | |
|---|---|---|---|---|---|
| Approx time exam | 31-Aug 4pm | 70 | 20 | 20 | observation of larvae in |
| | 31-Aug 3pm | 70 | 20 | 40 | at least 2nd instar (L2) |
| | 31-Aug 2pm | 70 | 20 | 60 | |
| Approx time arrive | 31-Aug 1pm | 70 | 20 | 80 | |
| | 31-Aug noon | 86 | 28 | 108 | |
| Approx time transport | 31-Aug 11am | 82 | 26 | 134 | |
| | 31-Aug 10am | 79 | 24.5 | 158.5 | |
| Approx time Lion found dead | 31-Aug 9am | 74 | 22 | 180.5 | |
| | 31-Aug 8am | 77 | 23.5 | 204 | |
| | 31-Aug 7am | 74 | 22 | 226 | |
| | 31-Aug 6am | 73 | 21.5 | 247.5 | |
| | 31-Aug 5am | 75 | 22.5 | 270 | |
| | 31-Aug 4am | 76 | 23 | 293 | |
| | 31-Aug 3am | 78 | 24 | 317 | |
| | 31-Aug 2am | 80 | 25 | 342 | |
| | 31-Aug 1am | 80 | 25 | 367 | |
| | 30-Aug midnight | 81 | 25.5 | 392.5 | |
| | 30-Aug 11pm | 81 | 25.5 | 418 | |
| | 30-Aug 10pm | 80 | 25 | 443 | |
| | 30-Aug 9pm | 80 | 25 | 468 | |
| | 30-Aug 8pm | 86 | 28 | 496 | |
| | 30-Aug 7pm | 89 | 29.5 | 525.5 | |
| | 30-Aug 6pm | 91 | 30.5 | 556 | |
| | 30-Aug 5pm | 93 | 31.5 | 587.5 | |
| | 30-Aug 4pm | 92 | 31 | 618.5 | |
| | 30-Aug 3pm | 90 | 30 | 648.5 | |
| | 30-Aug 2pm | 88 | 29 | 677.5 | |
| | 30-Aug 1pm | 88 | 29 | 706.5 | |
| | **30-Aug noon** | **84** | **27** | **733.5** | minimum time to complete egg and L1 |
| | **30-Aug 11am** | **80** | **25** | **758.5** | and transform to L2; minimum PMI |

*Lucilia illustris*

| | | |
|---|---|---|
| min ADH for egg hatch | **216** | |
| max | **364** | |
| min ADH for L1 completion | **537** | |
| max | **1137** | |
| min ADH for L2 completion | **1041** | **1794** |

*Lucilia serricata*

| | | |
|---|---|---|
| min ADH for egg hatch | **224** | |
| max | **252** | |
| min ADH for L1 completion | **560** | |
| max | **812** | |
| min ADH for L2 completion | **838** | **1622** |

minimum conservative ADH to reach L2 = 753 ADH

# DR. JOE KEIPER CV

**Joe B. Keiper, Ph.D.**                                   October 2020

Executive Director
Virginia Museum of Natural History
21 Starling Ave.
Martinsville, VA 24112

276-634-4151
joe.keiper@vmnh.virginia.gov
http://www.vmnh.net

## Education

**Raritan Valley Community College**
*North Branch, NJ*
A.S.   General Biology, 1989

**Bloomfield College**
*Bloomfield, NJ*
B.S.   General Biology, 1991

**Slippery Rock University**
*Slippery Rock, PA*
M.S.   Resource Management, 1993

**Kent State University**
*Kent, OH*
Ph.D.  Ecology, 1998
          Minors: Entomology, General Biology
          Doctoral Advisor: Benjamin A. Foote, Ph.D.
          Dissertation Title: Biology, larval feeding habits, and resource partitioning by
                   microcaddisflies (Trichoptera: Hydroptilidae)

**Duke University**
*Durham, NC*
Certificate in Non-profit Management, 2011

## Awards and Honors

Outstanding Graduate Student Award, Slippery Rock University,  1993
President, Graduate Biology Council, Kent State University,  1996-1997
University Fellowship, Kent State University,  1997-1998
David B. Smith Fellowship, Kent State University,  1998
Natural Science Collections Alliance, highlight of West Nile virus control
          recommendations based on Museum collections at the Cleveland Museum of
          Natural History, October 2004
Tourism Award from the Martinsville Community Development Corporation, May 2011

**Professional Experience**

*Lab Technician*, Microscopy Research Labs, 1988-1991
Prepared and analyzed construction samples for asbestos content.

*Graduate Assistant*, Slippery Rock University, 1991-1993
Graduate student assistant to department chair.

*Volunteer Field Biologist*, U.S. Fish and Wildlife Service, summers of 1992 and 1993
Participated in management of the federally endangered piping plover (*Chadrius melodius*) through surveys, nest searches, monitoring of behavior, predator control, and data analysis. Student Conservation Association (SCA)

*Aquatic Insect Taxonomist*, EnviroScience (1994), BSA Environmental (1998)
Sorted and identified aquatic macroinvertebrates (90% Chironomidae) for water quality assessments.

*Teaching Assistant, Lecturer,* and *Doctoral Candidate*, Kent State University, 1993-1998. Laboratory instructor and lecturer.

*Student Representative*, Graduate Studies Committee, Kent State University, 1996-1997. Participated in decisions regarding departmental policies and selection of incoming graduate students.

*Search Committee Member*, Assistant Professor: Environmental Science, Kent State Univ., 1997. Participated in selecting new faculty member for position of Environmental Biologist.

*Postdoctoral Research Associate*, University of California - Riverside, 1998 - 2000. Department of Entomology
Research in areas of ecology, aquatic entomology, and ecological control of mosquitoes in constructed wetlands; taxonomy of Diptera and Trichoptera.

*Curator and Head of Invertebrate Zoology*, Cleveland Museum of Natural History, 2000-2010.

<u>Curatorial</u>: Entomology, Malacology, General Invertebrate Zoology

<u>Research</u>: Biodiversity and population ecology studies of aquatic insects. Biology and immature stages of Diptera and Trichoptera. Forensic Entomology. Wetlands ecology and conservation.

<u>Editorial</u>: Associate Editor, *Kirtlandia*, February 2001 - 2002.
Co-Editor, *Kirtlandia*, January 2003 - present.
Subject Editor (Aquatic Insects), *Annals of the Entomological Society of America*, March 2002 - February 2004
Editor-in-Chief, *Annals of the Entomological Society of America,* March 2004 – February 2007 (responsible for 18 issues totaling more than 1000 pages).
Peer-review of professional papers
Annales Zoologici Fennici, Ecological Entomology, Annals of the Entomological Entomological Society of America,

Entomological News, Entomological Society of Michigan, Entomological Society of Washington, Journal of Applied Ecology, Journal of the Ohio Journal of Science, Wetlands, Zoo Biology, Zootaxa.

Peer-review of professional grant proposals
American Zoo and Conservation Association – Conservation Endowment Fund (AZA-CEF),  Cleveland Metroparks Zoo, Staff Research Committee, National Science Foundation, State Committee for Scientific Research, Warsaw, Poland.

Consultation: **Cuyahoga County Coroner's Office**, Since 2001, provide expert reporting on 31 homicide/suicide/overdose cases; Testified in court as expert witness in 3 cases.
Consulted **Akron Police Department** on murder investigation August 2005
Consulted with the **FBI** on a case in Arizona, spring 2009.
Consulted with a private attorney regarding human filth, 2009.
Acted as subcontractor for 8 different companies.
Consulted with Rendigs, Fry, Kiely, and Dennis LLP regarding patient infestation, 2011-2012

Leadership: Director, Ohio Conservation Alliance
Formation, direction, and coordination of cosortium of Cleveland area professionals dedicated to research, conservation, and education.  2001 – 2005.
**Coordinator of Research**, CMNH, August 2003 – August 2006.
Act as liason between Museum researchers and other Museum personnel, board of trustees, and public.
Member, Planning Committee, *Biodiversity Alliance*, the Cleveland alliance for global conservation.  2005.
Lead Systematist, Acadia National Park BioBlitz, with focus on Diptera on the Schoodic Penninsula.  July 2006.
**Director of Science**, The Cleveland Museum of Natural History, September 2006 – January 2010.
Primary supervision of the 11 curatorial labs, Library, and Archives, as well as collections and research staff. Responsible for annual evaluations, budget oversight (approximately $1.1 million annually), major decisions regarding collections, and hiring permanent staff.

Committees: Member of CMNH Judicial Committee, April 2002 - 2003
Member of CMNH Conservation Team, 2002-2003
Member of CMNH Development Team, 2002-2003
Member of CMNH Search Committee, Curator of Vertebrate Paleontology  Winter/Spring 2004
Chair, Diversity Hall Exhibit Committee, February-December 2004.
Member of CMNH Collections Committee, 2004 – 2010

Member of CMNH Conservation and Biodiversity Committee, 2004-2010

Member of CMNH Search Committee, Coordinator of Adult Programming, Fall 2005

Core Process Team, 2006-2007, Capital Campaign for Museum Expansion. Includes fund raising and architectural decisions and strategy.

Member of CMNH Search Committee, Director of Human Health, Spring 2008

*Adjunct Assistant Professor*, **Cleveland State University**, Department of Biological, Geological, and Environmental Sciences, September 2002-2015.

*Adjunct Assistant Professor,* **Case Western Reserve University**, Department of Biology, June 2003-December 2010.

*Adjunct Assistant Professor*, **Ohio Northern University**, Department of Biology, September 2017-preesent.

*Visiting Fellow,* Case Western Reserve University, SAGES program, Spring 2007, Spring 2008.

*Executive Board,* **Ohio Biological Survey**: January 2007 – December 2009.

*Executive Director*, **Virginia Museum of Natural History**: February 2010 – present.

Service:

Board Member, Martinsville Chamber of Commerce
- Vice Chairman, Government Affairs 2010 – 2013
- Chairman, 2013-2014

Board of Trustees, Martinsville Historical Society 2010 – 2014, 2015 – present
- Chaired search for Executive Director
- Board President, 2017 – 2019

Martinsville Rotary Club 2010 – present
- Projects coordinator, President-elect
- Club President 2014 – 2016

Reynolds Homestead
- Advisory Committee, 2011 – present
- Chair of Strategic Planning, 2016 - present

Virginia Association of Museums
- VAM Council, 2014 – 2020

Association of Science Museum Directors
- Member, 2013 – present
- Secretary/Treasurer, 2015 – 2018
- Vice President, 2019
- President 2019 – present

American Alliance of Museums
- Commissioner Selection Committee, 2017
- Site visit team for reaccreditation
- Sam Noble of Oklahoma MNH, 2014

- Cable Natural History Museum, 2015<br>
- Witte Museum, 2017<br>
- Shiele Museum of Natural History, 2018<br>
- Columbia Gorge Museum, 2020

<u>Exhibits developed</u>: T. Marshall Hahn Hall of Biodiversity, August 2010
The Hooker Furniture Discovery Reef, August 2010
The Fossil Overlook, January 2011
Living off the Land, June 2011
Rocks to Racing, March 2012
Living off the Water, March 2013
Dinosaurs, January 2014
Reign of Giants, July 2017
Wild About Cats, January 2020

<u>Funding</u>: $2.4 – 2.9 million provided by the state of Virginia
Remaining $800K of budget obtained through revenue streams and private/corporate fund raising.
- Developed near-term fund raising plan
- Guided grant writing team
Raised $1.4 million towards a branch campus of VMNH
- Procured $250,000 for preplanning 2018-2019
- Budgeted $850,000 for detailed planning, 2020
$220,000 for Jean S. Adams Education Pavilion, 2019

<u>Consultation</u>: Roanoke Medical Examiner's Office (homicide 2010)
Private attorney, consulted for human infestation (2010)
FBI, homicide (2009)
FBI, homicide/burial (2011)
VA State Police, homicide/body concealment (2011)
Cleveland Skin Pathology Lab (2010-present)
Other private and state entities, CSI training

## Outreach Experience

- Invertebrate Zoology, 1997 (Kent State University, enrollment = 72)
- The Hidden Life of Ohio's Lakes and Streams, 2001 (CMNH / Cleveland State University)
- Insect Biology and Identification – an informal class taught through Cleveland State University at CMNH, Delta Institute of Natural History, and Acadia National Park, spring/summer 2006
- Diptera Identification and Biology Workshop. Delta Institute of Natural History. July 2006.
- Forensic Entomology: 2-day workshop at Forensic Science Camp, 2006-2009.
- Forensic Entomology. Hands-on workshop for the Northern Ohio FBI Evidence Response Team, 20 agents in attendance.
- Forensic Sciences: How They Impact Your World (Case Western Reserve University, enrollment = 20); SAGES program; Spring 2007, Spring 2008.
- Forensic Entomology. Hands-on workshop for the Bureau of Criminal Investigation, July 2009.

- Techniques for the Study of Insects: Cleveland State University special topics. Fall 2009.
- NIJ Workshop "Mid-Atlantic/Mid-Appalachian Innovation in Forensic Science". Radford University, Summer 2010, Summer 2011.
- Ohio Peace Officer's Training Academy workshop: Forensic Entomology, Summer 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019
- Virginia Beach Law Enforcement Training Academy: Forensic Entomology, Summer 2013, 2014
- Blue Line Police training: Buried Bodies and Decomposition Summer 2017, 2018
- Ohio Northern University Forensic Entomology, fall 2017, 18 students, Biol 3651

## Professional Publications

**1.** Keiper, J.B. 1996. Monarch transfers: A real concern? BioScience 46: 562.

**2**. Keiper, J.B. and B.A. Foote. 1996. A simple rearing chamber for lotic insect larvae. Hydrobiologia 339: 137-139.

**3.** Keiper, J.B., E.G. Chapman, and B.A. Foote. 1997. Midge larvae (Diptera: Chironomidae) as indicators of postmortem submersion interval of carcasses in a woodland stream: a preliminary report. Journal of Forensic Sciences 42: 1072-1077.

**4.** Collier, A., J.B. Keiper, and L.P. Orr. 1998. The invertebrate prey of the northern Leopard Frog, *Rana pipiens*, in a northeastern Ohio population. Ohio Journal of Science 98: 39-41.

**5.** Keiper, J.B., P.L. Brutsche, and B.A. Foote. 1998. Acalyptrate Diptera associated with water willow, *Justicia americana* (Acanthaceae). Proceedings of the Entomological Society of Washington 100: 576-587.

**6.** Keiper, J.B., D.A. Casamatta, and B.A. Foote. 1998. Incorporation of *Batrachospermum gelatinosum* (Rhodophyta) into cases of *Ochrotrichia wojcickyi* (Trichoptera: Hydroptilidae). Entomological News 109: 256.

**7.** Keiper, J.B., D.A. Casamatta, and B.A. Foote. 1998. Use of algal monocultures by larvae of *Hydroptila waubesiana* and *Oxyethira pallida* (Trichoptera: Hydroptilidae). Hydrobiologia 380: 87-91.

**8.** Keiper, J.B. and B.A. Foote. 1998. Biological notes on *Ochrotrichia xena* (Trichoptera: Hydroptilidae), a species newly recorded for Ohio. Proceedings of the Entomological Society of Washington 100: 594-595.

**9.** Foote, B.A., L.V. Knutson, and J.B. Keiper. 1999. The snail-killing flies of Alaska (Diptera: Sciomyzidae). Insecta Mundi 13: 45-71.

**10.** Keiper, J. B.  1999.  Morphology of final instar *Ochrotrichia xena* (Trichoptera: Hydroptilidae).  Entomological News  110: 231-235.

**11.** Keiper, J.B. and B.A. Foote.  1999.  Biology and immature stages of two species of *Hydroptila* (Trichoptera: Hydroptilidae) which consume *Cladophora* (Chlorophyta). Proceedings of the Entomological Society of Washington  101: 514-521.

**12.** Keiper, J.B., J. Jiannino, J. Beehler, and W.E. Walton.  1999.  Distribution and abundance of Culicidae and Chironomidae (Diptera) following storm damage in a southern California  constructed wetlands.  Proceedings of the Mosquito and Vector Control Association of California  67: 47-54.

**13.** Keiper, J.B. and W.E. Walton.  1999.  Biology and morphology of the mature larva of *Oxyethira arizona* Ross (Trichoptera: Hydroptilidae).  Pan-Pacific Entomologist 75: 212-220.

**14.** Walton, W.E., K. Chan, L.H. Gould, and J.B. Keiper.  1999.  Mosquito production from   three wetland management practices for constructed treatment wetlands: preliminary   findings.  Proceedings of the Mosquito and Vector Control Association of California    67: 18-21.

**15.** Walton, W.E., P.D. Workman, and J.B. Keiper.  1999.  An inexpensive collapsible pyramidal emergence trap for the assessment of wetland insect populations.  Proceedings of the Mosquito and Vector Control Association of California  67: 15-17.

**16.** Keiper, J.B. and E.M. Espeland.  2000.  Spatial distribution and larval behavior of *Glyptotendipes lobiferus* (Diptera: Chironomidae).  Hydrobiologia  427: 129-133.

**17.** Keiper, J.B. and B.A. Foote.  2000.  Biology and larval feeding habits of coexisting Hydroptilidae (Trichoptera) from a small woodland stream in northeastern Ohio.  Annals of the Entomological Society of America  93: 225-234.

**18.** Keiper, J.B., M. Sanford, J. Jiannino, and W.E. Walton.  2000.  Invertebrates colonizing monocots damaged by lepidopteran herbivory.  Entomological News 111: 348-354.

**19.** Keiper, J.B. and W.E. Walton.  2000.  Biology and immature stages of *Ochrotrichia quadrispina* Denning and Blickle (Trichoptera: Hydroptilidae), a spring-inhabiting scraper.  Proceedings of the Entomological Society of Washington 102: 183-187.

**20.** Keiper, J.B. and W.E. Walton.  2000.  Biology and immature stages of *Brachydeutera sturtevanti* (Diptera: Ephydridae), a hyponeustic generalist.  Annals of the Entomological Society of America  93: 468-475.

**21.** Keiper, J.B. and D.A. Casamatta.  2001.  Benthic organisms as forensic indicators.  Journal of the North American Benthological Society  20: 311-324.

22. Keiper, J.B., J. Jiannino, M. Sanford, and W.E. Walton. 2001. Biology and immature stages of *Typopsilopa nigra* (Williston) (Diptera: Ephydridae), a secondary consumer of damaged stems of wetland monocots. Proceedings of the Entomological Society of Washington 103: 89-97.

23. Heiser, J. D., R. Bowers, and J. B. Keiper. 2002. Listing of the freshwater mussels (Unionoida) at the Cleveland Museum of Natural History. Kirtlandia 53:47-54.

24. Keiper, J. B. 2002. Biology and immature stages of coexisting Hydroptilidae (Trichoptera) from northeastern Ohio lakes. Annals of the Entomological Society of America 95: 608-616.

25. Keiper, J.B., D. L. Deonier, J. Jiannino, M. Sanford, and W.E. Walton. 2002. Biology, immature stages, and redescriptions of *Hydrellia personata* Deonier (Diptera: Ephydridae), a *Lemna* miner. Proceedings of the Entomological Society of Washington 104: 458-467.

26. Keiper, J.B. and S.C. Harris. 2002. Biology and immature stages of *Ochrotrichia footei* (Trichoptera: Hydroptilidae), a new microcaddisfly from a torrential mountain stream. Proceedings of the Entomological Society of Washington 104: 291-299.

27. Keiper, J. B., J. Jiannino, M. Sanford, and W. E. Walton. 2002. Effect of vegetation management on the abundance of mosquitoes at a constructed treatment wetland in southern California. Proceedings of the California Mosquito and Vector Control Association 70:35-43.

28. Keiper, J. B. and W. E. Walton. 2002. Effects of three vegetation management strategies on shore flies (Diptera: Ephydridae) in newly constructed treatment wetlands. Annals of the Entomological Society of America 95:570-576.

29. Keiper, J.B., W.E. Walton, and B.A. Foote. 2002. Biology and ecology of higher Diptera from freshwater wetlands. Annual Review of Entomology 47:207-232.

30. Merritt, R. W., G. W. Courtney, and J. B. Keiper. 2003. Diptera (Flies, Mosquitoes, Midges, Gnats). Pages 324-340, in R. T. Carde and V. H. Resh (Eds.), Encyclopedia of Insects. Academic Press, San Diego.

31. Pucci, T. M., J. Lynch, and J. B. Keiper. 2003. Insect composition of the Mosquito Magnet Pro® in Cuyahoga County, Ohio. Great Lakes Entomologist 36:25-30.

32. Sanford, M. R., J. B. Keiper, and W. E. Walton. 2003. The impact of wetland vegetation drying time on abundance of mosquitoes and other invertebrates. Journal of the American Mosquito Control Association 19:361-366.

33. Keiper, J. B., M. Stanczak, and W. E. Walton. 2003/2004. Chloropidae (Diptera) associated with constructed wetlands manipulated by three different vegetation management practices. Entomological News 114:205-210.

**34.** Keiper, J. B. and R. Bartolotta. 2003/2004. Taxonomic and ecological notes on *Leucotrichia pictipes* (Trichoptera: Hydroptilidae), a species newly recorded for Ohio. Entomological News 114: 255-259.

**35.** Coleman, B. K., J. K. Bissell, J. Ciha, P. L. MacKeigan, and J. B. Keiper. 2004. The moths (Lepidoptera) and associated flora of Kelleys Island, Lake Erie. Proceedings of the Entomological Society of Washington 106:217-232.

**36.** Foote, B. A. and J. B. Keiper. 2004. The snail-killing flies of Ohio (Insecta: Diptera: Sciomyzidae). Kirtlandia 54:43-90.

**37.** Stanczak, M. and J. B. Keiper. 2004. Benthic invertebrates in adjacent created and natural wetlands in northeastern Ohio, USA. Wetlands 24:212-218.

**38.** Swanson, A. K., S. Hrinda, and J. B. Keiper. 2007. Effects of altered atmospheric carbon dioxide on green algal (Chlorophyta) nutritional quality and caddisfly (Trichoptera) growth and survival. Journal of Freshwater Ecology 22:49- 60.

**39.** Ivanov, K. and J. B. Keiper. 2009. Effectiveness and biases of Winkler litter extraction and pitfall trapping for collecting ground dwelling ants (Hymenoptera: Formicidae) in northern temperate forests. Environmental Entomology. 38:1724-1736.

**40.** Tripi, P. A., R. Lee, J. B. Keiper, A. W. Jones, and J. E. Arnold. 2010. An unusual case of ingestion of a moth cocoon in a 14-month-old girl. American Journal of Otolaryngology. 31:123-126.

**41.** Ivanov, K., J. Milligan, and J. Keiper. 2010. Efficiency of the Winkler method for extracting ants (Hymenoptera: Formicidae) from temperate forest litter. Myrmecological News 13:73-79.

**42.** Ivanov, K., and J. Keiper. 2010. Ant (Hymenoptera: Formicidae) diversity and community composition along sharp urban forest edges. Biodiversity and Conservation 19:3917-3933.

**43.** Ivanov, K. and J. B. Keiper. 2011. Potential impacts of the invasive herb garlic mustard (*Alliaria petiolata*) on local ant (Hymenoptera: Formicidae) communities in northern temperate forests. Jeffersoniana. 26: 1-14.

**44.** Ivanov, K., O. M. Lockhart, J. Keiper, and B. M. Walton. 2011. Status of the exotic ant, *Nylanderia flavipes* (Hymenoptera: Formicidae), in northeastern Ohio. Biological Invasions. 13:1945-1950.

**45.** Ivanov, K., L. Hightower, S. T. Dash, J. B. Keiper. 2019. 150 years in the making: first comprehensive list of ants (Hymenoptera: Formicidae) of Virginia, USA. Zootaxa 4554:532-560.

**46.** Keiper, J. B. and K. Ivanov. 2020. Field observations of scorpionflies (Mecoptera: Panorpidae) and signal flies (Diptera: Platystomatidae) at animal carcasses. Entomological News 129:301-306.

**Reports and Non-peer Reviewed Writings**

Keiper, J.B., J. Jiannino, J. Beehler, and W.E. Walton. 1999. Distribution and abundance of Chironomidae and Culicidae following storm damage in the Prado Constructed Wetlands. Orange County Water District, Annual Report. 18 pp.

Walton, W.E., K. Chan, and J.B. Keiper. 1999. Emergence of mosquitoes from experimental mesocosms manipulated by different vegetation management strategies. Annual Report, Northwest Mosquito and Vector Control District. 25 pp.

Walton, W.E., L. Randall, J. Jiannino, and J. Keiper. 1999. Influence of vegetation and dewatering on mosquito production at a constructed treatment wetlands. University of California Mosquito Research Annual Report 1998. pp. 62-65.

Keiper, J. B. 2000. Status of the Diptera collection at the Cleveland Museum of Natural History. Fly Times 25: http://res2.agr.ca/ecorc/program2/entomology/flytimes

Walton, W. E., K. Chan, L. H. Gould, and J. Keiper. 2000. Influence of three vegetation management practices on mosquito populations and water quality in constructed treatment wetlands. University of California Mosquito Research Annual Report 1999. pp. 63-68.

Keiper, J. B. 2001. Mosquitoes in constructed wetlands. Proceedings of the 36th Annual Meeting of the Ohio Mosquito Control Association. 30: 26-29.

Keiper, J. B. 2001. Pretty fly. Explorer 42:10-13.

Walton, W. E., J. B. Keiper, J. Jiannino, and M. Sanford. 2001. Effects of nitrogen composition and fish on mosquito populations in constructed treatment wetlands. University of California Mosquito Research Annual Report 2000. pp. 54-56.

de Szalay, F. A., J. B. Keiper, M. W. Kershner, and K. A. Krieger. 2004. Final Report: Testing flora and fauna indicators of coastal wetland health in Lake Erie. Project code GL-97547301-0. Great Lakes Commission, Ohio EPA. 51 pp.

Keiper, J. B. 2005. Nature's architects build their case. Explorer 45: 6-8.

Keiper, J. B. 2006. Diptera: What might Maine collecting have in store for us? The Maine Entomologist 10: 1-3.

Keiper, J. B. 2008. New information on the family Diastatidae. Fly Times 40:3.

Mikash, N., K. Ivanov, S. Balanson, J. Milligan, J. Keiper, and R. Gibson. 2009. FINAL REPORT: Survey of the terrestrial isopods (Isopoda: Oniscidea) of Acadia National Park, Mount Desert Island, Maine. National Park Service.

Nelson, M. and J. B. Keiper. 2009. Observations of the snail-killing fly *Sepedon fuscipennis* (Sciomyzidae) consuming limpets in the laboratory. Fly Times 43:8-10.

## Funding

1. Keiper, J.B. 1996. Resource partitioning among grazing caddisfly larvae in northeastern Ohio. Sigma Xi, Grants-in-Aid of Research. $500

2. Keiper, J.B. and B.A. Foote. 1996. A survey of the insects associated with *Justicia americana* in northeastern Ohio. Ohio Biological Survey. $232

3. Keiper, J.B. 1997. A biological survey of the microcaddisflies (Trichoptera: Hydroptilidae) of southern Ohio. Ohio Biological Survey. $250

4. Keiper, J.B. and V.H. Resh. 1998. Use of microcaddisflies as a biocontrol agent of pestiferous freshwater algal blooms. NSF Postdoctoral Fellowship. not funded.

5. Keiper, J.B. and W.E. Walton. 1999. Effects of vegetation species and density on mosquito production in a southern California constructed wetlands. Northwest Mosquito and Vector Control Association. $20,000

6. Keiper, J.B. and W.E. Walton. 1999. Invertebrate responses to vegetation management strategies in a southern California constructed wetlands, with special emphasis on mosquitoes (Diptera: Culicidae). Orange County Water District. $27,000

7. Keiper, J.B. and B.A. Foote. 2000. C.P. Alexander publication grant for "Biology and larval feeding habits of coexisting Hydroptilidae (Trichoptera) from a small woodland stream in northeastern Ohio". Entomological Society of America. $432

8. Keiper, J.B. and W.E. Walton. 2000. Effects of nutrients and predators on mosquitoes in a southern California constructed wetlands. University of California Mosquito Research Program. $31,500

9. Coleman, B. and J.B. Keiper. 2001. The moths of Kelleys Island. Ohio Biological Survey. $500

10. de Szalay, F. A. and J.B. Keiper. 2001. Aquatic insects as indicators of water quality in Lake Erie Coastal Wetlands. USEPA. not funded.

11. Keiper, J. B. 2001. The horse flies and deer flies of Ohio. Ohio Department of Natural Resources, Wildlife Diversity. not funded.

12. Keiper, J. B.  2001.  Smead Staff Enhancement Grant, CMNH.  $1000

13. Keiper, J. B. and B. A. Foote.  2001.  Selected brachycerous Diptera of the Great Smoky Mountains National Park.  All Taxa Biodiversity Inventory, Discover Life in America.  $1632

14. de Szalay, F. A., J. B. Keiper, M. W. Kershner, and K. A. Krieger.  2001.  Testing the flora and fauna indicators of coastal wetland health in Lake Erie.  USEPA, Great  Lakes National Program Office.  $40,747

15. Keiper, J. B., J. T. Hannibal, B. M. Latimer, and T. O. Matson.  2002.  Acquisition of a computer-enhanced specimen analysis station for multidisciplinary museum research. The National Science Foundation, Major Research Instrumentation proposal.  $52,388

16. Keiper, J. B.  2002.  Funding for part-time worker to maintain 2001 field season data for Long-Term Butterfly Monitoring project.  The Ohio Lepidopterists.  $1100

17. Keiper, J. B.  2002.  Funding for a Cuyahoga County West Nile Virus conference for medical workers and the public, "West Nile Virus - Protecting and Educating our     Community".  The George Gund Foundation.  $1000

18. Keiper, J. B.  2002.  Funding for a new consortium, The Ohio Conservation Alliance.  The George Gund Foundation.  $5250

19. Keiper, J. B.  2003.  Funding for part-time worker to maintain 2002 field season data for Long-Term Butterfly Monitoring project.  The Ohio Lepidopterists.  $1250

20. King, C., J. Koonce (PIs), J. B. Keiper, K. Stein, P. Zimmerman, et al.  2003. Epidemiology and control of West Nile virus in northeastern Ohio.  The National Science Foundation. Not funded.

21. Keiper, J. B.  2003.  Smead Staff Enhancement Grant, CMNH.  $1000

22. Keiper, J. B.  2003.  Management of created and natural forested wetlands in northeastern Ohio.  ERM Group Foundation, Inc., Strategic Grantmaking Committee. $5,000

24. Selyak, M. and J. B. Keiper.  2003-2004.  Management and surveys of northeastern Ohio wetlands.  Walmart Corporation. $2,000

25. C. Cook and J. B. Keiper.  2004.  Large and fine scale perspectives on invertebrate biodiversity in a managed Lake Erie coastal wetland.  Winous Point Marsh Conservancy.  $7,000 for 2004-2005.

26. Ivanov, K. and J. B. Keiper.  2006.  Survey of the ants (Hymenoptera: Formicidae) of Geauga County, Ohio.  Geauga Park District. $1129

27. Ivanov, K. and J. B. Keiper.  2006.  Update on the ants (Hymenoptera: Formicidae)

of northeastern Ohio. Ohio Biological Survey. $500

28. Ivanov, K., O. Lockhart, and J. B. Keiper. 2007. Changes in the soil biota in the presence or absence of an ant that has newly invaded Ohio. Ohio Biological Survey. $500

29. Keiper, J. B. (PI). 2008. Acquisition of an updated microscopy station for multidisciplinary museum research and student training. National Science Foundation. $100,000.

30. Milligan, J. R. and J. B. Keiper. 2008. Travel Grant for Studying Asymmetry in Caddisflies of Lake Erie Coastal Wetlands. Wetlands Foundation. $950.

31. Oversaw acquisition of multiple grants for Virginia Museum of Natural History; National Science Foundation, National Geographic, Institute for Museum and Library Studies, Bureau of Land Management, Private foundations, and Corporate support [while Executive Director, Virginia Museum of Natural History].


## Presentations

*California Mosquito and Vector Control Association*
December 2000, The effect of vegetation reduction on mosquito production from two constructed treatment wetlands receiving high and low nitrogen wastewater. W.E. Walton, J. Jiannino, J. Keiper, K. Chan.

*Entomological Society of America*
December 1996, Biology of microcaddisflies (Trichoptera: Hydroptilidae) from March 1997, Biology of microcaddisflies (Trichoptera: Hydroptilidae): resource
December 1997, Life histories of some Ohio microcaddisflies (Trichoptera: Hydroptilidae): Has trophic specialization among aquatic algivores been overlooked?
June 2000, Constructed wetlands as refugia for Diptera in southern California.
December 2000, Biology and immature stages of *Ochrotrichia footei* n. sp. (Trichoptera: Hydroptilidae) from a torrential mountain stream.
October 2004, Comparative morphology and feeding habits of stream-inhabiting grazers.
December 2006, Attraction of blow flies to aged versus fesh carrion.
December 2007, Insect succession on a dead black bear in northeastern Ohio.
November 2008, Biology and Immature Stages of *Diastata repleta* (Diptera: Diastatidae, a consumer of rodent feces in freshwater wetlands.
November 2009, Three forensic entomology cases in northeast Ohio involving calculation of postmortem interval, body movement, and possible medical neglect.

*Geological Society of America*
>March 2003, Knob Noster: A new Upper Carboniferous (Pennsylvanian) Lagerstatte   in Missouri containing millipeds (Diplopoda), insects, crustaceans, vertebrates,  plants, and other terrestrial and brackish water organisms.  J. T. Hannibal, J. B. Keiper, S. Lemay, and S. McKenzie.

*Midwest Ecology and Evolution Conference*
>March 1999, The specialized trophic association of microcaddisflies with *Cladophora.*

*Mosquito and Vector Control Association of California*
>January 1999, Mosquitoes in southern California constructed wetlands following storm  damage.
>January 2002, Factors influencing mosquito abundance in southern California

*North American Benthological Society*
>June 1996, Determining the postmortem submersion interval of carcasses in an Ohio stream.
>June 2001, Biology and immature stages of three coexisting microcaddisflies from northeastern Ohio lakes (Trichoptera: Hydroptilidae).
>May 2002, Invertebrate colonization of newly  constructed amphibian breeding ponds in northeastern Ohio.  SESSION MODERATOR (Wetlands).
>May 2003, Second year of invertebrate colonization of newly created amphibian breeding pools in northeastern Ohio.

*Ohio Academy of Sciences*
>April 1996, Determining the postmortem submersion interval of carcasses in an Ohio   Stream.
>April 1998, The invertebrate prey of the northern leopard frog, *Rana pipiens*.  A. Collier, J.B. Keiper, and L.P. Orr.
>April 2001, Patterns of macroalgal, periphytic, and macroinvertebrate assemblages from coal mine impacted lotic systems within the unglaciated western Allegheny Plateau.  R.G. Verb, J.B. Keiper, and M. L. Vis.

*Ohio Algal Meeting*
>November 1997, Microcaddisflies: specialist algivores in Ohio waters.

*Ohio Biological Survey*
>November 1996, Survey of the insects associated with *Justicia americana.*
>February 2001, A preliminary look at the horse flies and deer flies of Ohio (Diptera: Tabandiae).
>November 2001, The Moths of Kelleys Island.  B. Coleman, J. Chia, and J.B. Keiper.
>February 2002, Invertebrate colonization of newly constructed amphibian breeding
>ponds.  L. Hutchison and J. B. Keiper.

February 2005, Effects of elevated atmospheric carbon dioxide on grazing insect larvae.

February 2008, Biology and immature stages of *Diastata repleta* (Diptera: Diastatidae), a consumer of rodent feces in freshwater wetlands.

*USGS Annual Meeting on Research at the Hemet/San Jacinto Constructed Wetlands*
May 2000, Colonization of the Hemet constructed wetlands by Diptera.

## Invited Talks

*Ashland University, 2003-2004 Environmental Lecture Series*
September 2003, Coping with wetlands loss through conservation and preservation. http://www.ashland.edu/colleges/arts_sci/envsci/eshp.html

*Case Western Reserve University, Seminar*
November 2003, Aquatic piercer-herbivores: a freshwater parallel with terrestrial plant-insect coevolution?
March 2011, Forensic flight: Life of crime scene first responders.

*Cleveland Museum of Natural History*
January 2001, *Kirtlandia Society*: Nature's architects? A case for the caddisfly.
February 2001, *Curator's Forum*: Don't swat that! Biodiversity, beauty, death, and flies.
January 2002, *Trout Club*: Who's eating who? Trout stream food webs.
February 2003, *Curator's Forum*: How healthy is Lake Erie? Evidence from insects...
March 2004, *Curator's Forum*: Mosquitoes and West Nile virus in northeastern Ohio.
March 2006, *Curator's Forum*: Sideshow Insects: Bizare bug tales from Cleveland.
February 2007, *Curator's Forum*: Sideshow Insects II: Bizare bug diets.
May 2008, *Curator's Forum*: Sideshow Insects III: New adventures in forensic Science.

*Cleveland State University, Seminar*
February 2002, Invertebrates of newly constructed wetlands in arid and temperate environments.
September 2008, A review of the biology of higher flies (Diptera) and what it means to you.

*Entomological Society of America, Annual Dipterist Meeting*
November 1998, Biology of higher Diptera inhabiting freshwater marshes.

*Entomological Society of America, Aquatic Insect Symposium*
December 2001, Ecology of higher Diptera from constructed wetlands.
October 2003, Invertebrates of newly created vernal pools: A case study.

*John Carroll University, Seminar*

February 2002, Invertebrates of newly constructed wetlands in arid and
temperate environments.
May 2003, Invertebrates as indicators of ecosystem health in Lake Erie coastal
wetlands.
February 2005, Effects of elevated atmospheric carbon dioxide on algae and
grazing caddisfly larvae.

*Kent State University, Seminar*
March 2001, Mosquito *Blitzkrieg* in southern California constructed wetlands.

*Millersville University, Seminar* (Biology Coloquium)
November 2002, Can we repair Mother Nauture? Our wetlands experience.

*North American Benthological Society, Wetlands Symposium*
May 1999, Effects of vegetation and water depth on the distribution and
abundance of Diptera from a southern California constructed wetlands.

*Ohio Limnological Conference*
May 1997, Biology of microcaddisflies: resource partitioning.

*Ohio Natural History Conference* (Ohio Biological Survey, Inc.)
February 2005, Effects of elevated atmospheric carbon dioxide on algae and
grazing caddisfly larvae.

*Ohio Mosquito Control Association*
October 2001, Mosquitoes in constructed wetlands.

*Ohio Vernal Pool Conference*
March 2003, Invertebrates in vernal pools: ecology and management
March 2005, Mosquitoes in vernal pools: their perceived threat to human health
and importance in natural food webs.

*Radford University Lecture Series*
November 2010, Forensic Entomology and Crime Scene First Responders
November 2011, Forensic Entomology and burials
2013, Museums of the 21st Century

*Roanoke College, Seminar*
October 2011, Crime Scene First Responders: Advances in evidence analysis

*University of California - Riverside, Seminar*
February 1999, Biology, morphology, and coexistence of microcaddisflies
(Trichoptera: Hydroptilidae).

*University of Akron, Seminar*
April 2009, Forensic entomology in northeast Ohio: research of vertebrate
carrion and its application to homicide investigations.

*Virginia Association of Museums*
    March 2020, Museums as Community, Community as Museums
    With Michael Burns, Charles Grant, and Karen Daly.

**Student Research Supervised**

Delcipiapo, N. 1995. Succesion of insects attracted to mammalian carcasses in old field, forest, and riparian habitats. Kent State University (undergraduate research supervisor).

Graafland, M. and V. Van Hagen. 1995. Succession of insects attracted to mammalian carcasses in marsh, old field, and forest habitats. Kent State University (undergraduate research supervisor).

Reynolds, E. 1995. Succession of insects attracted to mammalian carcasses in forest and old field habitats. Kent State University (undergraduate research supervisor).

Breuker, C. 1996. Succession of insects attracted to mammalian carcasses in deciduous and coniferous forest habitats. Kent State University (undergraduate research supervisor).

Sanford, M. 1999. Attractancy of inundated fresh vs. aged vegetation to mosquitoes in a southern California constructed wetlands. University of California - Riverside (undergraduate research supervisor).

Hutchison, L. 2001. Inititial colonization of newly created amphibian breeding ponds by invertebrates in northeastern Ohio. Cleveland Museum of Natural History (Adopt-A-Student Program).

McDonough, R. 2001. Effects of oak and ash leaf input on the water chemistry and mosquito development in vernal pools in northeastern Ohio. Cleveland Museum of Natural History (high school mentor).

Turnell, E. 2002. Colonization of newly created amphibian breeding ponds by invertebrates in northeastern Ohio - Year 2. Cleveland Museum of Natural History (Adopt-A-Student Program).

Yasick, A. 2002-2014. **Ph.D. Committee Member**, Cleveland State University, Department of Biological, Geological, and Environmental Sciences.

Carrino, S. 2003-2005. **M.S. Committee Member**, Case Western Reserve University, Department of Biology.

Hickerson, C. 2003-2009. **Ph.D. Committee Member**, Cleveland State University, Department of Biological, Geological, and Environmental Sciences.

Latkovich, R. 2003. Differential use of leaf packs by invertebrates in newly created vernal pools. Cleveland Museum of Natural History (Adopt-A-Student Program).

Cook, C. 2004-2006. **M.S. Advisor**, John Carroll University, Department of Biology. Recovery of invertebrate communities following marsh management in a Lake Erie coastal wetlands complex.

MacKiegan, P. 2004-2007. **M.S. Advisor**, Cleveland State University, Department of Biological, Geological, and Environmental Sciences. Slowing relict sand dune succession to conserve native plants and insects using two vegetation management techniques in northeastern Ohio.

Rasbach, L. 2004. Deterence of *Culex* mosquito egg laying by immature dragonflies. Cleveland Museum of Natural History (Adopt-A-Student Program).

Sanford, D. 2004. Occurrence of flies of forensic importance in urban, suburban, and rural areas of northeastern Ohio. Cleveland Museum of Natural History (Adopt-A-Student Program).

Broz, K. 2005. Decomposition of aged vs. fresh carrion in northeast Ohio. Cleveland Museum of Natural History (Adopt-A-Student Program).

Carrino, S. 2005-2009. **Ph.D. Committee Member**, Case Western Reserve University, Department of Biology.

Ivanov, K. 2005-2010. **Ph.D. Advisor**, Cleveland State University, Department of Biological, Geological, and Environmental Sciences.Effects of urbanization and disturbance on ant communites (Hymenoptera: Formicidae). 214pp.

Kerci, A. 2006. Trichoptera of a sand barrens seepage area. Cleveland Museum of Natural History (Adopt-A-Student Program).

Bock, L. 2007. Decomposition of black bear and swine in northeastern Ohio. Cleveland Museum of Natural History (Adopt-A-Student Program).

Hans, K. 2007. Insect succession on a cooper's hawk in northeastern Ohio. Cleveland State Univeristy (Independent Study).

Milligan, J. 2007-2015. **Ph.D. Advisor**, Cleveland State University, Department of Biological, Geological, and Environmental Sciences. Topic to be determined.

Zimmerman, S. 2007. Illustration of the immature stages of *Diastata repleta* (Diptera: Diastatidae). Case Western Reserve University (Independent Study).

Baker, N. 2008-2010. **M.S. Advisor**, Cleveland State University, Department of Biological, Geological, and Environmental Sciences. Effects of microcystin on the development and asymmetry of a spread-winged damselfly (Odonata:

Lestidae).

Hans, K. 2008-2010. **M.S. Advisor**, Cleveland State University, Department of Biological, Geological, and Environmental Sciences. Determining the invertebrate signature on swine carcasses moved from an urban to a rural environment during decomposition.

Nelson, M. 2009. Effects of maggot density on development, survival, and asymmetry of the snail-killing fly *Sepedon fuscipennis* (Diptera: Sciomyzidae). Cleveland Museum of Natural History (Adopt-A-Student Program).

Zellner, A. 2009. Autumn decomposition of swine and insect succession in an urban environment. Cleveland Museum of Natural History.

Mikash, N. 2011. **M.S. Committee Member**. Soil arthropod diversity is driven by red-backed salamander density. Cleveland State University.

Fiutem, A. 2011. Documentation of insect succession on buried and partially buried pigs in southern Virginia. Virginia Museum of Natural History.

Underwood, M. 2011-2012. Documentation of insect succession on partially concealed pigs in southern Virginia. Virginia Museum of Natural History.

Numerous undergraduate and high school shadowing students participating in museum and non-profit management activities.

*Doctoral Candidacy Examination Committees – Cleveland State University*
2004 (2), 2005 (1), 2006 (1), 2009 (1)

*Doctoral Candidacy Examination Committee – Case Western Reserve University*
2008 (1), 2011 (1)

## Professional Memberships

American Alliance of Museums
Entomological Society of America
North American Dipterists Society
Virginia Association of Museums
Association of Science Museum Directors

## Other Accomplishments

**Symposia**:
Coordinated two symposia on West Nile virus in Ohio (2002, 2003).
Coordinated two symposia on the threat of Small Pox (2002, 2003).
Assisted coordination the annual Conservation Symposium at CMNH:

- Forest Fragmentation, 2003
- Lake Erie, 2004
- Seasonal Ponds, 2005
- Plant-Animal Interactions, 2006
- Headwater streams, 2008

Assisting coordination of a symposium of Global Climate Change (in collaboration with John Carroll University, Department of Biology, 17 March 2006).

Coordinating annual symposium for the Ohio Lepidopterists at CMNH March 2007.

Coordinated symposium on Environmental Health "Lead Poisoning and Education: How Lead Poisoning Challenges School Performance" April 2007.

**Partnerships**:

Developed, implemented, and lead Ohio Conservation Alliance
- Raised $10,000 seed funding through private donor
- Developed and implemented student small grant program
- Developed networking program for conservation scientists
- Active 2001-2003

Winous Point Marsh Conservancy
- Developed Memorandum of Understanding between Museum and WPMC for graduate student training, 2004-2006.
- Raised $7000 seed funding through private donor.

Member, Planning Committee for Biodiversity Alliance
- Developed Strategic Plan for alliance between Museum, Cleveland Botanical Garden, and Cleveland Metroparks Zoo, 2005- present.
- Conducted search for Coordinator funded among three institutions.
- Developed Memorandum of Understanding.

Coordinator of partnership between Museum and Laurel School
- Developed "From Cosmology to Conservation" program for freshman class, 2006-2008.
- Coordinate class visits (range from 70-80 students per visit) and Museum scientists who give presentations and tours.
- Negotiated remuneration for school experiences.

Member, Planning Committee for Center for Environmenmental Health and Human Ecology
- Developed Strategic Plan for alliance between Museum and the Case Western Reserve University School of Medicine.
- Developed Memorandum of Understanding

- Developing search committee (Fall 2008)
- Worked with Museum board to secure $120,000 seed funding
- Hired Center Coordinator, 2009.

Coordinator of partnership between Museum and Montessori High School at University Circle
- Developed Strategic Plan for apprenticeship program between Museum and MHS students, placing students in research labs, photography, exhibits, and sustainability institute.
- Developed Memorandum of Understanding
- Negotiated set price rate for apprenticeship as well as other activities.

Museum representative, Institute for the Science of Origins (Case Western Reserve University)
- Developing structure and goals (Fall 2008).
- Seeking funding for institute (Fall 2008).

Developed MOU between the Virginia Museum of Natural History and the International Institute for Human Evolutionary Research to develop and fund raise for "Hands-on Human Evolution: The Hard Evidence". 2011.

Developed MOU for use in creating a "Museum Affiliates" program between VMNH and other institutions
- Radford University, 2011
- Rockfish Valley Foundation, 2012
- Martinsville-Henry County Historical Society, 2015

Developed MOU for University Partnership with James Madison University, 2020

Developed MOU for Partnership with US Army, ongoing 2020


**Community Service:**    Gave many public presentations on entomological, natural history, historical, and museum/non-profit management topics, 2000-present
Served on Shaker Heights West Nile Virus Community Task Force, 2002.
Coordinator CMNH *BioBlitz*, May 2002, May 2003, May 2004
Provided numerous identifications of pests and curiosities, 2000-present.
Lead Systematist for 2006 Acadia National Park BioBlitz
Student Competition Judge
North American Benthological Society: 2004, 2005
Entomological Society of America: 2005, 2006.
Member of the Rotary Club of Martinsville, 2010-present.

Club president 2014-2016, Club director 2016-present.

Member of the Martinsville/Henry County Arts and Culture Council, June 2011-present.

Member, Association of Science Museum Directors. Board officer, 2016-present.

Board Member, MHC Historical Society, 2011-2019, President of Board of Directors 2017-2019.

Strategic Planning Committee, The Reynolds Homestead September 2011-present. Chair 2016-present.

Visiting Instructor, Gereau Center for Science and Technology Career Exploration, September 2012-2019.

Visiting Instructor, Thomas Jefferson High School for Science and Mathematics, May 2012 – 2018.

**Strategic Plans**:

A Museum Without Walls
Virginia Museum of Natural History, 2013

A Museum Without Walls 2015-2020
Virginia Museum of Natural History, 2015

A Museum Without Walls 2020-2025
Virginia Museum of Natural History, 2020

# DR. KAL IVANOV CV



# KALOYAN Y. IVANOV

Department of Recent Invertebrates
Virginia Museum of Natural History
21 Starling Ave., Martinsville, VA  24112
Phone: (276) 634 4174
E-mail: kal.ivanov@vmnh.virginia.gov

## RESEARCH INTERESTS

Taxonomy, systematics and natural history of ants (Hymenoptera: Formicidae); Hymenoptera taxonomy and systematics; terrestrial isopods; arthropod collecting techniques; biodiversity; community and urban ecology; invasion biology.

## CURRENT POSITION

**Associate Curator**, Department of Recent Invertebrates, Virginia Museum of Natural History
**Adjunct Faculty**, Department of Entomology, Virginia Polytechnic Institute and State University
**Adjunct Faculty**, Department of Biology, James Madison University

## EDUCATION

| | |
|---|---|
| 2010 | **Ph.D.** (Ecology), Cleveland State University, Cleveland, Ohio, United States<br>*Dissertation*: Effects of forest edges, exotic ants and non-native plants on local ant (Hymenoptera: Formicidae) diversity in urban forest fragments of northeastern Ohio. |
| 2000 | **M.Sc.** (Entomology) Sofia University, Bulgaria<br>*Thesis:*  Species diversity and distribution of family Ichneumonidae (Hymenoptera) in Razgradski Heights, NE Bulgaria, with ecological and zoogeographical notes. |

### Other Relevant Coursework

| | |
|---|---|
| 2005 | The Ant Course. California Academy of Sciences, Southwestern Research Station, Portal, Arizona |

## PROFESSIONAL APPOINTMENTS

| | |
|---|---|
| 2014-19 | **Assistant Curator**, Department of Recent Invertebrates, Virginia Museum of Natural History |
| 2011-14 | **Ecology and Environmental Science Instructor**, Biology Department, John Carroll University |
| 2011-13 | **Biology, Ecology and Zoology Instructor**, Department of Biological, Geological, and Environmental Sciences, Cleveland State University |
| 2011 | **Collections Assistant**, Department of Invertebrate Zoology, Cleveland Museum of Natural History |
| 2000-03 | **Research Technician**, Insect Ecology and Toxicology Lab, Department of Biology and Ecology of Terrestrial Animals, Institute of Zoology, Bulgarian Academy of Sciences |

## PROFESSIONAL MEMBERSHIPS AND SERVICES

### Memberships

Entomological Society of America
Entomological Society of Washington
International Society of Hymenopterists
Ohio Biological Survey
Virginia Natural History Society
Virginia Academy of Science

### Professional Service

Vice President, Virginia Natural History Society
Councilor, Virginia Natural History Society
Chair, Entomology Section, Virginia Academy of Science
Secretary, Entomology Section, Virginia Academy of Science
Secretary, Natural History and Biodiversity Section, Virginia Academy of Science

### Reviewer for Journals

Annals of the Entomological Society of America (papers reviewed: 4); Environmental Entomology (7); Revista de Biología Tropical (1); Journal of Insect Science (1); Agricultural Science Research Journal (1); Wildlife Biology in Practice (1); International Journal of Biodiversity and Conservation (1); Jeffersoniana (1); River Research and Applications (1); Banisteria (2); Insects of Virginia (1); Asian Myrmecology (1); International Journal of Entomology and Nematology (1); International Journal of Forestry and Wood Science (1); Acta Zoologica Bulgarica (1); Diversity (1)

### Editor

Insects of Virginia, Virginia Museum of Natural History

### Remote Curator

Ants of Ohio on AntWeb, California Academy of Sciences
(http://www.antweb.org/page.do?name=ohio)

## PUBLICATIONS

### Peer-reviewed publications (published or in press)

1. Keiper, J. B. and **K. Ivanov.** Field observations of scorpionflies (Mecoptera: Panorpidae) and signal flies (Diptera: Platystomatidae) at animal carcasses. Entomological News. (in press)
2. Hightower, L., N. D. Moncrief, and **K. Ivanov**. 2019. First Virginia records of the Neotropical Deer Ked *Lipoptena mazamae* Róndani (Diptera: Hippoboscidae). Banisteria 53: 78-83.
3. **Ivanov, K**. 2019. Ants (Hymenoptera: Formicidae) of Ohio: an updated checklist. Journal of Hymenoptera Research 70: 65-87. doi: 10.3897/jhr.70.35207
4. **Ivanov, K**., L. Hightower, S. T. Dash, and J. B. Keiper 2019. 150 years in the making: first comprehensive list of the ants (Hymenoptera: Formicidae) of Virginia. Zootaxa 4554: 532-560.
5. **Ivanov, K.** 2017. Old collections add a new species to Virginia's ensign wasp (Hymenoptera: Evaniidae) fauna. Banisteria 49: 22-25.
6. **Ivanov, K.** 2016. Exotic ants (Hymenoptera: Formicidae) of Ohio. Journal of Hymenoptera Research 51: 203-226. doi: 10.3897/jhr.51.9135

7. Paluh, D., C. Eddy, C. Hickerson, **K. Ivanov**, and C. Anthony. 2015. Selective foraging on ants by a terrestrial polymorphic salamander. American Midland Naturalist 174: 265-277.

8. **Ivanov, K**. and J. B. Keiper. 2011. Potential impacts of the invasive herb garlic mustard (*Alliaria petiolata*) on local ant (Hymenoptera: Formicidae) communities in northern temperate forests. Jeffersoniana 26: 1-14.

9. **Ivanov, K.,** O. M. Lockhart, J. B. Keiper, and B. M. Walton. 2011. Status of the exotic ant *Nylanderia flavipes* (Hymenoptera: Formicidae) in northeastern Ohio. Biological Invasions 9: 1945-1950. DOI 10.1007/s10530-011-0021-z

10. **Ivanov, K**. and J. B. Keiper. 2010. Ant (Hymenoptera: Formicidae) diversity and community composition along sharp urban forest edges. Biodiversity and Conservation 19: 3917-3933. DOI 10.1007/s1053 1-010-9937-3

11. **Ivanov, K.,** J. Milligan, and J. B. Keiper. 2010. Efficiency of the Winkler method for extracting ants (Hymenoptera: Formicidae) from temperate-forest litter. Myrmecological News 13: 73-79.

12. **Ivanov, K.** and J. Keiper. 2009. Effectiveness and biases of Winkler litter extraction and pitfall trapping for collecting ground-dwelling ants in northern temperate forests. Environmental Entomology 38: 1724-1736.

13. Francoeur, A. and **K. Ivanov**. 2008. The known range of *Myrmica semiparasitica* (Formicidae: Hymenoptera). Notes from Underground 13.

14. **Ivanov, K.** and J. Milligan. 2008. *Paratrechina flavipes* (Smith) (Hymenoptera: Formicidae), a new exotic ant for Ohio. Proceedings Entomological Society of Washington 110: 439-444.

15. Georgiev, G., T. Ljubomirov, M. Raikova, **K. Ivanov**, and V. Sakalian. 2004. Insect inhabitants of old larval galleries of *Saperda populnea* (L.) (Col. Cerambycidae) in Bulgaria. Journal of Pest Science 77: 235-243.

16. Georgiev, G., M. Raikova, T. Ljubomirov, and **K. Ivanov**. 2004. New parasitoids of *Saperda populnea* (L.) (Col. Cerambycidae) in Bulgaria. Journal of Pest Science 77: 179-182.

17. Georgiev, G., V. Sakalian, **K. Ivanov**, and P. Boyadzhiev. 2004. Insects reared from stems and branches of goat willow (*Salix caprea* L.) in Bulgaria. Journal of Pest Science 77: 151-153.

18. **Ivanov, K.** 2003. Hybrizontinae (Hymenoptera; Ichneumonidae) – a new subfamily to the fauna of Montenegro. In: V. Pesic, V. Spalevic, G. Karaman, Z. Jovovic, and M. Langourov (Eds), The Biodiversity of the Biogradska Gora National Park. Monographies I, Department of Biology, University of Montenegro & Centre for Biodiversity of Montenegro: 104-105.

19. **Ivanov, K.** 2002. New faunistic records of family Ichneumonidae (Insecta: Hymenoptera) from Razgradski Heights (NE Bulgaria). Acta Zoologica Bulgarica 54: 35-42.

20. **Ivanov, K.** and T. Ljubomirov. 2001. Hymenoptera (Insecta) in Kresna Gorge (SW Bulgaria). In: P. Beron (Ed.), Biodiversity of Kresna Gorge: 205-215.

## Manuscripts in preparation

1. **Ivanov, K.** and J. D. Gibson. Field notes: *Gastrophryne carolinensis* (Eastern Narrow-mouthed Toad) Diet. Catesbeiana. (submitted)

2. **Ivanov, K.** and J. D. Gibson. Field notes: *Anxyrus quercicus* (Oak Toad) Diet. Catesbeiana. (submitted)

3. Burrus, C., S. T. Dash, and **K. Ivanov**. Additional records of Hubbard's Angel Insect *Zorotypus hubbardi* Caudell (Zoraptera: Zorotypidae) from Virginia and New Jersey. Banisteria (in prep.)

4. Trager, J. and **K. Ivanov**. A new parasitic *Nylanderia* (Hymenoptera: Formicidae) from the Coastal Plain of Virginia. Zookeys. (in prep.)

5. Dash S. T., **K. Ivanov,** C. R. Bartlett, and N. Nazdrowicz. The Ants (Hymenoptera: Formicidae) of Delmarva: an annotated species list. Transactions of the American Entomological Society. (in prep.)

6. Harden, C. W., L. Hightower, and **K. Ivanov**. Interceptions from the Underground: The subterranean ant (Hymenoptera) and beetle (Coleoptera) fauna of Virginia, West Virginia, and North Carolina, USA. Banisteria (in prep.)

7. Moncrief, N., L. Hightower, and **K. Ivanov**. Age classification of *Sciurus*: comparisons of criteria based on bone fusion, tooth wear, and cementum annuli. Journal of Mammalogy. (in prep.)

## Field notes

1. Gibson, J. D. and **K. Ivanov**. 2020. Field notes: *Anaxyrus americanus* (American Toad) Diet. Catesbeiana 40: 65-66.
2. **Ivanov, K**. 2019. Field notes: *Carphophis amoenus amoenus* (Eastern Wormsnake). Catesbeiana 39: 109-110.

## Popular publications

1. Williams, B. and **K. Ivanov**. 2020. Cow Killer. Richmond Times – Dispatch: Discover Richmond Magazine. June/July issue: 44

2. Williams, B. and **K. Ivanov**. 2020. Bug out: the mystery of the little critter that disappeared from Virginia Beach. Richmond Times – Dispatch: Discover Richmond Magazine. April/May issue:

3. Williams, B. and **K. Ivanov**. 2019. A work in progress: Ants of Virginia. Virginia Explorer 1: 10-11.
4. Williams, B. and **K. Ivanov**. 2019. Insect specimens: Collections preparation. Virginia Explorer 1: 12-13.
5. Williams, B. and **K. Ivanov**. 2019. Virginia's only scorpion. Richmond Times – Dispatch: Discover Richmond Magazine. August/September issue: 28.
6. **Ivanov, K**. 2019. Southern black widow. Richmond Times – Dispatch: Discover Richmond Magazine. April/May issue: 35
7. **Ivanov, K**. 2017. Ants in Virginia. Richmond Times – Dispatch: Discover Richmond Magazine. April/May issue: 70

## Online publications

1. **Ivanov, K.** 2020. AntWeb: Ants of Ohio. Available at http://www.antweb.org/page.do?name=ohio

## INVITED TALKS

**Ivanov, K.** (2020). A word about pollinators. Dan River Basin Association, Environmental Education Webinar Series. June 10

**Ivanov, K.** (2020). Sustainable habitat for bees and other pollinators. Wayne Theatre Lecture Series, Waynesboro, Virginia. January 14

**Ivanov, K.** (2020). Sustainable habitat for bees and other pollinators. Monthly meeting of the Augusta Bird Club, Staunton, Virginia. January 13

**Ivanov, K.** (2019). Not just a load of dead insects: the life of a museum entomologist. Symposium - Breaking ground: research highlights from ECPs and non-academic track eastern branch members. Annual meeting of the Entomological Society of America – Eastern Branch, Blacksburg, Virginia. Mar. 11

**Ivanov, K.** (2018). The intrigue of ants: how and why do we study ants? New College Institute's "Life Learning is Forever". Presented at the Virginia Museum of Natural History, Martinsville, Virginia. April 19

**Ivanov, K.** (2018). Entomology: what is it and why is it important? New College Institute's "Life Learning is Forever". Presented at the Virginia Museum of Natural History, Martinsville, Virginia. April 5

**Ivanov, K.** (2017). Six-legged dragons: diversity and natural history of odonates. Virginia Museum of Natural History Dragon Festival, Virginia Museum of Natural History, Martinsville, Virginia. June 17

**Ivanov, K.** (2017). Ant societies: a brief introduction to ant diversity and natural history. Meeting of the Virginia Master Naturalists, Historic Rivers Chapter, Williamsburg, Virginia. April 12

**Ivanov, K.** (2016). The ants of Virginia project and other ant-centric investigations. Virginia Polytechnic and State University, Department of Entomology Seminar Series, Blacksburg, Virginia. November 17

**Ivanov, K.** (2016). Biodiversity and your place in it. Longwood University, Department of Biological and Environmental Sciences Seminar, Farmville, Virginia. October 28

**Ivanov, K.** (2016). Non-food collecting behaviour by *Pogonomyrmex salinus* and its implications for palaeontology studies. Lynchburg College School of Sciences Seminar, Lynchburg, Virginia. October 18

**Ivanov, K.** (2016). Known and unknown: the ant fauna of Virginia. Virginia Master Naturalists Statewide Conference, 4H Skelton Education Center, Smith Mountain Lake, Virginia. August 28

**Ivanov, K.** (2016). Known and unknown: the insect fauna of Virginia. 94th Annual Meeting of the Virginia Academy of Science, University of Mary Washington, Fredericksburg, Virginia. May 19

**Ivanov, K.** (2016). A f-ANT-astic world! Wayne Theatre Lecture Series, Waynesboro, Virginia. May 10

**Ivanov, K.** (2016). The astonishing world of ant-plant symbioses. Blue Ridge Wildflower Society Meeting, Roanoke, Virginia. March 28

**Ivanov, K.** (2016). The astonishing world of ant-plant symbioses. Annual meeting of the Virginia Native Plant Society, Richmond, Virginia. March 12

**Ivanov, K.** (2016). Biodiversity and your place in it. Roanoke College, Environmental Studies Seminar Series, Salem, Virginia. February 18

**Ivanov, K.** (2015). Known and unknown: The ant fauna of Virginia. Virginia Master Naturalists Southwest Regional Conference, Hungry Mother State Park, Marion, Virginia. September 26

**Ivanov, K.** (2015). Life at VMNH: Curatorial duties and more. After Hours Rotary Club, Danville, Virginia. August 25

**Ivanov, K.** (2015). Ant societies: A brief introduction to ant diversity and natural history. Science Café Danville, Danville, Virginia. June 23

**Ivanov, K.** (2015). Life at VMNH: Curatorial duties and more. Upton Rotary Club, Martinsville, Virginia. January 29

**Ivanov, K.** (2011). Ant diversity in urban forest fragments of northeastern Ohio. University of Akron, Department of Biology EcoLunch Seminar Series, Akron, Ohio. November 23

**Ivanov, K.** (2011). Ant diversity in urban forest fragments of northeastern Ohio. John Carroll University, Biology Department Seminar Series, University Heights, Ohio. October 25

**Ivanov, K.** (2010). Ecosystem engineers in Cleveland: The ants and how they work in Greater Cleveland. Cleveland Museum of Natural History, Curator's Forum Lecture Series, Cleveland, Ohio. April 7

**Ivanov, K.** (2009).What good are ants? Ecosystem role and diversity of ants in a fragmented urban landscape. Cleveland Museum of Natural History, 6th Annual Conservation Symposium, Ecology underfoot: The Secret Life of Soil, Cleveland, Ohio. September 11

**Ivanov, K.** (2007). Ant (Hymenoptera: Formicidae) diversity in urbanized forest fragments of northeast Ohio. John Carroll University, Student Seminar Series, University Heights, Ohio. October 16

**Ivanov, K.** (2007). Ants in our backyard. Western Cuyahoga Audubon Society Lecture Series, Rocky River, Ohio. October 2

**Ivanov, K.** (2007). Natural history and diversity of ants (Insecta: Hymenoptera). Cleveland State University, Research for Undergraduate Experience (REU) Summer Program, Peninsula, Ohio. June 28

## CONTRIBUTED PRESENTATIONS

**Ivanov, K.** and L. Hightower (2019). The ant genus *Strumigenys* Smith in Virginia with natural history notes on the cavity-dwelling *Strumigenys rostrata* Emery (Hymenoptera: Formicidae). Annual meeting of the Entomological Society of America, St. Louis, Missouri. November 19

**Ivanov, K.** and L. Hightower (2019). The ant genus *Strumigenys* Smith in Virginia with natural history notes on the cavity-dwelling *Strumigenys rostrata* Emery (Hymenoptera: Formicidae). 2nd general meeting of the Virginia Natural History Society, Martinsville, Virginia. November 2

Harden, C., L. Hightower, and **K. Ivanov** (2019). Life below ground: the enigmatic ant and beetle fauna of Virginia and West Virginia. Virginia Museum of Natural History, 2nd Thursday Science Talks, Martinsville, Virginia. April 11

Harden, C., L. Hightower, and **K. Ivanov** (2019). Exploring the subterranean ant (Hymenoptera: Formicidae) and beetle (Coleoptera) fauna of Virginia and West Virginia. Annual meeting of the Entomological Society of America – Eastern Branch, Blacksburg, Virginia. March 10

**Ivanov, K.**, L. Hightower, S. T. Dash, and J. B. Keiper (2018). Ants of Virginia. 1st General Meeting of the Virginia Natural History Society, Martinsville, Virginia. October 13

**Ivanov, K.** (2018). Virginia's Pine Barrens: A myrmecologist's perspective. Virginia Museum of Natural History, 2nd Thursday Science Talks, Martinsville, Virginia. April 12

**Ivanov, K.,** J. B. Keiper, and L. Hightower (2018). The Ants of Virginia Project. Annual meeting of the Entomological Society of America – Eastern Branch, Annapolis, Maryland. March 19

**Ivanov, K.,** J. B. Keiper, and L. Hightower (2017). The ants of Virginia project. 95th Annual meeting of the Virginia Academy of Science, Virginia Commonwealth University, Richmond, Virginia. May 18

**Ivanov, K.** (2017). The E-files: Specimens, pins, and spirits. Virginia Museum of Natural History, 2nd Thursday Science Talks, Martinsville, Virginia. February 9

**Ivanov, K.** (2016). The ants of Ohio: A decade after Coovert. Ohio Natural History Conference, Columbus, Ohio. February 27

**Ivanov, K.** (2016). Biodiversity and your place in it. Virginia Museum of Natural History, 2nd Thursday Science Talks, Martinsville, Virginia. January 14

**Ivanov, K.** (2015). It's a mad, mad, mad, mad insect world. Virginia Museum of Natural History, 2nd Thursday Science Talks, Martinsville, Virginia. March 12

Benzing, T., **K. Ivanov**, and U. Nash (2015). A natural history interpretive center and coldwaters research opportunities on the South River in Waynesboro, Virginia. Annual Meeting of the Virginia, Virginia Tech, and West Virginia Chapters of the American Fisheries Society, Blacksburg, Virginia. February 19

**Ivanov, K.** and J. B. Keiper (2009). Impacts of the invasive herb garlic mustard (*Alliaria petiolata*) on local ant (Hymenoptera: Formicidae) communities in northern temperate forests. Annual meeting of the Entomological Society of America, Indianapolis, Indiana. December 14

**Ivanov, K.** and J. B. Keiper (2008). Leaf litter ant (Hymenoptera: Formicidae) species richness and composition along an urbanized forest edge. Annual meeting of the Entomological Society of America, Reno, Nevada. November 17

**Ivanov, K.** and O. M. Lockhart (2008). Assessment of the invasiveness of an exotic ant (*Paratrechina flavipes*) and its potential impact on regional natural resources. 2nd Annual Cleveland Metroparks Natural Resource Staff and Research meeting, Rocky River, Ohio. May 8

**Ivanov, K.** and O. M. Lockhart (2008). Assessment of the invasiveness of an exotic ant (*Paratrechina flavipes*) and its potential impact on regional natural resources. Ohio Natural History Conference, Columbus, Ohio. February 16

**Ivanov, K.** (2007). Effects of urbanization and habitat fragmentation on the leaf-litter ant communities in Northeast Ohio. Cleveland Metroparks Natural Resource Staff and Research Meeting, Rocky River, Ohio. June 22

**Ivanov, K.** and J. B. Keiper. (2006). Effects of urbanization and habitat fragmentation on the leaf-litter ant communities in Northeast Ohio. Annual meeting of the Entomological Society of America, Indianapolis, Indiana. December 11

## Contributed Posters

Hightower, L., N. Moncrief, and **K. Ivanov**. (2020). First records of the Neotropical Deer Ked *Lipoptena mazamae* Róndani (Diptera: Hippoboscidae) from Virginia. Annual meeting of the Virginia Chapter of the Wildlife Society, Randolph-Macon College, Ashland, Virginia. February 6

**Ivanov, K.** and L. Hightower (2019). The ant (Hymenoptera: Formicidae) fauna of Virginia's remnant pyrophytic communities. 97th annual meeting of the Virginia Academy of Science, Old Dominion University, Norfolk, Virginia. May 23

**Ivanov, K.** (2019). The ants (Hymenoptera: Formicidae) of Ohio: an updated checklist. Ohio Natural History Conference, Columbus, Ohio. February 23.

Moncrief, N., L. Hightower, and **K. Ivanov**. (2018). Age Classification of *Sciurus*: Comparisons of Criteria Based on Bone Fusion, Tooth Wear, and Cemmentum Annuli. 1st general meeting of the Virginia Natural History Society, Martinsville, Virginia. October 13

Moncrief, N., L. Hightower, J. Edwards, and **K. Ivanov**. (2018). Age Classification of *Sciurus*: Comparisons of Criteria Based on Bone Fusion, Tooth Wear, and Cemmentum Annuli. 8th International Colloquium on Squirrels, National University of Ireland, Galway, Ireland. June 7

**Ivanov, K.,** L. Hightower, and J. B. Keiper. (2018). The Ants of Virginia Project. 96th annual meeting of the Virginia Academy of Science, Longwood University, Farmville, Virginia. May 24

**Ivanov, K.** (2018). An updated list of the ants (Hymenoptera: Formicidae) of Ohio. Ohio Natural History Conference, Cleveland, Ohio. February 24.

**Ivanov, K.**, L. Hightower, and J. B. Keiper. (2017). The Ants of Virginia Project. Annual meeting of the Entomological Society of America, Denver, Colorado. November 6 [virtual poster]

**Ivanov, K.** (2017). *Myrmica* (Hymenoptera: Formicidae) of Ohio. Ohio Natural History Conference, Columbus, Ohio. February 25

**Ivanov, K.**, L. Hightower, and J. B. Keiper. (2016). Preliminary checklist of the ants (Hymenoptera: Formicidae) of Virginia. K. Ivanov. International Congress of Entomology and annual meeting of the Entomological Society of America, Orlando, Florida. September 26

**Ivanov, K.** (2015). Preliminary checklist of the ants (Hymenoptera: Formicidae) of Virginia. K. Ivanov. 93rd annual meeting of the Virginia Academy of Science, James Madison University, Harrisonburg, Virginia. May 22

**Ivanov, K.** (2015). Checklist of the ants (Hymenoptera: Formicidae) of Ohio. Ohio Natural History Conference, Columbus, Ohio. February 28

Eddy, C., D. Paluh, **K. Ivanov**, C. Hickerson, and C. Anthony (2014). Selective foraging on ants by a plethodonid salamander in NE Ohio. 13th annual "A Celebration of Scholarship" conference, John Carroll University, University Heights, Ohio. April 7

**Ivanov, K.** (2014). Exotic ants (Hymenoptera: Formicidae) of Ohio. Ohio Natural History Conference, Columbus, Ohio. February 15

**Ivanov, K.** and J. B. Keiper (2011). The exotic *Nylanderia flavipes* (Hymenoptera: Formicidae) in Cleveland, Ohio, and its impact on local ant diversity. Ohio Natural History Conference, Columbus, Ohio. February 19

**Ivanov, K.** and J. B. Keiper (2010). The exotic *Nylanderia flavipes* (Hymenoptera: Formicidae) in Cleveland, Ohio, and its impact on local ant diversity. Annual meeting of the Entomological Society of America, San Diego, California. December 13

**Ivanov, K.** and J. B. Keiper (2010). Impacts of the invasive herb garlic mustard (*Alliaria petiolata*) on local ant (Hymenoptera: Formicidae) communities in northern temperate forests. Cleveland State University, College of Science annual research day, Cleveland, Ohio. April 30

**Ivanov, K.** and J. B. Keiper (2010). Impacts of the invasive herb garlic mustard (*Alliaria petiolata*) on local ant (Hymenoptera: Formicidae) communities in northern temperate forests. Ohio Natural History Conference, Columbus, Ohio. February 20

**Ivanov, K.** and O. M. Lockhart (2009). The status of an exotic ant (*Paratrechina flavipes*) in the greater Cleveland area and its potential impact on regional natural resources. 2nd ecological landscaping conference, Cleveland, Ohio. December 2

**Ivanov, K.** and O. M. Lockhart (2009). The status of an exotic ant (*Paratrechina flavipes*) in the greater Cleveland area and its potential impact on regional natural resources. Cleveland State University, College of Science annual research day, Cleveland, Ohio. April 24

**Ivanov, K.** and O. M. Lockhart (2009). The status of an exotic ant (*Paratrechina flavipes*) in the greater Cleveland area and its potential impact on regional natural resources. Meeting of the Ecological Society of America and Society for Ecological Restoration - Mid-Atlantic Chapters, the College of New Jersey, Ewing, New Jersey. March 13

**Ivanov, K.** and O. M. Lockhart (2009). The status of an exotic ant (*Paratrechina flavipes*) and its potential impact on regional natural resources. Ohio Natural History Conference, Columbus, Ohio. February 28

**Ivanov, K.** and O. M. Lockhart (2008). Assessment of the invasiveness of an exotic ant (*Paratrechina flavipes*) and its potential impact on regional natural resources. Cleveland State University, College of Science annual research day, Cleveland, Ohio. May 2

Mikash, N., S. Balanson, A. Barry, **K. Ivanov**, D. LaGrange, S. Laux, O. M. Lockhart, J. R. Milligan, and R. Gibson (2008). Terrestrial isopods (Crustacea: Isopoda: Oniscidea) of northeastern Ohio. Ohio Natural History Conference, Columbus, Ohio. February 16

**Ivanov, K.** (2008). Updated list of the ants (Hymenoptera: Formicidae) of Ohio. Ohio Natural History Conference, Columbus, Ohio. February 16

**Ivanov, K.** and J. B. Keiper (2007). A comparison of the efficacy of Winkler extraction and pitfall trapping for collecting epigaeic ants (Hymenoptera: Formicidae) in northeastern deciduous forest fragments. Annual meeting of the Entomological Society of America, San Diego, California. December 10

Ivanov, K., T. Mal, and J. B. Keiper (2007). Effects of urbanization and habitat fragmentation on leaf-litter ant communities of northeastern Ohio. Ohio Natural History Conference, Columbus, Ohio. February 18

Ivanov, K., T. Mal, and J. B. Keiper (2006). Effects of urbanization, forest fragmentation and plant species invasions on the leaf-litter ant communities of northeast Ohio. Ohio Natural History Conference, Columbus, Ohio. February 18

Ivanov, K., T. Mal, and J. B. Keiper (2004, -05, -06). Effects of urbanization, forest fragmentation and plant species invasions on the leaf-litter ant communities of northeast Ohio. Cleveland State University, College of Science annual research day, Cleveland, Ohio.

## RESEARCH AND TRAVEL GRANTS FUNDED

| | |
|---|---|
| 2016 | (Co-PI) Survey of rare and endangered millipedes and centipedes in Augusta, Bath, and Highland Counties, Virginia. **Environmental Solutions and Innovations**, Inc., ($15,000) |
| 2009 | Graduate Student Travel Award. College of Science, **Cleveland State University**, ($500) |
| 2009 | Graduate Student Travel Award. College of Science, **Cleveland State University**, ($270) |
| 2008 | Graduate Student Travel Award. College of Science, **Cleveland State University**, ($550) |
| 2007 | (PI) A survey of the terrestrial isopods (Crustacea: Isopoda: Oniscidea) of Mount Desert Island. **Acadia National Park**, L. L. Bean Acadia Research Fellowship, ($1,400) |
| 2007 | (PI) Assessment of the invasiveness of an exotic ant (*Paratrechina flavipes*) and its potential impact on regional natural resources. **Ohio Biological Survey**, Small Grants Program, ($500) |
| 2007 | Doctoral Dissertation Research Expense Grant. College of Science, **Cleveland State University**, ($2,000) |
| 2007 | Graduate Student Travel Award. College of Science, **Cleveland State University**, ($480) |
| 2006 | (PI) Leaf litter ant survey in urbanized and fragmented forest areas of Cleveland Metroparks, Ohio. **Ohio Biological Survey**, Small Grants Program, ($500) |
| 2006 | (PI) Survey of the ants (Hymenoptera: Formicidae) of Geauga County, Ohio. **Geauga County Park District**, Research Grants Program, ($1,129) |

## AWARDS

| | |
|---|---|
| 2009 | Cleveland Museum of Natural History: The Outstanding Student Award |
| 2008 | Entomological Society of America: Student and Young Professional Award |
| 2008 | Entomological Society of America: Student Competition for the President's Prize, 1st place, oral presentation |
| 2007 | Entomological Society of America: Student Competition for the President's Prize, 1st place, poster presentation |

## TEACHING EXPERIENCE

| | |
|---|---|
| 2017 | **Instructor**, Department of Biological and Allied Health Sciences, Ohio Northern University |
| | Biology 3651: Forensic Entomology |
| 2011-14 | **Instructor**, Biology Department, John Carroll University |
| | Biology 109: Environmental Biology<br>Biology 109L: Environmental Biology Laboratory<br>Biology 159: Principles of Biology III: Biodiversity<br>Biology 222: General Ecology |
| 2011-13 | **Instructor**, Department of Biological, Geological, and Environmental Sciences, Cleveland State University |
| | Biology 106: Human Biology<br>Biology 202: Introductory Biology II |

Biology 302: Animal Diversity
Biology 303: Animal Diversity Laboratory
Biology 454/554/754: Ecology
Biology 455/555: Ecology Laboratory
Environmental Science 450/550: Applied Ecology

2003-10 **Graduate Teaching Assistant**, Department of Biological, Geological, and Environmental Sciences, Cleveland State University

Biology 102: Human Genetics, Reproduction, and Development (selected lectures)
Biology 107: Human Biology Laboratory
Biology 200: Introductory Biology I (selected lectures)
Biology 201: Introductory Biology Laboratory I
Biology 203: Introductory Biology Laboratory II

1999 **Graduate Teaching Assistant**, Department of Biology, Sofia University

General Entomology: summer practice for undergraduates, Etropole, Bulgaria

# PUBLIC OUTREACH & SYNERGISTIC ACTIVITIES

## Outreach

2020 Virginia Museum of Natural History "Drive-thru Dino Experience". Virginia Museum of Natural History, Martinsville, Virginia. July 30

2020 Virginia Museum of Natural History "Drive-thru Reptile Experience". Virginia Museum of Natural History, Martinsville, Virginia. June 13

2020 Virginia Museum of Natural History Ice Age Festival. Displays featuring fossil and modern invertebrates and vertebrates from the Cenozoic of Virginia and the surrounding areas. Virginia Museum of Natural History, Martinsville, Virginia. January 25

2019 Virginia Museum of Natural History Dragon Festival. Modern dragons. Displays featuring fossil and present-day "dragons". Virginia Museum of Natural History, Martinsville, Virginia. October 19

2019 9th Annual Hokie BugFest. Displays focused on the world's Lepidoptera diversity and Virginia's native and exotic insect fauna. Virginia Tech, Blacksburg, VA. October 5

2019 Virginia Museum of Natural History Dino Festival. Displays focusing on the insect fauna of Virginia's Solite Quarry from the age of the dinosaurs to present day. Virginia Museum of Natural History, Martinsville, Virginia. July 26-27

2019 Examining the effects of urban land uses on local pollinator diversity. Lynchburg College Summer Residential Governor's School Program in Mathematics, Science, and Technology. Hands-on learning regarding the significance of natural history. Virginia Museum of Natural History, Martinsville, Virginia. July 9

2019 Virginia Museum of Natural History Bug Festival. Displays focused on the world's Lepidoptera diversity and Virginia's native and exotic insect fauna. Virginia Museum of Natural History, Martinsville, Virginia. June 15

2019 Networking session with students and early career professionals at the Annual meeting of the Entomological Society of America – Eastern Branch. Blacksburg, Virginia. March 11

2019 A world of insects. James Madison University "College for Kids" program for students 4 to 6th grade. Presentation, displays, and activities focusing on insect diversity and identification. James Madison University, Harrisonburg, Virginia. January 26

2019 Virginia Museum of Natural History Reptile Festival. Displays focused on Virginia's snake diversity, identification, and natural history. Virginia Museum of Natural History, Martinsville, Virginia. January 19

2019 Virginia Museum of Natural History Coffee with a Curator. Presentation with Q&A for museum staff and volunteers. Virginia Museum of Natural History, Martinsville, Virginia. January 10

2018 Osher Lifelong Learning Institute (OLLI) at the University of Virginia. A collaboration class between the Virginia Museum of Natural History and the University of Virginia focused on the geology and fauna of Virginia's caves with a visit to Grand Caverns, Grottoes, Virginia (with Dr. J. Beard). December 7

2018    8th Annual Hokie BugFest. Display table and activities focused on soil biota diversity and identification. Virginia Tech, Blacksburg, Virginia. October 20

2018    Virginia Museum of Natural History Moth Saturday. A collaboration between VMNH and Virginia artist Deborah Davis. Event aimed at raising awareness about moths, their habitats, natural history, and their role in local ecosystems. Virginia Museum of Natural History, Martinsville, Virginia. September 15

2018    Examining the effects of urban land uses on local pollinator diversity. Lynchburg College Summer Residential Governor's School Program in Mathematics, Science, and Technology. Hands-on learning regarding the significance of natural history. Virginia Museum of Natural History, Martinsville, Virginia. July 10

2018    Virginia Museum of Natural History Salamander Saturday. An initiative started by the Foundation for the Conservation of Salamanders (FCSal) to raise awareness about salamanders, their habitats, and their role in the ecosystem, thereby promoting global unity in the effort to protect salamanders. Virginia Museum of Natural History, Martinsville, Virginia (with A. Hastings, VMNH; and J. Gibson, Patrick Henry Community College). May 5

2017    Biodiversity: what is it, where is it, and why is it important? Education program for 7th graders. Laurel Park Middle School, Laurel Park, Virginia. December 19

2017    7th Annual Hokie BugFest. Display table and activities focused on soil biota diversity and identification. Virginia Tech, Blacksburg, Virginia. October 14

2017    Examining the effects of urban land uses on local pollinator diversity. Lynchburg College Summer Residential Governor's School Program in Mathematics, Science, and Technology. Hands-on learning regarding the significance of natural history. Virginia Museum of Natural History, Martinsville, Virginia. July 11

2017    Virginia Museum of Natural History Dragon Festival. Six-legged dragons: Displays and activities focused on odonate diversity and natural history. Virginia Museum of Natural History, Martinsville, Virginia. June 17

2016    Virginia Museum of Natural History Youth Curator Camp. The secret life of dirt. Displays and activities for students ages 6 through 12. Virginia Museum of Natural History, Martinsville, Virginia. December 10

2016    6th Annual Hokie BugFest. Display table and activities focused on soil biota diversity and identification. Virginia Tech, Blacksburg, Virginia. October 15

2016    SoVa Career Choice Expo for southern Virginia 7th and 9th graders, Chatham, Virginia. October 5

2016    Virginia Museum of Natural History Adult Curator Camp. Life beneath our feet. Virginia Museum of Natural History, Martinsville, Virginia. September 10

2016    Examining the effects of urban land uses on local pollinator diversity. Lynchburg College Summer Residential Governor's School Program in Mathematics, Science, and Technology. Hands-on learning regarding the significance of natural history. Virginia Museum of Natural History, Martinsville, Virginia. July 12

2016    Medical Education Fair "Who Wants to be a Doctor". Arthropods of medical importance. Bassett, Virginia. April 9

2016    Pollination syndromes among Virginia's Orchids. Display table at Darwin Day, Roanoke College, Salem, Virginia. February 12

2015    Virginia Museum of Natural History Youth Curator Camp. Masters of disguise: amazing insect camouflage. Displays and activities for children ages 6 through 11. Virginia Museum of Natural History, Martinsville, Virginia. December 19

2015    5th Annual Hokie BugFest. Display table and activities focused on soil biota diversity and identification. Virginia Tech, Blacksburg, Virginia. October 17

2015    SoVa Career Choice Expo for southern Virginia 7th and 9th graders, Chatham, Virginia. September 30

2015    Virginia Museum of Natural History Science Saturday: Bug Bash. Programming involving arthropod displays, activities, and collections and lab tours for the general public. Virginia Museum of Natural History, Martinsville, Virginia. May 9

2015    Virginia Museum of Natural History Coffee with a Curator. Presentation with Q&A for museum staff and volunteers. Virginia Museum of Natural History, Martinsville, Virginia. January 14

2014    Celebrating 125th anniversary of the Bulgarian National Museum of Natural History. Q&A with the general public focused on Hymenoptera research. Online collaboration between Cleveland State

University and the Bulgarian National Museum of Natural History. Moderated by Drs. M. Langourov and N. Simov. August 20

2009 Harnessing the Power of a Swarm. Collaboration between Ingenuity Festival and Science Café Cleveland. Cleveland, Ohio (with D. Palmer and D. Williams). July 13

2008 The secret sex life of bugs. Animal Attractions Series. Cleveland Metroparks Zoo, Cleveland, Ohio. February 7

## Workshops

2019 Capture and curation methods for studying terrestrial vertebrates and invertebrates: Discovering how important scientific specimens can be! Roanoke College, Salem, Virginia. March 30 (with Nancy Moncrief)

2018 Insect natural history and identification. Southwestern Piedmont Chapter of Virginia Master Naturalists. Virginia Museum of Natural History, Martinsville, Virginia. September 11

2018 Insect natural history and identification. Blue Ridge Foothills and Lakes Chapter of Virginia Master Naturalists. The Franklin Center, Rocky Mount, Virginia. March 5

2017 Capture and curation methods for studying terrestrial vertebrates and invertebrates: Discovering how important scientific specimens can be! Virginia Institute of Marine Science, Gloucester Point, Virginia. October 4 (with Nancy Moncrief)

2016 Ants of Virginia: Taxonomy, morphology, and identification. 4H Skelton Education Center, Smith Mountain Lake, Virginia. August 28

2015 Ants of Virginia: Taxonomy, morphology, and identification. Hungry Mother State Park, Marion, Virginia. September 26

## BioBlitz(s)

2020 Virginia Bioblitz. Statewide (virtual) Bioblitz organized by the Virginia Academy of Science, Virginia (panellist and participant). September 26.

2018 Longwood University Annual Bioblitz. Lancer Park, Farmville, Prince Edward Co., Virginia. April 21

2017 Newport News Bioblitz, Newport News Park. Sponsored by the Virginia Herpetological Society, Hampton Roads Bird Club, Newport News Park Recreation and Tourism, and Lowe's Home Improvement. City of Newport News and York Co., Virginia. May 20-21

2017 Pilot Mountain Bioblitz. Pilot Mountain State Park, Surry and Yadkin Co., North Carolina. May 17-18

2015 Rocky Knob Bioblitz. Blue Ridge Parkway, Patrick and Floyd Co., Virginia. September 18-19

2013 Acacia Reservation Public Bioblitz. Cleveland Metroparks, Cuyahoga Co., Ohio. September 7

2013 Acacia Reservation Bioblitz. Cleveland Metroparks, Cuyahoga Co., Ohio. May 23-24

2011 Annual Deep Woods Bioblitz. Deep Woods, Hocking Co., Ohio. August 13-14

2008 Annual Deep Woods Bioblitz. Deep Woods, Hocking Co., Ohio. June 14-15

2007 Laurel High School Annual Bioblitz. Butler Campus, Geauga Co., Ohio. September 15

2007 Woodlake Bioblitz. Cuyahoga Valley National Park, Summit Co., Ohio. June 29

2007 5th Annual Bioblitz for Geauga County Park District. Bass Lake Preserve, Geauga Co., Ohio. June 2

2006 Schoodic Diptera Blitz, Schoodic Peninsula, Acadia National Park. Sponsored by the Maine Entomological Society and Acadia National Park, Hancock Co., Maine. July 14-16

2006 4th Annual Bioblitz for Geauga County Park District. Sunnybrook Preserve, Geauga Co., Ohio. June 3

## Clubs

2003-05 Ecology Journal Club, Department of Biological, Geological, and Environmental Sciences, Cleveland State University

1997-00 Biology Club, Department of Biology, Sofia University

# MEDIA

2020 "Take a taste of these figs" Martinsville Bulletin article by H. Kozelsky, Martinsville, Virginia, September 8

2020 "The secret, underground life of cicadas" Martinsville Bulletin article by H. Kozelsky, Martinsville, Virginia, May 19

2019 "VMNH celebrates successful bird count" The Henry County Enterprise article by B Williams, Virginia, December 27 (with J. Keiper, J. Beard, J. Martin, and B. Williams)

2019 "Don't miss the 2019 Bug Festival". WFXR Living Local with C. Wright. Roanoke, Virginia. June 12 (with B. Williams)

2019 "Researchers publish the first complete list of the ants in state" The Henry County Enterprise article by B Williams, Virginia, May 1

2019 "An annual museum bird count". Online article by B Williams, Martinsville, Virginia, January 9 (with J. Keiper, J. Beard, and B. Williams). Available at: https://www.facebook.com/notes/virginia-museum-of-natural-history/an-annual-museum-bird-count/10156501615677479/

2018 "Tick invasion? Longhorn ticks have made their way to Virginia, but should we be concerned?" Martinsville Bulletin article by B Williams, Martinsville, Virginia, August 31

2018 "Museum scientists rescue a snapping turtle in Martinsville" Martinsville Bulletin article by B Williams, Martinsville, Virginia, August 8 (with A. Hastings)

2018 "Paul Farrar Live". BTW21 News, Collinsville, Virginia. February 16 (with Joe Keiper, Z. Ryder, and A. Hastings)

2017 "Scientists track local species in annual bird count" Martinsville Bulletin article by B Williams, Martinsville, Virginia, December 22 (with J. Keiper and J. Beard)

2017 "Invasion of the Needle Ants" Martinsville Bulletin article by B Williams, Martinsville, Virginia, November 8

2017 "A Herculean Effort: Beetles show up throughout Henry County" Martinsville Bulletin article by B Williams, Martinsville, Virginia, July 17 (with J. Keiper)

2016 "Bird's the word: local scientists gather for annual Christmas Bird Count" Martinsville Bulletin article by B Williams, Martinsville, Virginia, December 25 (with J. Keiper and J. Beard)

2016 "Slow moving specks: VMNH museum curator completes ant experiments" Martinsville Bulletin article by B Williams, Martinsville, Virginia, October 27

2016 "Scientists list ants of Va." Martinsville Bulletin article by B Williams, Martinsville, Virginia, September 14

2016 "Webworms cast their tents around area" Martinsville Bulletin article by B Williams, Martinsville, Virginia, September 1

2016 "Virginia Museum of Natural History digging up dinosaur fossils in Wyoming". WSET ABC 13 local news by E. Tyree, Lynchburg, Danville, and Roanoke Virginia. July 7 (with A. Hastings, R. Vodden, and B. Haiar)

2016 "Lynchburg College professor and students digging up dinosaur fossils in Wyoming". The News and Advance article by J. Pounds, Lynchburg, Virginia. July 7 (with A. Hastings, R. Vodden, and B. Haiar)

2016 "Diggin' days: museum scientists on hunt for fossils in Wyoming". Martinsville Bulletin article by H. Kozelsky, Martinsville, Virginia. July 3 (with A. Hastings, R. Vodden, and B. Haiar)

2016 "The Ants of Virginia". 88.9 WCWE "What's Bugging You?" Radio Show (hosted by Dr. Art V. Evans and Steve Clark), Richmond, Virginia. May 3

2016 "Ant-plant Interactions". 88.9 WCWE "What's Bugging You?" Radio Show (hosted by Dr. Art V. Evans and Steve Clark), Richmond, Virginia. April 26

2016 "Program educates children about what it takes to become a doctor". Martinsville Bulletin article by P. Collins, Martinsville, Virginia. April 11

2016 "Biodiversity will be topic of talk tonight at VMNH". Martinsville Bulletin article by H. Kozelsky, Martinsville, Virginia. January 14

2014 "Birds of a feather...: area scientists look to bring back Christmas bird count". Martinsville Bulletin article by B Williams, Martinsville, Virginia, December 29 (with J. Beard)

| 2014 | "Dream Job: new assistant curator's fascination with bugs stuck". Martinsville Bulletin article by B. Williams, Martinsville, Virginia. October 19 |
| 2009 | "Science Café: Swarm Theory". 90.3 WCPN Sound of Ideas Radio Show (hosted by Dan Moulthrop) appearance with D. Palmer and D. Williams, Cleveland, Ohio. July 13 |

## EXHIBITS (* GRANT FUNDED)

| 2019* | "Exploring Natural Bridge". Permanent exhibit at Natural Bridge State Park highlighting the geology, flora, and fauna of Natural Bridge State Park and its surroundings. In addition to introducing guests to the geology and wildlife of the region, the exhibit allows visitors to learn about important ecological principles such as biodiversity, heterogeneity, edge effects, climate change, and others. September 24 |
| 2019 | "52 Virginia Discoveries". Temporary exhibit at the Virginia Museum on Natural History highlighting rare and endemic vertebrate and invertebrate taxa from the Commonwealth of Virginia. January 2 |
| 2017 | "Farmers, Warriors, Builders: The Hidden Life of Ants". Permanent exhibit at the Virginia Museum of Natural history. The main part of the exhibit is formed by the Smithsonian Institution's traveling exhibition of the same name which was donated to the VMNH at the end of its national tour in 2016. The stunning macro photographs by Mark Moffett, which form the bulk of the exhibit, are supplemented by newly developed displays, and specimens from VMNH's research collections. December 8 |
| 2017* | "Ecology of the Dan River Basin". Permanent exhibit at the Museum and Archives of Rockingham County, NC, focusing on the odonate and bivalve diversity of the Dan River watershed. November 9 |
| 2017 | "Pollinator Diversity". Temporary exhibit at the Rockfish Valley Foundation Natural History Center, VA, focusing on the major groups of insect pollinators in Virginia. July 1 |
| 2016 | "Research at the Virginia Museum of Natural History". Temporary exhibit at the Virginia Museum of Natural History highlighting current research efforts. October 6 |
| 2016 | "Pollinator Diversity and Decline". Permanent exhibit at the Virginia Museum of Natural History Hahn Hall of Biodiversity focusing on the pollination syndromes exhibited by Virginia's orchid species. March 4 |
| 2015 | "Life in Pleistocene Virginia". Permanent exhibit at the Virginia Museum of Natural History focusing on the mammalian and arthropod life at the time of the last glacial period. December 17 |

## VOLUNTEER

| 2018 | Evaluation of student presentations for the president's prize. Annual meeting of the Entomological Society of America – Eastern Branch, Annapolis, Maryland. March 18 |
| 2015,-17 | Virginia Museum of Natural History Reptile Festival, Martinsville, VA. Volunteer for Palaeontology department display and activities. October 24 (2015), October 21 (2017) |
| 2004-13 | Department of Invertebrate Zoology, Cleveland Museum of Natural History, Cleveland, OH. |
| 2004 | Environment Risk and Nonindigenous Species Invasions in the Great Lakes Region: Risk Analysis, Management, and Communication, Cleveland State University, Cleveland, Ohio. Volunteer for conference setup and activities. October 14-15 |

## LANGUAGE ABILITIES

Bulgarian – Native language
English – Fluent
Russian and Macedonian – Advanced
Serbian – Beginner

# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

PEOPLE FOR THE ETHICAL              )
TREATMENT OF ANIMALS, INC.,         )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        Case No. 4:17-cv-00186-RLY-DML
                                    )
WILDLIFE IN NEED AND                )
WILDLIFE IN DEED, INC.,             )
TIMOTHY L. STARK,                   )
MELISA D. STARK, AND                )
JEFFREY L. LOWE,                    )
                                    )
            Defendants.             )

## SUPPLEMENTAL DECLARATION OF JAY PRATTE

I, Jay Pratte, hereby state as follows:

1.      Background information, including my curriculum vitae, methodology, and compensation, is the same as disclosed in my prior supplemental expert report at ECF No. 408-7. The materials I have considered are cited below.

2.      This declaration analyzes claims and evidence submitted with ECF No. 420 concerning the death of a lion named Kahari and new evidence pertaining to Nala, Leo, and Amelia that were not available when I prepared my prior supplemental report.

3.      Based on my background and methodology disclosed in my prior verified expert reports, including more than 30 years as an animal behaviorist with reputable facilities accredited by the Association of Zoos and Aquariums, I have relevant knowledge and expertise concerning generally accepted husbandry practices surrounding animal deaths, including lions.

4.      It would be considered standard practice in any reputable animal care facility to check on both the health of the animals and the structural integrity of the enclosures first thing each morning. Most caregivers at reputable facilities start their day early, often around 7:00 a.m. I have read an email from

Lauren Lowe, as well as deposition testimony, suggesting that a break-in occurred at Jeff Lowe's facility that week, either before or after Kahari's death.[1] If one assumes that this is accurate and that a break-in occurred prior to Kahari's death, then this should have increased staff vigilance. At reputable facilities, wellness checks are often made on animals throughout the day, and Jeff Lowe has previously asserted that the animals' water levels are checked "every two hours."[2] It would also be standard practice to do a final check on health and security at the end of the day, particularly if no one is present on the property after hours. In many facilities, this falls between 5:00 and 6:00 pm, sometimes later depending on sunset, time of year, and facility operating hours (whether open or closed to public). The fact that, in their own words, no one at Mr. Lowe's facility allegedly saw Kahari after the afternoon on August 30, does not appear to meet generally accepted husbandry standards.[3]

5.      It is also standard practice to check and clean enclosures and dens daily. This is not just for foreign objects, such as the dart allegedly found in Kahari's den, but to check on animal health (presence of parasites, indications of vermin, leftover or spoiled food, atypical feces or urine) and the integrity of the space (all caging secure, doors not loose, no holes dug or made compromising security). If an animal were to die very suddenly, expert caregivers would immediately scour the enclosures and holding spaces to look for indicators of illness or cause. The fact that—contrary to the timeline implied in ECF No. 420—the dart was only discovered well after Kahari's death indicates poor animal husbandry practices.[4]

6.      The record, including the final necropsy report, contains abundant evidence that Kahari was not poisoned.[5] I am also aware that when an animal has been darted, whether it was with a toxin or medical drugs, an impact site would typically be evident. Such evidence would

---

[1] Sept. 21, 2020 email from L. Lowe to B. Taylor; L. Lowe Tr., at 8:6-13. I note, however, that while Mr. Lowe has previously asserted that he has security cameras throughout his facility, ECF No. 408-7, at 29, Lauren Lowe testified that they failed to record anything in this instance. L. Lowe Tr., at 9:5-10:3.
[2] May 27, 2020 Deposition Transcript of Jeff Lowe, at 32:2-7.
[3] L. Lowe Tr., at 14:3-15:5, 62:7-14.
[4] Sept. 21, 2020 email from L. Lowe to B. Taylor; L. Lowe Tr., at 18:21-19:3.
[5] Sept. 17, 2020 email from Dr. Brianne Taylor to Lauren Lowe; Final Report, Oklahoma Animal Disease Diagnostic Laboratory at Oklahoma State University ("OSU") College of Veterinary Medicine (Sept. 21, 2020) ("Final Necropsy"), at 2-3.

include a puncture wound and evidence of hemorrhaging, bruising, or a hematoma. In addition, the tissue in such an area should also show high concentrations of whatever drug was injected. Yet Lauren Lowe testified that no one saw signs of physical trauma on Kahari's body.[6] I would imagine that such an impact site would be evident during a necropsy; none is reported.[7] In addition, the dart in ECF No. 420-3 is a professional veterinary tool typically fired from a tranquilizer rifle; these are not items readily available to the general public. In my 30 years of experience working in animal rescue and rehabilitation, both domestically (primarily dogs and local wildlife) and internationally, I have never seen or heard of poison being introduced by a dart or injection.

7.      Assuming that Kahari was not poisoned, behavioral signs of health decline should have been evident to caregivers through regular wellness checks. At a facility adhering to generally accepted husbandry standards, veterinary advice would have been sought immediately, especially given the poor health history of not only Kahari but also his littermates.

8.      It would be standard practice to relay all details of an animal's health history and current circumstances to the individual or organization performing a necropsy. This would include when the animal was last seen, fed, frequency/consistency of excreta, behavior, and any anomalies (such as suspicion of darting or poisoning).[8] Lauren Lowe's deposition testimony illustrates that neither she nor her staff provided appropriate details or information to help guide the pathologists.[9]

9.      I also have substantial experience working at facilities in hot, humid climates, including attending and participating/assisting in necropsies of numerous species, including large felids. The weather

---

[6] L. Lowe Tr., at 18:8-13.

[7] Final Necropsy, at 1-3.

[8] I also note that this seems to be expected practice among forensic pathologists. *See, e.g.*, Brooks J.W., Postmortem changes in animal carcasses and estimation of the postmortem interval Veterinary Pathology (2016), at 938 ("Additionally, the pathologist should strongly consider any facts revealed through witness statements or scene investigation if these are available.").

[9] L. Lowe Tr., at 26:16-27:21; 36:5-19. This includes a delay of many days in reporting the dart. *Compare* L. Lowe Tr., at 19:2-3 (dart found a few days after Kahari's death) *with* Sept. 12, 2020 email from L. Lowe to B. Taylor (dart not reported to OSU until Sept. 12). In fact, an unskilled, non-animal caregiver allegedly transported Kahari's body for necropsy, further limiting opportunities to communicate necessary information to the pathologists. L. Lowe Tr., at 25:19-26:15; 64:4-16.

conditions prevailing in Wynnewood, Oklahoma—recorded on AccuWeather—were non-aberrant, and should not have been able to cause the level of tissue and organ autolysis, fur sloughing, and larval development as described in ECF No. 420-2.[10] Based on my experience, the physical descriptors for Kahari are consistent with animals that have been dead for more than 24 hours, or have been left unattended in the direct sun and/or heat for excessively long periods of time. It is the standard of care at facilities adhering to generally accepted husbandry standards, if a necropsy cannot be obtained immediately, to quickly refrigerate the body to allow for an effective necropsy. For example, the United States Department of Agriculture instructs facilities to either conduct "[n]ecropsies . . . within an appropriate interval after the death," or else "the body should be kept at appropriate refrigerated temperatures to ensure a meaningful examination."[11] Failure to meet these minimum standards of care can compromise the effectiveness of any necropsy. This appears to be the case here, where Lauren Lowe testified that Kahari's body was left outside her outdoor enclosure,[12] and since "severe autolysis preclude[d] thorough examination."[13]

10. I have also reviewed a number of new photos, videos, and medical records pertaining to Nala, Amelia, and Leo from the periods before and after their arrival at The Wild Animal Sanctuary ("TWAS").[14] The New Lowe Vet Records are consistent with the opinions expressed in my prior verified expert report, and reveal new manifestations issues I discussed before—inappropriate oral responses as a consequence of maternal separation—such as Nala ingesting a new foreign object in June 2020.[15]

11. In my prior verified expert report, I stated that abnormal "suckling responses" are a potential consequence of maternal separation. Leo's regular suckling of his siblings' ears—in Lauren Lowe's words, "as a comfort thing"—is not an atypical behavior in carnivores that have been prematurely

---

[10] Lauren Lowe's testimony that temperatures were above 100 degrees Fahrenheit, L. Lowe Tr. 28:19-29:2, is not supported by any evidence I can find through readily available public sources.
[11] ECF No. 6-3 (USDA Animal Care Policy Manual, Policy #3 (Sep. 29, 2017)), at 13.
[12] L. Lowe Tr., at 17:11-19.
[13] Final Necropsy, at 2.
[14] New Rose Rock Veterinary Hospital and Pet Resort Records ("New Lowe Vet Records"); Veterinary Records from Colorado State University ("CSU Vet Records"); Video from Sept. 21, 2020 Lion Rescue; IMG_6539.MOV; IMG_6540.MOV; IMG_6551.MOV; IMG_6552.JPG; IMG_6553.JPG; Nala_amelia_leo_at_the_wild_animal_sanctuary,mp4.
[15] New Lowe Vet Records, at 14. Lauren Lowe's testimony suggests this may have been a toy. L. Lowe Tr., at 47:10-13.

separated from their mother.[16] While Lauren Lowe testified that "[y]ou can't stop it, really,"[17] a reputable facility would create a behavioral management plan to address the issue, especially where, as here, the issue can be seen exacerbating his siblings' injuries by not permitting wounds to heal.[18] This type of plan would address preventative care, improvements to the environment, enrichment to encourage more appropriate species-typical behaviors, and regular monitoring for progress.

12.     Mr. Lowe's veterinarian also seems to have recommended a nebulizer to treat Nala's June 2020 respiratory issues.[19] Nebulizing treatments require either that a mask be held over the animal's airways for a significant period of time, or that the animal is contained in an enclosed box/device where the air within can be treated. Lauren Lowe indicated she obtained a human nebulizer mask at a local pharmacy, and that Nala was separated and isolated somewhere on the property while Jeff and Lauren Lowe forced the mask near her face.[20] Records indicate that Nala was uncooperative, growled, and behaviorally expressed her distress with this inappropriate treatment method. The injuries described in these records on Nala's face—"a sore on [her] left cheek and right ear"—are consistent with pacing or repetitively trying to escape an enclosure or area that is under-stimulating, or that may be inducing fear, anxiety or frustration.[21]

13.     I understand that a veterinarian with TWAS currently responsible for Nala's care has diagnosed her with Vitamin A and thiamine deficiencies. This diagnosis is consistent with physical descriptions of Nala's size, weight, and skeletal/skill malformations in the CSU Vet Records, as these issues are understood within the field of Big Cat husbandry.[22]

---

[16] See, e.g., IMG_6552.JPG; IMG_6553.JPG; Nala_amelia_leo_at_the_wild_animal_sanctuary,mp4. *See also* L. Lowe Tr., at 60:23-61:12.
[17] L. Lowe Tr., at 60:23-61:12.
[18] *See, e.g.,* IMG_6552.JPG; IMG_6553.JPG; Nala_amelia_leo_at_the_wild_animal_sanctuary,mp4.
[19] New Lowe Vet Records, at 21, 25-28.
[20] L. Lowe Tr., at 55:1-56:24.
[21] New Lowe Vet Records, at 25.
[22] *See, e.g.*, M. Revalatto, DVM, FINAL DIAGNOSIS - Skull malformation Vitamin A deficiency (Spring 2001), *available at* https://www.addl.purdue.edu/newsletters/2001/spring/finaldx.shtml.

Pursuant to 28 U.S.C. § 1746, I, Jay Pratte, declare under the penalty of perjury the foregoing is true and correct to the best of my knowledge.

EXECUTED on this  12  day of October 2020.

Jay Pratte

# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

PEOPLE FOR THE ETHICAL          )
TREATMENT OF ANIMALS, INC.,     )
                                )
            Plaintiff,          )
                                )
v.                              )        Case No. 4:17-cv-00186-RLY-DML
                                )
WILDLIFE IN NEED AND            )
WILDLIFE IN DEED, INC.,         )
TIMOTHY L. STARK,               )
MELISA D. STARK, AND            )
JEFFREY L. LOWE,                )
                                )
            Defendants.         )

## DECLARATION OF DR. JENNIFER CONRAD, D.V.M.

I, Dr. Jennifer Conrad, D.V.M., hereby state as follows:

1.      My relevant background, including my curriculum vitae, methodology, and compensation is the same as disclosed in my prior supplemental expert report at ECF No. 408-8.

2.      This declaration analyzes claims and evidence submitted in Defendant Jeff Lowe's "Notice to Court and Parties Regarding 4 Lions in Jeff Lowe's Possession," ECF No. 420, and new veterinary records pertaining to Nala, Leo, and Amelia that were not available when I prepared my most recent supplemental report.

3.      Jeff Lowe claims that the female lion, Kahari, was in good health on August 30, 2020, and found deceased the next day, August 31, 2020. ECF No. 420.Kahari's body was received by the Oklahoma Animal Disease Diagnostic Laboratory on August 31, 2020, ECF No. 420-2, the same day that Lowe claims that she was found deceased. ECF No. 420.

4.      According to the necropsy performed by the Oklahoma Animal Disease Diagnostic Laboratory, Kahari's deceased carcass presented with "severe postmortem autolysis," while

"[l]arge sections of haired skin easily slough from the body (desquamation, postmortem change)." ECF No. 402-2. "All organs are severely autolyzed," and "a cause of death is not grossly evident, as severe autolysis precludes thorough examination." *Id.* Postmortem autolysis is the process by which carcasses rot; the body's cells, after death, begin to decompose, releasing breakdown enzymes causing destruction of tissues. The amount of organ autolysis and tissue necrosis is often an indication of the amount of time the animal has been dead. It is my opinion, held to a reasonable degree of scientific and medical certainty, that it is extremely unlikely that an approximately 13-month old lion that died on the night of August 30 or morning of August 31 would present on August 31 with such severe autolysis and necrosis that each organ was so thoroughly decomposed and skin was sloughing off the body. According to AccuWeather, the ambient temperature that night reached a low of 69F.

5.     In my experience, should a captive lion die of unknown causes, it is absolutely standard of care to perform a necropsy as soon as possible, or to refrigerate the body immediately. Animals should be subject to daily observation and feeding, and death should be noted immediately and the body refrigerated as quickly as possible to preserve tissues and organs for analysis. There is no reasonable excuse, in a captive setting with adequate health and safety monitoring, to fail to preserve the body of a deceased lion in order to determine cause of death through necropsy, especially when other animals' lives are threatened.

6.     Subsequent to Lowe's filing of the Notice, his attorney provided a toxicology report, which I have reviewed, to the Plaintiff in this matter. The toxicology report was negative, which undermines Lowe's claim, ECF No. 420, that Kahari may have been poisoned with a dart. In my experience, I would expect a toxicology screen to detect the presence of an IV substance that actually caused the death of a Big Cat. The negative toxicology report is good evidence, in my

professional opinion, that no such substance was present, and certainly not in a volume sufficient to have caused Kahari's death.

7. Lowe also claims "[i]t is suspected whoever kicked in the door into the animal nursery also shot or otherwise caused a dart to inject poison into the lion." ECF No. 420. In my experience, if a lion had been darted, this would be readily apparent as there would be acute tissue trauma of the skin and muscle or a concentration of poison at the dart site; however, there is no such evidence noted in the necropsy report. Had such evidence existed, it would have been observed during the gross examination of the body, especially if it was a suspected cause of death, and would have been discussed in any analysis of cause of death if Kahari had been darted on August 30 or 31, within 24 hours of the initial necropsy report, as Lowe claims.

8. Furthermore, Kahari's cage mates, the other three lions at issue in this matter and in Lowe's possession, should have been immediately examined by a qualified veterinarian to rule out any ill effects of the poison dart allegedly found in their cage. If poison was used to kill Kahari, standards of adequate veterinary care would call for immediate examination reports on the other three lions in order to prevent the death from exposure of the other cats. For example, it is common for Big Cats to bite darts after they are darted. A failure to examine the cage mates under these alleged circumstances, as evidenced by a lack of records of such basic and precautionary examinations, does not meet the standard of care.

9. I have also reviewed the Declaration of Dr. Joyce Thompson, DVM, regarding her care and veterinary analysis of Kahari's littermates/cage mates, Nala, Leo, and Amelia, as well as the medical records of these three lions and videos taken of them since their arrival at The Wild Animal Sanctuary. Based on that review, I find Dr. Thompson's conclusions credible and agree, in my professional opinion, that Nala's symptoms are consistent with deficiencies in vitamin A and

thiamine and the type of historic poor husbandry described in my prior supplemental report. In addition, the gait abnormalities seen in these videos are consistent with the pain and long-term avoidance responses described in my prior supplemental report.

10.     Finally, I have also reviewed new veterinary records pertaining to Nala from Rose Rock Veterinary Hospital, which indicate that she was eventually diagnosed with *E. coli* and strep following the USDA's June 22, 2020 inspection. Supplemental Rose Rock Veterinary Records for Nala ("Rose Rock Vet Records"), at 19, 27. As is the case with other infectious conditions, these can be very painful and even fatal in Big Cats if left untreated. During her October 2, 2020 deposition, Lauren Lowe did not even recall the prescribed antibiotics, let alone whether they were administered. October 2, 2020 Deposition Transcript of Lauren Lowe ("L. Lowe Tr."), at 58:18-59:11. She did recall treating Nala with a human nebulizer mask, which she testified she and her husband forced near Nala's face while she and her husband lied down next to Nala. L. Lowe Tr., at 54:3-56:24. A human nebulizer mask is unlikely to be effective in treating a lion because it will be a poor fit. In addition, lying down next to a year-old Big Cat is not a safe means of administering veterinary care. Unsurprisingly, these records show that Nala responded with fear and growling. Rose Rock Vet Records, at 25.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this ⎣0 th day of October, 2020, in ___Los Angeles___.

Dr. Jennifer Conrad, D.V.M.

4

# Exhibit 4


# Oklahoma Animal Disease Diagnostic Laboratory

**OWNER:**

**GREATER WYNNEWOOD EXOTIC ZOO**
25803 N CR 3250
Wynnewood, OK 73098
(405) 207-4362

**RDVM:**

**NOT GIVEN**

**CLINIC:**

**NOT GIVEN**

**Accession Number:** 20-081367
**Case Coordinator:** Taylor, Brianne M
**Received:** Aug 31, 2020
**Finalized:** Sep 21, 2020
**Species:** Feline
**Breed:** Lion
**Sex:** Female, Intact
**Age:** 12 mos
**Animal ID:** Kahari

## FINAL REPORT
### This report supersedes all previous reports for this case

### *Pathology*

**Necropsy**

| | |
| --- | --- |
| Animal ID: | Kahari |
| Species: | Feline |
| Age: | 12 mos |
| Sex: | Female, Intact |

***Diagnosis***

Gross diagnosis (08.31.20): Open.

Histologic diagnoses (09.08.2020):
Heart, Spleen, Skeletal muscle, Liver, Panniculus, Lung, Duodenum, Pancreas: Severe autolysis.

Heart: Minimal to mild, chronic, multifocal myocardial fibrosis.

Panniculus: Focal subcutaneous arthropod (mite, presumed).

**Necropsy**

### Comments

Gross comments (08.31.20):
Unfortunately, a cause of death is not grossly evident, as severe autolysis precludes thorough examination. Several tissue samples are saved should ancillary testing be indicated, however autolysis may impair test results. Histopathology is pending. This is the preliminary report.

Final comments (09.21.2020):
Unfortunately, as with the gross findings, severe autolysis precludes thorough histologic examination. The good body condition and high ambient temperature at the time of death presumably contributed to the rapid autolysis. Additionally, the presence of small blowfly larvae up to 10 mm long (first to second instar larval stages) deposited on the mouth, oral cavity, and anogenital regions is consistent with an estimated postmortem interval of less than approximately 14 hours (Brooks, 2016).

A special stain (Masson's trichrome) to better highlight collagen deposition reveals minimal to mild increases of myocardial fibrosis. The significance of these changes is unclear. A Von Kossa stain reveals no evidence of mineralization in the examined sections, and no hemosiderin is evident on Prussian Blue stain. The pannicular mite is considered incidental and not contributory to the patient's death. No toxins are detected on fresh liver submitted for a broad toxicology screen (GC/MS at Iowa State University). As such, a cause of death remains unknown. This is the final report. Please call with any questions.

Brooks JW. Postmortem changes in animal carcasses and estimation of the postmortem interval. Veterinary Pathology. 2016;53(5):929-940.

### Gross Description

Gross description (08.31.20):
The necropsy examination began at 3:50 pm on August 31, 2020.

Examined is a 56 kg, intact female, tan, adult feline (12-month-old African Lion, per submittal) with severe postmortem autolysis. The cadaver is in good body condition based on adequate adipose tissue stores and normal skeletal muscle mass. Large sections of haired skin easily slough from the body (desquamation, postmortem change). There are numerous 5-10 mm, tan, cylindrical fly larvae (maggots) scattered all over the body and within the oral cavity.

All organs are severely autolyzed. The stomach and small intestine are empty. The distal colon contains a small amount of soft, formed feces mixed with small bone fragments.

No gross lesions are identified within the right coxofemoral joint, sciatic nerve, skeletal muscle, oral cavity, trachea, esophagus, heart, lungs, liver, spleen, kidneys, gastrointestinal tract, reproductive tract, urinary bladder, or brain.

### Histologic Description

Histologic description (09.08.2020):
All examined sections (Heart, Spleen, Skeletal muscle, Liver, Panniculus, Lung, Duodenum, Pancreas) are severely autolyzed.

Heart: Multifocally dissecting between myofibers are increased amounts of collagen.

Panniculus: Focally embedded within the pannicular adipose is a cross-section of an approximately 300 µm arthropod (mite, presumed) with chitinous exoskeleton and body cavity containing reproductive and digestive tracts.

## *Pathology*

**Necropsy**

    *Pathologist*

        Brianne M Taylor, DVM, MS
        Assistant Professor, Anatomic Pathology
        brianne.taylor@okstate.edu

        Dah-Jiun Fu, BVM, MVM, PhD
        Anatomic Pathology Resident
        dj.fu@okstate.edu

    *Consult Obtained*

        Craig A. Miller, DVM, PhD, Diplomate ACVP
        Assistant Professor, Anatomic Pathology

        Giselle Cino, DVM, PhD, Diplomate ACVP
        Assistant Professor, Anatomic Pathology

## *Toxicology*

**Toxicology Special Testing-Referral Laboratory**

| | |
|---|---|
| Test: | GC/MS Toxicant Screen |
| Result: | Not Detected |
| Comments: | A Toxicant Screen Analysis was performed on the liver sample at the Iowa State University Veterinary Diagnostic Laboratory (ISU VDL) with interpretive comments provided by ISU VDL. The test method is GC/MS. |

ISU VDL Interpretive Comment:
Gas Chromatography/Mass Spectroscopy (GC-MS) analysis revealed no detectable amount of organochlorines, organophosphates, carbamates, aliphatic hydrocarbons, industrial pollutants, disinfectants, antioxidants, miscellaneous pesticides, polycyclic aromatics, alkyl benzenes, some natural products, vitamins, plant and fungal toxins and some drugs..

# END OF REPORT

**Veterinarians and businesses may access their results and invoices online at any time - simply reply to this email or telephone us at (405) 744-6623 to request an online Portal account.**

COLLEGE OF
**VETERINARY MEDICINE**

1950 West Farm Road
Stillwater, OK 74078
**P |** 405-744-6623
**vetmed.okstate.edu/oaddl**

# Oklahoma Animal Disease Diagnostic Laboratory

**OWNER:**

**GREATER WYNNEWOOD EXOTIC ZOO**
25803 N CR 3250
Wynnewood, OK 73098
(405) 207-4362

**RDVM:**

**NOT GIVEN**

**CLINIC:**

**NOT GIVEN**

**Accession Number:** 20-081367
**Case Coordinator:** Taylor, Brianne M
**Received:** Aug 31, 2020
**Finalized:** Sep 21, 2020
**Species:** Feline
**Breed:** Lion
**Sex:** Female, Intact
**Age:** 12 mos
**Animal ID:** Kahari

## THIS IS NOT A BILL

| Description | Item # | Qty | Unit Price | Total |
|---|---|---|---|---|
| Food Animal/Equine Disposal 101-500 Lbs. | 900.1104 | 1 | $ 125.00 | $ 125.00 |
| Necropsy Fee-Companion/Exotic Animal | 900.140 | 1 | $ 205.00 | $ 205.00 |
| Toxicology Referral Laboratory Shipping in DOT-Approved | 910.123 | 1 | $ 15.00 | $ 15.00 |
| Toxicology Special Testing-Referral Laboratory | 910.340 | 1 | $ 1.00 | $ 161.50 |
| | | | Total: | $ 506.50 |

Individual accession billing invoices are available on the OADDL Client Portal the first week of the month following distribution of a final report.

A monthly billing statement will be sent from the Oklahoma State University Bursar's Office. The monthly billing statement will display all current charges and balance due on your account. For all charges that are not paid within the monthly invoice period, a finance charge will be assessed.

Please direct all billing questions to the OADDL Business Office at 405-744-6623.

# Exhibit 5

1         IN THE UNITED STATES DISTRICT COURT

2        FOR THE SOUTHERN DISTRICT OF INDIANA

3

4  PEOPLE FOR THE ETHICAL      )

   TREATMENT OF ANIMALS, INC.,   )

5             Plaintiff;  )

                         )

6                        )

                         )

7    -v-                  )4:17-CV-00186

                         )

8                        )

                         )

9  WILDLIFE IN NEED AND WILDLIFE  )

   IN DEED, INC., TIMOTHY L. STARK)

10  MELISSA D. STARK AND JEFF LOWE,)

             Defendants.   )

11

12

13

14   The virtual Zoom deposition of LAUREN LOWE taken

15  before Beth Radtke, RPR, CRR, pursuant to the Federal

16  Rules of Civil Procedure for the United States

17  District Courts, commencing at the hour of 9:00 a.m.

18  Central time, on the 2nd day of October, 2020.

19

20

21  Reported By Beth Radtke, RPR, CRR

22  License No. 084-004561

23  Legal Videographer:  Norm Harris

24  Veritext Concierge:  Brad Simms

APPEARANCES

PETA FOUNDATION
By Mr Asher Smith
Ms Brittany Peet
Ms Caitlin Hawks
Mr Gabriel Walters
1536 16th Street NW
Washington DC 20036
(202)483-7382
ashers@petaf com
brittanyp@petaf com
caitlinh@petaf com
gabew@petaf com

-and-

BARNES & THORNBURG, LLP
By Mr Paul Olszowska
One North Wacker Drive
Suite 4400
Chicago,Illinois 60606
(312) 357-1313
polszowska@btlaw com
Appeared on behalf of the Plaintiffs;

DANIEL CARD LAW, LLC
By Mr Daniel Card
512 Northwest 12th Street
Suite A
Oklahoma City, Oklahoma 73103
(580) 465-4249
dan@cardlawok com
Appeared on behalf of Lauren Lowe
*****

---

INDEX

WITNESS                          PAGE

LAUREN LOWE
   Examination By Mr. Smith        5

EXHIBITS
Exhibit 1  Court order          5
Exhibit 2  Notice to parties    7
Exhibit 3  Photograph of dart   18
Exhibit 4  OSU Preliminary report  24
Exhibit 5  Final necropsy report   32
Exhibit 6  E-mail thread        34
Exhibit 7  Veterinary records   39
Exhibit 8  Veterinary records   45

*****

---

THE VIDEOGRAPHER: We are going on the record at 9:40 a m. My name is Norm Harris representing Veritext. The date today is October the 2nd 2020. This deposition is being held in Wynnewood, Oklahoma and is being taken by counsel for the plaintiff.

The caption of the case is People for Ethical treatment of Animals, Inc., versus Animals In Need and Wildlife In Deed, Inc., et al. This case is filed in the United States Court, Southern District of Indiana, Case No. 4:17-CV-00186.

The name of the witness is Lauren Lowe.

Attorneys please state your appearance, as well as your location.

THE WITNESS: Lauren Lowe. Location, Wynnewood, Oklahoma.

MR. CARD: Daniel Card, Wynnewood, Oklahoma for Ms. Lowe.

MR. SMITH: Asher Smith, New York, appearing on behalf of PETA.

MS. HAWKS: Caitlin Hawks, Seattle, Washington, also on behalf of PETA.

MR. OLSZOWKA: Paul Olszowka for PETA in Chicago, Illinois.

---

MR. WALTERS: Gabe Walters for PETA, Washington, D.C.

THE VIDEOGRAPHER: Our court reporter will swear in the witness.

(Witness sworn.)

MR. SMITH: My name is Asher Smith on behalf of PETA.

To start this deposition, I'd ask the court reporter to please mark and show the document number 1 in the folder of exhibits.

LAUREN LOWE,
having been first duly sworn, was examined and testified as follows:

EXAMINATION
BY MR. SMITH:

Q. My first question for Mrs. Lowe is, are you familiar with this order issued by the Western District of Oklahoma on September 21, 2020?

A. No, I don't ever -- I never saw it.

Q. On the bottom of page 1 of this document, it states that: The Court agrees that Ms. Lowe must produce the documents at issue, must sit for and provide truthful, complete, and non-evasive answers to the questions asked during her deposition, and

---

1 must pay for the reasonable costs, including
2 attorneys' fees, incurred in compelling her
3 compliance with the subpoenas. If Mrs. Lowe does not
4 comply with this order in full within 30 days of this
5 entry, the Court will consider imposing sanctions and
6 holding her in contempt of court.
7 Do you understand this statement?
8 A. No, I do not.
9 Q. What do you not understand?
10 A. As to why I'd be ordered to pay you.
11 Q. Do you understand that under this court
12 order, you have to provide complete and direct
13 answers?
14 MR. CARD: We didn't hear what you said.
15 Can you repeat it?
16 BY MR. SMITH:
17 Q. Do you understand that under this court
18 order, you have to provide complete and direct
19 answers during this deposition, and that if you do
20 not, the Court will consider imposing sanctions and
21 holding you in contempt?
22 A. Well, that would be like saying if I don't
23 answer the question that you would like for me to
24 answer, you still would try to charge me with

1 contempt. So I want to give you what I have, but
2 you'll never like it.
3 Q. Moving forward, on what date did Kahari die?
4 A. I don't have that information now.
5 MR. SMITH: Can we mark and show the
6 document labeled file number 2 in the folder of
7 exhibits?
8 BY MR. SMITH:
9 Q. This is a true and accurate copy of a
10 document filed on the public docket in this case on
11 behalf of your husband.
12 Do you recognize it?
13 A. I have never seen it before.
14 Q. This document states in paragraph number 1
15 that both you and Erik Cowie observed Kahari and the
16 other three lions at issue in this case --
17 A. Yeah.
18 Q. -- playful in good health. Is that your
19 recollection?
20 A. Yeah.
21 Q. Was that the last time that you observed
22 Kahari alive?
23 A. Well, she died the next day.
24 Q. So was that the last time that you observed

1 her before her death?
2 A. Yes.
3 Q. Approximately what time was that on
4 August 30th?
5 A. Sometime in the late afternoon.
6 Q. The next paragraph in this document states
7 that your property was broken into that night.
8 Does that match your recollection?
9 A. It was broken into the day before -- or no,
10 no. Yeah, I'm not even going to try to answer that
11 one, because it was sometime that week. I'm not -- I
12 don't remember if it was before or after. But it was
13 that week.
14 Q. Do you recall that someone, as written in
15 this document in front of you, kicked in the door to
16 the animal nursery on the property?
17 A. Yeah, it was kicked in.
18 Q. Where is this animal nursery located?
19 A. On the property.
20 Q. How far is it from where Kahari, Amelia,
21 Leo, and Nala were housed?
22 A. Probably 40 feet. I don't know. 40 feet.
23 Q. When I deposed your husband -- (technical
24 interruption) -- hidden cameras on the property. Did

1 those cameras capture --
2 MR. CARD: The first of that question broke
3 up. Can you repeat it, please?
4 BY MR. SMITH:
5 Q. When I deposed your husband on August 12th,
6 he told me that he has hidden cameras on the
7 property. Did they capture this break-in?
8 A. No, they did not. We installed cameras --
9 Q. Provided --
10 A. -- following day.
11 (Reporter clarification.)
12 THE WITNESS: I said we installed cameras
13 the following day.
14 BY MR. SMITH:
15 Q. So security cameras were not installed in
16 the area --
17 A. Of that location.
18 Q. On the...
19 A. Because the cameras we did have there all
20 died.
21 Q. Were any security cameras on the property
22 working on the night of the break-in?
23 A. Yeah, but they wouldn't have caught that
24 location.

1  Q.  So no security cameras on the property
2  caught a break-in?
3  A.  Yep.
4  Q.  Aside from the door that was kicked in, were
5  there any other physical signs of a break-in anywhere
6  else on the property?
7  A.  We found a cut lock elsewhere on the park,
8  but...
9  Q.  Where was the cut lock?
10  A.  It was somewhere on the other side of the
11  nursery.  It didn't go into an enclosure.  Oh, and
12  then we found beer cans somewhere else on the
13  property too.
14  Q.  Were the beer cans found near animal
15  enclosures?
16  A.  They were outside the perimeter.
17  Q.  Do you mean outside the perimeter where
18  animals are kept?
19  A.  Yep.
20  Q.  Was anything stolen from the property?
21  A.  It's really hard to tell what goes missing.
22  Q.  Were you aware of anything being stolen from
23  the property?
24  A.  Things go missing all the time, so it's hard

1  for me to say if they got stolen or not, or just
2  misplaced.
3  Q.  I'd like to keep this deposition focused on
4  just the four lions at issue, so you are free to
5  answer with only a yes or no.
6  Were any other animals in this nursery
7  harmed the night of the break in?
8  A.  No, thank God.
9  Q.  Was any -- I'm sorry, if you didn't get
10  that.  I asked was anything else done to the nursery?
11  A.  No, just the door kicked in.
12  (Reporter clarification.)
13  BY THE WITNESS:
14  A.  I said the door was just kicked in.  Nothing
15  else.
16  BY MR. SMITH:
17  Q.  Aside from the four lions --
18  A.  He's frozen.
19  Q.  -- any other animals on the property
20  injured?
21  A.  You froze.
22  MR. CARD:  You froze up.  We didn't hear the
23  first part of the question.
24

1  BY MR. SMITH:
2  Q.  Following the break-in, did you discover
3  that any animals on the property other than the four
4  lions were injured?
5  A.  No, it was just them.
6  Q.  Who found Kahari's body?
7  A.  Erik Cowie.  Actually, give me a second.
8  THE WITNESS:  Hey, what's up?  Shit.  I'm
9  not there.  Bye.
10  I got to go.  I got to go.  I've got to go.
11  I got to go.
12  MR. SMITH:  Let the record show that the
13  witness is no longer on the screen after receiving a
14  phone call.
15  I'd like to ask counsel for the witness if
16  the witness is still in the room.
17  MR. CARD:  There's been an emergency.  She's
18  going to be --
19  (Reporter clarification.)
20  MR. CARD:  I said there's been an emergency
21  and she ran out of the room, and she tells me she
22  will be back as soon as possible, and that's all I
23  know at this point.
24  MR. SMITH:  Okay.  In that case, can we go

1  off the record and reconvene once Mrs. Lowe is back
2  in the room?
3  THE VIDEOGRAPHER:  Yes.  We are going off
4  the record at 9:54 a.m.
5  (A break was taken.)
6  THE VIDEOGRAPHER:  We are going back on the
7  record at 11:21 a.m.
8  BY MR. SMITH:
9  Q.  Now that we are back on the record, my first
10  question to Mrs. Lowe is why did you leave the
11  deposition earlier?
12  A.  I had an emergency I needed to attend to.
13  Q.  Can you explain the nature of the emergency?
14  A.  No, I'm not going to.  I just had an
15  emergency I needed to attend.
16  Q.  So if you leave this deposition before this
17  deposition is completed, PETA will leave it open and,
18  if necessary, return to the Western District of
19  Oklahoma to enforce its subpoena.  I would ask that
20  you please remain on the record for the rest of the
21  deposition and we'll do our best to get through it as
22  soon as possible.
23  MR. CARD:  So let's complete the deposition.
24  THE WITNESS:  Yeah, let's go on and finish

1　the deposition.
2　BY MR. SMITH:
3　　Q.　You testified earlier that you last saw
4　Kahari in the afternoon on August 30th.　Do you know
5　if anyone had seen Kahari in between the afternoon
6　the previous day and her death?
7　　A.　The afternoon -- I saw her late afternoon,
8　but we don't really -- we weren't out at night
9　looking at her.
10　　Q.　Do you know of anyone at your facility
11　seeing her in between the afternoon and her death?
12　　A.　Everyone said that they saw her late
13　afternoon.
14　　Q.　Do you know for sure that Kahari died on
15　August 31st, or could it have been any time after the
16　afternoon the day prior?
17　　A.　No.　I said I saw her late afternoon.
18　　Q.　What time on August 31 was Kahari found?
19　　A.　Well -- oh, when she was found?　At
20　9:00 a.m., approximately.
21　　Q.　Your husband told me during his May 27th
22　deposition that zoo staff performed water checks
23　every two hours.
24　　Does this mean that no one had checked the

1　lions' water in between the late afternoon on the
2　30th and 9:00 a.m. on the 31st?
3　　A.　Well, late afternoon is usually when we
4　close the zoo, so we don't -- we do one last water
5　check.　That's when we saw her.
6　　Q.　Can you describe what was done immediately
7　after Kahari was found?
8　　A.　Yeah.　We called -- we called the -- what do
9　you call it?　The examiner.　The examiner to accept
10　her to come in to take a look at her.
11　　Q.　Who is the examiner?
12　　A.　Whoever does the necropsy.
13　　Q.　Was that a woman affiliated with Oklahoma
14　State University?
15　　A.　Yeah.
16　　Q.　Is that the first time you've ever spoken to
17　anyone affiliated with Oklahoma State University
18　about a necropsy?
19　　(Reporter clarification.)
20　BY MR. SMITH:
21　　Q.　My question was:　Is that the first time
22　you've ever spoken to anyone affiliated with Oklahoma
23　State University about a necropsy?
24　　A.　Yes, that I've talked to somebody there

1　about a necropsy.
2　　MR. CARD:　Can you give me one second so I
3　can -- it's my phone.
4　BY MR. SMITH:
5　　Q.　Were you the one who called OSU?
6　　A.　Yeah.
7　　Q.　Why did you decide to call OSU?
8　　A.　Because they're the ones that do necropsies.
9　　Q.　I thought that you testified that this was
10　the first time you've gone to OSU about a necropsy.
11　　A.　I just said it's not the first time.
12　　Q.　I'm sorry, I don't know if my question came
13　through.　I'll repeat it.
14　　I thought that you testified that this was
15　the first time you talked to OSU about a necropsy.
16　Is that incorrect?
17　　A.　I just said it's not the first time I've
18　called them.
19　　Q.　Was your regular big cat veterinarian at
20　this time Dr. Jennifer Divine?
21　　A.　Yeah.
22　　Q.　Did you consider her to be the attending
23　veterinarian for Kahari at this time?
24　　A.　Well, I called her too, to let her know, but

1　she didn't answer her phone.
2　　Q.　So did you call OSU immediately after trying
3　to call Dr. Divine?
4　　A.　I'm not going to try to speculate or try to
5　remember, but I called them both that same -- about
6　that same time.
7　　Q.　I'm sorry, did you hear the question?
8　　THE COURT REPORTER:　If you said something,
9　I didn't hear.
10　BY MR. SMITH:
11　　Q.　Did anyone move Kahari's body after he was
12　found dead?
13　　A.　It's a female, it's not a he, and yeah, we
14　pulled her out of her den.
15　　(Reporter clarification.)
16　BY MR. SMITH:
17　　Q.　I asked where did you place her outside of
18　her den?
19　　A.　I -- right outside her door.
20　　Q.　Did the other lions have any visible
21　reaction to Kahari's death?
22　　A.　You mean did any of the other lions look
23　hurt?　No.
24　　Q.　In order to move Kahari's body did the other

1  lions have to be placed in lockout areas?
2      A.  Yep.
3      Q.  How long did it take to move Kahari's body?
4      A.  That -- that's a dumb question.  You -- you
5  pull her.
6      Q.  So a few minutes?
7      A.  Not even.
8      Q.  Did you observe any signs of physical trauma
9  on Kahari's body?
10      A.  Not that I noticed.
11      Q.  Do you know if anyone else reported seeing
12  physical signs of trauma on Kahari's body?
13      A.  Didn't see anything.
14      Q.  The document filed with the court at ECF
15  No.  420 then states:  Upon further investigation of
16  the lion's cage, a dart was found within the housing
17  of that cage.
18      A.  Yeah.
19      Q.  Were you the one who found this dart?
20      A.  Say that again?
21      Q.  I asked were you the one who found this
22  dart?
23      A.  No.
24      Q.  Who did?

1      A.  Erik Cowie.
2      Q.  When was this dart found?
3      A.  A few days after her death.
4      Q.  Could it have been more than a week after?
5      A.  I just said a few days.
6      Q.  Where in the cage was the dart found?
7      A.  I think he said inside her den.
8      Q.  By "den" are you referring to a physical
9  structure inside the enclosure?
10      A.  Yes.
11      Q.  The document filed with the Court then
12  states:  It is suspected whoever kicked in the door
13  into the animal nursery also shot or otherwise caused
14  the dart to inject poison into the lion.
15          Is that what you currently believe?
16      A.  I -- I believe someone or a few people were
17  trying to cause us harm and grief, besides you all.
18          MR. SMITH:  Can we mark file number 4 in the
19  exhibits folder?  It's a document filed in the public
20  docket as ECF --
21          (Reporter clarification.)
22          MR. SMITH:  ECF No. 420-3.
23  BY MR. SMITH:
24      Q.  Is this the dart that Mr. Cowie found?

1      A.  That looks like the same dart.
2      Q.  Do you know the make, model, or brand of
3  this dart?
4      A.  I do not.
5      Q.  Can you tell from the photo how large this
6  dart is?
7      A.  No, I cannot.
8      Q.  Is this the only photo that you have of this
9  dart?
10      A.  In front of me, yeah, that's the only thing
11  I see.
12      Q.  Do you know if anyone else took photos of
13  the enclosure from the time the dart was found?
14      A.  No.
15      Q.  Did anyone take photos of Kahari's enclosure
16  from around the time that she was found dead?
17      A.  No.
18      Q.  Do you have any photos of Kahari's
19  enclosure?
20      A.  No.
21      Q.  Where is this specific dart now?
22      A.  It's with law enforcement.
23      Q.  Do you have other darts like this at your
24  facility?

1      A.  I believe we do, but that's your typical
2  dart.  I don't know what other type of darts there
3  are.
4      Q.  Where are darts like this kept in your
5  facility?
6      A.  Oh, in a safe.
7      Q.  And is the safe typically locked?
8      A.  Well, yeah.
9      Q.  Do you know how to use darts like this?
10      A.  No, I don't.
11      Q.  Do you know if darts like this have to be
12  used with dart guns?
13      A.  Well, I would assume that's what they are
14  used for.  I don't think many people use those blow
15  darts anymore.
16      Q.  Does your facility have dart guns?
17      A.  Yes.
18      Q.  Are the dart guns also kept in a safe?
19      A.  Yes.
20      Q.  Did you have drugs at your facility that
21  could be used to euthanize an animal?
22      A.  We don't have any drugs.
23      Q.  You testified just now that you don't know
24  how to use darts like this.  Does it require training

6 (Pages 18 - 21)

1    to load a dart?
2      A.   I wouldn't say training, but shown how to,
3    yeah.
4      Q.   Does it require training to use a dart gun?
5      A.   You point and aim, just like using a gun.
6      Q.   How often are darts such as these used at
7    your facility?
8      A.   Not often.
9      Q.   Do you know when the last time is that
10   someone at your facility used a dart like this?
11     A.   I'd be speculating.
12     Q.   Do you know if a dart like this was ever
13   used on Amelia, Leo, Kahari, or Nala while they were
14   living at your facility between August 2019 and
15   September 2020?
16     A.   No, we haven't had to dart any animals.
17   That was Joe's thing.
18     Q.   When is the last time that someone had
19   searched the four lions' enclosures for any foreign
20   objects?
21         MR. CARD:  Object to form.
22   BY THE WITNESS:
23     A.   That day that they found the dart.  I really
24   don't know else -- how else to say that.  I don't

1    know how often.
2    BY MR. SMITH:
3      Q.   So no one regularly searched the enclosure
4    for objects such as darts?
5          MR. CARD:  Object to form.
6          Go ahead.
7    BY THE WITNESS:
8      A.   Oh, they check the enclosures every day, but
9    not always going inside their dens.
10   BY MR. SMITH:
11     Q.   The document we saw earlier, ECF No. 420
12   that was filed with the court states that:  The
13   Garvin County Sheriff's office had already or would
14   run investigative tests on the dart.
15         Do you know if they've done so?
16     A.   I believe they have.  I haven't heard
17   anything back.
18     Q.   When is the last time you spoke with the
19   Garvin County Sheriff's Office about the dart?
20     A.   It's been a little while.
21     Q.   Within the last couple of weeks?
22     A.   Oh, it would have had to have been in the
23   last couple weeks.  They're still waiting to hear.
24   I'm sure once they hear, they'll tell me.

1      Q.   So the -- so no one from any law enforcement
2    agency has told you one way or another whether they
3    believe Kahari was poisoned, is that right?
4      A.   No one's said anything to me.
5      Q.   Have you had -- have you or anyone else at
6    your facility had any tests run on this dart other
7    than handing it over to law enforcement?
8      A.   No, we don't have the ability to do that.
9          MR. SMITH:  All right.  Can we mark and show
10   file number 5 in the exhibits folder?  It's the
11   document on the public docket labeled ECF No. 420-2.
12   BY MR. SMITH:
13     Q.   Have you seen this document before?
14     A.   Yeah.
15     Q.   Can you explain what it is?
16     A.   It's a report.
17     Q.   When you called OSU, what did you tell them
18   about Kahari's death?
19     A.   That I just had a lion die and I needed her
20   to be autopsied to find out what happened.
21     Q.   How long after that call was Kahari's body
22   transported to OSU?
23     A.   It's about a two-hour drive, a two and a
24   half hour drive, I think, from here.  So probably

1    within four to five hours.
2      Q.   So is it your testimony that Kahari's body
3    was transported to OSU within four to five hours of
4    finding her at around 9:00 a m.?
5      A.   Like I said, it takes two and a half hours
6    to get there, so I'm counting that time with travel.
7      Q.   Okay.  So is it your testimony that Kahari
8    -- sorry, I'll start over.
9          Is it your testimony that someone left for
10   OSU with Kahari's body around approximately
11   11:00 a m.?
12     A.   No.  That's not what I'm saying.  I'm saying
13   that, from the time we found her, until the time she
14   got there was probably within five -- four to five
15   hours.
16     Q.   When did someone leave your facility with
17   Kahari --
18     A.   I'd be speculating.
19     Q.   Who left your facility with Kahari's body's?
20     A.   Someone I trust.
21     Q.   What is their name?
22     A.   Eric.
23     Q.   Is that Erik Cowie?
24     A.   No.

7 (Pages 22 - 25)

1    Q.   What is Eric's last name?
2    A.   Yano.
3        THE COURT REPORTER:  Spell it, please?
4        THE WITNESS:  Y-A-N-O.
5
6    BY MR. SMITH:
7    Q.   Did he tell you when he arrived at OSU?
8    A.   What?
9        MR. CARD:  Did he tell you when he arrived.
10   BY THE WITNESS:
11   A.   Yeah, because we talked to the doctor.
12   BY MR. SMITH:
13   Q.   Do you know approximately what time he
14   arrived at OSU?
15   A.   No.
16   Q.   Do you know at what time you spoke to the
17   doctor at OSU?
18   A.   Sometime after -- early afternoon.
19   Q.   Did you provide OSU with an estimated time
20   of death?
21   A.   No.  That -- that's their job.
22   Q.   Did you provide OSU with any of Kahari's
23   prior medical records?
24   A.   No.

1    Q.   Did you provide them with the medical
2    records of any of Kahari's siblings?
3    A.   No.  They didn't ask for any.
4    Q.   Did you tell OSU anything about her
5    siblings' medical histories?
6    A.   I don't know.
7    Q.   Do you know if you told them anything about
8    their histories with flystrike?
9    A.   I don't remember.
10   Q.   Do you not remember if you told them that
11   one of her enclosure mates, Nala, had recently
12   suffered from an upper respiratory and urinary tract
13   infections?
14   A.   No, because we didn't -- I don't know.  I
15   have no idea.  I have no idea.
16   Q.   Did you think that those -- that that would
17   have been relevant information for the examiners at
18   OSU?
19   A.   I said I don't remember what I even said to
20   them.  I was more worried about getting the necropsy
21   report back.
22   Q.   Do you know who Kahari's remains were left
23   with at OSU?
24   A.   Their staff.  I don't know.

1    Q.   Did OSU keep Kahari's entire body, or just
2    samples from her body?
3        MR. CARD:  Object to form.
4    BY THE WITNESS:
5    A.   I have no idea.
6    BY MR. SMITH:
7    Q.   When Eric Yano returned, did he have any of
8    Kahari's remains with him?
9    A.   No.  They have to keep them there to do a
10   necropsy.  You can't do a necropsy in an hour or two.
11   Q.   The first sentence that follows the
12   description of Kahari's necropsy in this report
13   states that she exhibited severe postmortem
14   autolysis.
15       Do you know what that means?
16   A.   No clue.
17   Q.   Do you know what autolysis is?
18   A.   No.
19   Q.   Do you recall that in any correspondence
20   Mr. Card has produced to PETA, Dr. Brianne Taylor
21   with OSU used the word "rotting" as a synonym for
22   autolyzed?
23   A.   Yeah, they said she was rotting because that
24   week in August, the doctor was -- was very specific,

1    and that week in August was incredibly hot; it was
2    over in the 100s that whole week.  And she said
3    because -- she said the body can start decomposing,
4    or start rotting in a sense, within a few hours
5    because it's so hot outside.
6        So she said because it was very hard for
7    them to get a tissue sample or get any results from
8    it was because it was so hot and started rotting
9    within just a few hours, less than six hours, she
10   said.
11   Q.   Do you see under this that it says that:
12   Large sections of haired skin easily slough from the
13   body (desquamation, postmortem change)?
14   A.   She said that's normal, especially in heat
15   like this.
16   Q.   Do you then see that it states:  There are
17   numerous 5 to 10-millimeter tan cylindrical fly
18   larvae (maggots) scattered all over the body and
19   within the oral cavity?
20   A.   She said that's normal for that to happen
21   here in Oklahoma because of the heat.
22   Q.   Do you know how long it takes maggots to
23   hatch?
24   A.   No.

8 (Pages 26 - 29)

1    Q.  Do you know if it's common for centimeter
2  long maggots to appear in a fresh cadaver?
3    A.  Maggots can live even in -- even in humans
4  when they're still alive, so they -- but because it's
5  so hot here, you know, it doesn't take long for
6  maggots to form when something passes away.
7    Q.  When you last saw Kahari alive, did you see
8  any maggots scattered all over her body --
9    A.  No, no.  Not at all.  She was -- she was
10  happy, healthy, and very well loved.  So this whole
11  entire death is -- was a shock to us.
12    Q.  Okay.  Below this in the necropsy, it
13  states:  All organs are severely autolyzed, and that
14  because of this, the cause of death is not grossly
15  evident as severe autolysis precludes thorough
16  examination.
17      Do you understand what this means?
18    A.  That they weren't really able to get the
19  results they wanted to get.
20    Q.  When were Kahari and her siblings last fed
21  on August 30th?
22    A.  That afternoon before she passed away.
23    Q.  Would it have been before you last saw her
24  late in the afternoon?

1    A.  It was -- they get fed in the early
2  afternoon.
3    Q.  Was there any food left in the enclosure
4  when -- when you first saw Kahari dead?
5    A.  I don't believe so.  I think I saw maybe a
6  couple pieces of chicken laying there, but that just
7  means they weren't, like, that hungry.
8    Q.  Okay.  In this report, it states that all
9  organs -- in the -- sorry.
10      In the paragraph beginning "All organs," it
11  states that:  Kahari's stomach and small intestine
12  are empty and that the distal colon contains a small
13  amount of soft, formed feces mixed with small bone
14  fragments.
15      Do you know what these small bone fragments
16  would have been from?
17    A.  Carol's husband.  It would have been
18  chicken.
19    Q.  What was Kahari's typical diet in the weeks
20  preceding her death?
21    A.  She got chicken, red meat.
22    Q.  Did her diet change at all in the days or
23  weeks preceding her death?
24    A.  No.

1      MR. SMITH:  Can we mark and show file
2  number 6 from the exhibits folder?
3  BY MR. SMITH:
4    Q.  I can represent to you this is a true and
5  accurate copy of the final necropsy report that your
6  counsel produced to us.
7      Do you recognize this document?
8    A.  I don't know.  I've seen so much stuff
9  lately.  My brain's fried.
10    Q.  Turn to page 2.
11    A.  Mm-hmm.
12    Q.  Do you see under Final Comments, this
13  states:  Unfortunately, as with the gross findings,
14  severe autolysis precludes thorough histological
15  examination.
16    A.  Okay.  What about it?
17    Q.  Do you have an understanding as to what that
18  means?
19    A.  Yeah, because the organs were so, like -- it
20  was rotting.  Just can't -- couldn't get any reports.
21      THE WITNESS:  Yeah, what's up?  What?
22  Really?  Well, that's -- that's good news.  Well, I
23  gotta go.  Bye.
24  BY MR. SMITH:

1    Q.  Have you seen anything in any of the reports
2  or communications you've had from OSU documenting any
3  visible skin or muscle trauma in Kahari?
4    A.  I don't remember.
5    Q.  Do you recall any of these reports or
6  communications identifying any concentration of
7  poison?
8    A.  She said they couldn't find anything, so
9  we're just waiting to hear back from law enforcement
10  if they found anything in the dart.
11    Q.  Turning to page 2 of that document, do you
12  see at the bottom under Final Comments, this states:
13  No toxins are detected on fresh liver submitted for a
14  broad toxicology screen at Iowa State University.  As
15  such a cause of death remains unknown.
16    A.  Well, she also said in the e-mail to me that
17  doesn't mean that something might not be there.
18    Q.  Turn to page 3.
19      Do you see that this states that:  Toxicant
20  screen analysis revealed no detectable amounts of the
21  listed poisons?
22    A.  I still state my same answer that she gave
23  me.
24      MR. SMITH:  Can we mark and show file

1 number 3?
2 BY MR. SMITH:
3    Q. Do you recognize this e-mail thread between
4 you and Dr. Brianne Taylor at OSU?
5    A. Yeah.
6    Q. Can you turn to page 3?
7    A. Mm-hmm.
8    Q. Dr. Taylor writes: That's a good question.
9 While certain harmful agents (bacteria, viruses, et
10 cetera) can degrade with time and/or autolysis,
11 typically toxins and chemicals remain stable. So I
12 think in this case, we can trust the negative result
13 and consider it unlikely that she had any sort of
14 toxin in her system when she died.
15    A. Yeah. So?
16    Q. Does this refresh your recollection that
17 Dr. Taylor's conclusion was that it was unlikely
18 Kahari had any poison in her system when she died?
19    A. She said that, but she also says too that
20 can degrade in time and toxins and chemicals remain
21 table. So she said "typically." That doesn't always
22 mean that they do. She says but typically they do.
23    Q. Was the four-page report that we were just
24 looking at from OSU the only documentation you

1 received from them?
2    MR. CARD: Object to form.
3 BY THE WITNESS:
4    A. I think there was another one, but...
5 BY MR. SMITH:
6    Q. Have you received any photos from OSU?
7    A. No.
8    Q. Have you seen any slides?
9    A. No.
10    Q. Anything aside from the preliminary necropsy
11 and the final necropsy?
12    A. I'm -- I don't remember.
13    Q. Do you think it's possible that you received
14 something else from OSU?
15    A. I don't remember.
16    Q. Where are Kahari's remains today?
17    A. I don't know.
18    Q. Do you have any reason to believe they are
19 not still at OSU?
20    A. I don't know.
21    Q. Who would know?
22    A. I don't know.
23    Q. If Kahari's remains were at your facility
24 now, would we know that?

1    A. They're not there.
2    Q. Did OSU ever return Kahari's remains to you
3 or anyone else at your facility?
4    A. No.
5    Q. Did you provide any kind of more formal
6 eyewitness account to OSU to assist them in their
7 necropsy?
8    A. Say that again.
9    Q. Did you provide any kind of more formal
10 eyewitness account to OSU to assist them in their
11 necropsy, aside from your initial phone call?
12    A. I just gave them what I have. I really
13 don't remember.
14    Q. Are you aware of anyone from OSU
15 interviewing anyone else at your facility?
16    A. No.
17    Q. Did anyone from OSU come to your facility to
18 do any kind of investigation?
19    A. No.
20    Q. After finding the dart, did you or anyone
21 else at your facility have any concern that Leo,
22 Amelia, or Nala had been poisoned?
23    A. Wait, what?
24    Q. After finding the dart in the den of

1 Kahari's enclosure, did you or others at your
2 facility have any concern that Leo, Amelia, or Nala
3 had been poisoned?
4    A. They didn't show any signs, but we kept a
5 close eye on them.
6    Q. Can you describe what signs you were looking
7 for?
8    A. If they were acting dizzy or if they were
9 walking kind of wobbly or any type of foam in the
10 mouth. Just random little stuff that didn't seem --
11 that seemed out of the ordinary.
12    Q. And you didn't see any of that, correct?
13    A. No.
14    Q. Do you know if anyone connected with your
15 facility sought any kind of toxicological analysis of
16 Leo, Amelia, or Nala?
17    A. No.
18    Q. Were Leo, Amelia, or Nala examined by any
19 veterinarian after this incident in order to rule out
20 ill effects of poison?
21    A. I don't remember.
22    Q. Were they examined by any veterinarian at
23 all for any reason in between September 1, 2020 and
24 September 21, 2020 when they were transported to the

10 (Pages 34 - 37)

1  wild animal sanctuary?

2  A. I really don't remember.

3  Q. If we could return to file number 2. This

4  states in paragraph number 6 that the veterinary

5  records for all four lions at issue are in the

6  possession of Jeff Lowe at 25803 NCR 3250, Wynnewood

7  Oklahoma. To the best of your knowledge, is that

8  true?

9  MR. CARD: Object to form.

10  Go ahead and --

11  BY THE WITNESS:

12  A. Oh, we've been moving, so no -- no files are

13  there.

14  (Reporter clarification.)

15  BY MR. SMITH:

16  Q. Would this have been true when this document

17  was filed with the Court on September 16th?

18  A. Yeah. Honestly -- yeah. I don't know.

19  Q. Are you aware that the District Court for

20  the Southern District of Indiana ordered your

21  husband, on September 15th, to identify any medical

22  records within his possession, custody, or control

23  with respect to any of these big cats that have not

24  been previously produced to PETA?

1  A. I don't know anything about that.

2  MR. SMITH: If we could show file number 8.

3  BY MR. SMITH:

4  Q. These are the veterinary records that I can

5  represent to you were produced in this case pursuant

6  to a subpoena by Rose Rock Veterinary Hospital and

7  Pet Resort on July 2, 2020, and that were used as

8  Exhibit No. 1 during the August 12, 2020 deposition

9  of your husband.

10  Feel free to look through as much of it as

11  you'd like, but I can tell you that if you turn to

12  pages 6, 11, 13, 15, and 27, which are the last pages

13  for Amelia, Nala, Leo and Kahari's produced

14  veterinary records, you would see that none of them

15  include any veterinary assessments from after

16  June 24, 2020 or any detailed examinations from later

17  than June 16, 2020.

18  Do you have any recollection of any of these

19  four lions receiving veterinary exams after June 16,

20  2020?

21  A. Yeah, they were seen. Not like she didn't

22  not make trips out. That doesn't mean that she

23  always updated everything too.

24  Q. Do you recall any of Nala, Amelia, Kahari,

1  or Leo taken to Dr. Divine after June 16, 2020?

2  A. I don't -- I don't recall.

3  Q. I can represent to you that on pages 1, 7,

4  12, 14, and 16, you are listed as the client for

5  these lions.

6  Were you generally responsible for

7  communicating with Dr. Divine?

8  A. Yeah.

9  Q. I'm happy to show you where it is in these

10  records, but these records include e-mails that

11  Dr. Divine sent to you with the subject line:

12  Medical Records.

13  Was Dr. Divine in the practice of e-mailing

14  you medical records?

15  A. No. Well, I mean, she did, but not -- like

16  only when I asked her to e-mail them.

17  Q. I'm going to turn to Kahari's records, which

18  begin on page 12.

19  The last recorded veterinary care for Kahari

20  is listed as June 16th when she was diagnosed with

21  fly bite dermatitis.

22  Do you recall Kahari being taken to a

23  veterinarian after that date?

24  A. I know she seen her after that date, yeah.

1  Yeah, she did see her after that date.

2  Q. When?

3  A. Oh, yeah, totally. Sometime after,

4  definitely. Because what, this is the 10th now?

5  Yeah, she totally saw her after that. Because then I

6  think she stopped by the zoo and she told me to buy a

7  certain type of product to help also with the flies.

8  Q. What did she tell you to buy?

9  A. I don't remember. It was a weird name.

10  Q. Was it a fly repellent? Was it a kind of

11  spray?

12  A. Yeah, it was some type of repellent you put

13  on their ears.

14  Q. Could it have been some type of topical

15  cream?

16  A. Yeah, it was something like that.

17  Q. Do you recall approximately what month that

18  would have been?

19  A. I don't remember.

20  Q. I'm happy to show you the document if you'd

21  like, but during his August 12, 2020 deposition, I

22  asked your husband about a June 22, 2020 USDA

23  inspection report which found Nala's respiration was

24  shallow and rapid. The inspection was halted

1 immediately by the inspector and the facility
2 representative was instructed to obtain immediate
3 veterinary care for the animal?
4    A. Well, I can tell you right now, that whole
5 thing was a total shit-show, because we had already
6 had plans to take her to the vet that day. And then
7 USDA decides to stay, and we kept telling them, we
8 have to get to the vet, and then as soon as we got to
9 the animal, they freaked out realizing, oh, shit,
10 they're telling the truth.
11    So no, we actually already had plans for her
12 to go to the vet that day, and we even showed them
13 too. So that report was written completely wrong.
14    Q. Why did you have plans to take Nala to the
15 vet that day?
16    A. Because she was already that night before
17 not acting well.
18    Q. Can you explain what you mean by "not acting
19 well"?
20    A. No, I really -- my brain is too fried right
21 now. I just really don't even feel like remembering,
22 so...
23    Q. Was she breathing normally?
24    A. I don't remember.

1    Q. Was she lethargic?
2    A. She just looked weak, like when you don't
3 feel well.
4    Q. When I asked your husband, he answered:
5 That's a complete misrepresentation of the facts. We
6 had a prior appointment with Nala to go to the vet
7 that morning, but the USDA inspector showed up
8 because she was not eating well, and as you know,
9 because you have the records, we ran a litany of
10 tests, blood work, COVID-19, feline herpes. We ran
11 every test that money could buy. And when the
12 inspectors got up there and we told them that we had
13 an appointment that we had just missed because they
14 were there, they -- specifically, Debbie Cunningham
15 -- said this inspection is officially over, you get
16 your baby up to the vet and keep your appointment.
17 So that's what we did.
18    A. Yep.
19    Q. Does that match your recollection?
20    A. Yep, that's exactly what I -- well, I put it
21 in shorter terms, but that's what happened.
22    Q. Do you recall the result of these veterinary
23 exams?
24    A. Do what?

1    Q. Do you recall any of the results of these
2 veterinary exams?
3    A. I really vaguely even remember.
4    Q. Do you recall if Nala tested positive for
5 any conditions?
6    A. I don't -- no, she tested negative on all
7 that --
8    THE WITNESS: Hey what's up? Yay. Okay.
9 Good. All right. All right. Thank you. All right.
10 Good question. I don't know. I'm in -- shoot. They
11 called me. I got to go. I totally forgot. Sorry.
12 This is -- this is very important right now, because
13 I'm supposed to be leaving this property but instead
14 I'm here doing a deposition. Not very fun.
15    MR. SMITH: For purposes of a clear record,
16 let the transcript show that the witness was just
17 speaking on her phone.
18    THE WITNESS: All right, go on ahead.
19    MR. SMITH: Is that addressed to me?
20    THE WITNESS: Yes, that's addressed to you.
21 BY MR. SMITH:
22    Q. So you don't recall Nala testing positive
23 for anything?
24    A. She did not test positive for COVID or

1 herpes or whatever else.
2    Q. Your husband also testified that Dr. Divine
3 put Nala on medications that made her better within a
4 matter of days.
5    Do you remember what these medications were?
6    A. No, I don't.
7    Q. Did you directly communicate with Dr. Divine
8 about these exams?
9    A. She might have said something to me, but
10 usually I let my husband remember stuff because my
11 mind is elsewhere.
12    Q. If we turn to page 16 of these records,
13 under the heading Health History Summary, this
14 document states on June 22, 2020, Nala was diagnosed
15 with an upper respiratory infection, dehydration, and
16 a urinary tract infection.
17    Does that match your recollection?
18    A. No.
19    Q. So you don't recall Nala being diagnosed
20 with an upper respiratory tract infection?
21    A. That is correct.
22    MR. SMITH: Can we show file number 9?
23 BY MR. SMITH:
24    Q. I can represent that these are veterinary

1 records for Nala that Dr. Divine produced to me on
2 Monday, September 28, 2020.
3     I can represent to you that starting from
4 page -- the bottom of page --
5     A.  You said she gave them to you on
6 September 28, 2020?
7     Q.  Correct.
8     A.  That's so funny.  She gets ahold of you a
9 lot easier than me.
10     Q.  I can represent to you that nothing from the
11 bottom of page 13 onward was previously produced to
12 PETA by you, your husband, or your counsel.
13     Do you know why not?
14     MR. CARD:  Can you reask the question?
15     THE WITNESS:  Say it again?
16 BY MR. SMITH:
17     Q.  Sure.  Do you know why the second half of
18 the records in this document, starting from the
19 bottom of page 13, were not previously produced to
20 PETA?
21     A.  That would be something you would have to
22 ask Jennifer, because you're the one that asked for
23 it from her.
24     Q.  Do you recall that we just saw a document

1 filed with the Court on behalf of your husband that
2 stated that the veterinary records for all four lions
3 at issue are in possession of defendant, Jeff Lowe?
4     A.  I -- I don't remember any of this.
5     Q.  Please turn to page 14 of this document.
6     Do you see where this states that, on
7 June 22nd, abdominal radiographs showed bone and
8 small radiopaque objects noted in stomach?
9     A.  Okay.  What is --
10     Q.  So do you have any idea what the small
11 radiopaque objects noted in Nala's stomach may have
12 been?
13     A.  Might have been a toy she ate.
14     Q.  Do you recall Nala eating a toy around
15 June 22nd --
16     A.  I really don't remember.
17     Q.  Do you recall that, in March 2020, Nala had
18 to have surgery after eating what your husband
19 described as a chunk of plastic provided to her by a
20 member of the public?
21     A.  I remember she ate something.  It was like a
22 plastic -- it was a thick plastic, but I don't
23 remember exactly what.
24     Q.  So when you mentioned Nala consuming a toy,

1 is that a later incident than the March 2020
2 incident?
3     A.  I don't know.  My days run together.
4     Q.  Is it correct to say you don't have any
5 knowledge over whether the object Nala consumed in
6 March 2020 was one of her toys?
7     A.  I don't remember.
8     Q.  Turn to page 25 of these records.
9     This refers to text messages between
10 Dr. Divine and someone identified as O and someone
11 identified as P.
12     Would you agree that a natural reading of
13 that might be that O refers to owner and P refers to
14 patient?
15     A.  I don't even know what this is.
16     Q.  This states that:  O texted video of P --
17 sorry.
18     This states that:  O texted video of P
19 moving around enclosure.  P no longer tolerating
20 enclosure.  Created a sore on left cheek and right
21 ear.
22     Do you recall texting Dr. Divine on July 9th
23 a video of Nala moving around her enclosure?
24     A.  No.

1     Q.  Do you remember observing in July 2020 that
2 Nala had created a sore on her left cheek and right
3 ear?
4     A.  I definitely don't remember that.
5     Q.  Did you ever text Dr. Divine video of Nala
6 walking around her enclosure?
7     A.  I definitely don't remember.
8     Q.  Do you have any videos of Nala on your
9 phone?
10     A.  I don't think so.  Nothing related to this,
11 at least.
12     Q.  Do you recall that, on September 21st, when
13 myself, my colleague, Brittany Peet, and
14 representatives from the wild animal sanctuary were
15 at your property, you were filming with an iPhone?
16     A.  What does this have to do with anything?
17     Q.  Can you answer the question, please?
18     A.  I had a phone, yes.
19     Q.  Were you recording video?
20     A.  Well, of course.
21     Q.  Do you still have that video?
22     A.  Possibly.
23     Q.  Is that a yes or no?
24     A.  It's a possibly.

13 (Pages 46 - 49)

1  Q.  I'm sorry, for purposes --
2  A.  -- your cute little wave when you went by
3  too.
4  Q.  For purposes of the deposition, I do need a
5  clear answer.  Can you answer yes or no?
6  A.  I gave you an answer.  I said possibly.
7  Q.  Do you know whether or not this video is
8  still in your phone?
9  A.  I don't know right now.
10  Q.  Did you ever delete this video from your
11  phone?
12  A.  My phone had a random update the other day.
13  Q.  But you don't have a recollection of ever
14  deleting this video from your phone?
15  A.  I don't remember.
16  Q.  Is it possible that you deleted it?
17  A.  Why are you so worried about it?
18  Q.  I am simply asking a question.  Is it
19  possible that you deleted this video?
20  A.  I don't know.
21  Q.  Returning to the veterinary records, on
22  page 25, which we were just looking at, this states
23  that Dr. Divine instructed you or someone else at
24  your facility to keep Nala separate from her

1  littermates and apply SSD to wounds twice daily until
2  healed.
3  Do you remember if Nala was kept separate
4  from her enclosure mates?
5  A.  Yeah, we separated her.
6  Q.  Why?
7  A.  Because she needed to be separated to start
8  feeling better.  Her littermates were rough and they
9  wanted to play and they would knock her over.  So she
10  needed to heal to start feeling better.
11  Q.  When you say that she needed to feel better,
12  are you -- was she suffering from an injury?
13  A.  She wasn't feeling well.  She was sick.
14  Q.  Was her sickness caused by the fact that, as
15  you said, her littermates were rough and they wanted
16  to play and they would knock her over?
17  MR. CARD:  Object to form.
18  BY THE WITNESS:
19  A.  They just played rough.  She wasn't feeling
20  well.  The heat got to her, so she needed to be in an
21  air-conditioned room.
22  BY MR. SMITH:
23  Q.  What's your basis for stating the heat got
24  to her?

1  A.  In July and August, it's like 100-something
2  degrees here.  And she just -- her body didn't do
3  well with it.
4  Q.  And how was her body manifesting not doing
5  well with it?
6  A.  What?  Wait.  Not doing well, she wasn't
7  feeling well, she --
8  Q.  In what way was Nala not doing well?
9  A.  She wasn't moving around much.  She needed
10  to be in an air-conditioned room and not be knocked
11  over constantly.
12  Q.  Where was this air-conditioned room?
13  A.  In the park.
14  Q.  Where in the park?
15  A.  In a building.
16  Q.  What building in the park?
17  A.  A building that's on the park.  It's in the
18  back.
19  Q.  How far away was that building from Nala's
20  typical enclosure?
21  A.  That day?  I don't remember.  I don't know
22  -- I don't remember which enclosure she was in before
23  until she was in there, so it was on the premise.
24  Q.  Did the sibling in which -- did the

1  enclosure in which Nala and her siblings were kept
2  change day by day?
3  A.  You know those are not her siblings, right?
4  Q.  Why do you say that?
5  A.  Because those are not her siblings.  She's
6  from a different litter.
7  Q.  Would it be correct to refer to them as half
8  siblings?
9  A.  I wouldn't even know if they are related.
10  Q.  Did the enclosure in which Nala, Amelia,
11  Kahari, and Leo were kept change day by day?
12  A.  No.  It only changed twice since they had
13  been here.
14  Q.  Were Amelia, Leo, and Kahari all knocking
15  Nala over, or was it just one of them?
16  A.  Oh, they all were.  They all love to play.
17  Q.  For how long was Nala in this
18  air-conditioned room?
19  A.  A couple weeks.
20  Q.  Was Nala still in that separate enclosure in
21  that building in August 2020?
22  A.  I don't remember.
23  Q.  Dr. Divine says that she instructed Nala's
24  owner to apply SSD to wounds twice a day.  Do you

1  know what SSD refers to?

2    A.  I don't remember.

3    Q.  Below this, this document refers to a

4  nebulizer being used for nebulization of Nala.  Can

5  you explain what this means?

6      MR. CARD:  Object to form.

7  BY THE WITNESS:

8    A.  Yeah, she was supposed to -- something --

9  some type of mask thing she was supposed to breathe

10  in to help her with her respiratory.  I don't

11  remember exactly what it was.

12  BY MR. SMITH:

13    Q.  Do you know what respiratory issue that was

14  meant to help with?

15    A.  I don't.

16    Q.  Does that refresh your recollection that

17  Nala was indeed diagnosed with a respiratory

18  infection?

19    A.  Vaguely.  I really don't remember too much

20  right now.

21    Q.  You've described this nebulizer as a mask,

22  is that right?

23    A.  Yeah, kind of something like a human puts on

24  if they have respiratory problems.

1    Q.  Was this mask provided by Dr. Divine?

2    A.  No.

3    Q.  Where did you get this mask from?

4    A.  I had to go buy it from the pharmacy.

5    Q.  Was it the same kind of mask that would be

6  sold for humans?

7    A.  I believe so.

8    Q.  Can you explain the process by which Nala

9  would be nebulized?

10    A.  Putting a mask on her, breathing it.  I

11  don't...

12    Q.  How would you or anyone else in the facility

13  put a mask on Nala?

14    A.  It wasn't easy.  She's a lion.  They don't

15  like having -- no animal likes having things on -- in

16  their face that they are not familiar with.

17    Q.  So how did you get the mask on to Nala?

18    A.  It wasn't easy.  We had to just try to keep

19  her calm.  Hardly even had to put the mask on her,

20  just had it close by.

21    Q.  So someone --

22    A.  -- didn't want her to feel scared from it.

23    Q.  So someone was holding the mask near Nala's

24  face?

1    A.  Yeah.  We had to.  You can't just sedate

2  them to put it on, and sedate them every time they

3  needed it.  That's not right.

4    Q.  And how was Nala being restrained when this

5  was happening?

6    A.  We didn't restrain her, we just tried to

7  keep her calm.

8    Q.  Was this taking place inside of Nala's

9  enclosure?

10    A.  No, this was in the air-conditioned room.

11    Q.  Was someone in the room with Nala holding

12  the mask next to her?

13    A.  I just said somebody had to hold the mask.

14    Q.  So is there any barrier between the person

15  holding the mask next to Nala's --

16    A.  It was either me or my husband.  We don't

17  trust anybody else to do that.

18    Q.  So when you were nebulizing Nala, was there

19  any barrier between you and Nala?

20    A.  We don't need a barrier.

21    Q.  How far apart would you say you were from

22  Nala when you were nebulizing her?

23    A.  I laid down next to her.  That's the kind of

24  bond we had with them.

1    Q.  If you could turn to the next -- page 27 of

2  this document.

3      This states:  On June 26, 2020, nasal

4  culture only lab back and showed e. coli and strep.

5      Do you recall Nala testing positive for

6  either e. coli or strep?

7    A.  No, I don't remember that.

8    Q.  Would this contradict your prior

9  recollection that Nala tested negative for everything

10  she was tested for on June 26th --

11      MR. CARD:  Object to form.

12  BY THE WITNESS:

13    A.  I know she tested -- I only know she tested

14  negative for COVID and herpes or whatever.

15  BY MR. SMITH:

16    Q.  So do you have a recollection as to what she

17  tested positive for?

18    A.  No, I don't.

19    Q.  Could one of the things she tested positive

20  for be e. coli?

21      MR. CARD:  Object to form.

22  BY THE WITNESS:

23    A.  I don't remember.

24

BY MR. SMITH:

1   BY MR. SMITH:
2   Q. Or strep?
3   A. I literally just said I don't remember.
4   Q. Do you recall Nala receiving any treatment
5  for e. coli or strep?
6   A. I don't remember.
7   Q. Do you recall if Nala was treated at all for
8  e. coli or strep?
9     MR. CARD: Object to form.
10  BY THE WITNESS:
11   A. Same thing. I don't recall.
12  BY MR. SMITH:
13   Q. Who would recall?
14   A. I don't know.
15   Q. Were you typically the person that dealt
16  with big cat medical issues?
17   A. Me and my husband do.
18   Q. This document then states: After nasal
19  culture only, lab back and showed e. coli and strep,
20  adding on SMZ TMP. Do you know what SMZ or TMP stand
21  for?
22   A. No.
23   Q. Could that refer to an antibiotic?
24   A. Possibly.

1     MR. CARD: Object to form.
2  BY THE WITNESS:
3   A. But like I said, I would be speculating. I
4  don't remember.
5  BY MR. SMITH:
6   Q. So you have no recollection if or for how
7  long Nala may have been on an antibiotic to treat
8  e. coli or strep?
9   A. I -- like I said, I don't remember. Given a
10  lot of antibiotics to animals before, so I don't
11  recall.
12   Q. When I arrived at the facility on
13  September 21st, Erik Cowie told us that Nala had been
14  limping for four days and that the first couple days
15  she didn't put any weight on her leg.
16   A. I don't know what he told you, so for me to
17  answer to something he stated, I would be
18  speculating.
19   Q. Do you recall the injury that he was
20  referring to?
21   A. I knew she was limping the day before you
22  all got here, and we just thought it was the paw that
23  she had a claw issue with.
24   Q. Is that when she had an ingrown claw

1  amputated?
2   A. She had that amputated a while ago. And it
3  was just that one claw.
4   Q. If you look at page 1 of Nala's veterinary
5  records, it lists ingrown toenail under Health
6  History Summary on June --
7   A. Yeah.
8   Q. -- 2020.
9     Do you recall that that's when part of her
10  toe was amputated?
11   A. It hasn't already been a year, has it? No,
12  no, no, no, it wasn't -- no. No, I don't -- no.
13  Because -- 2020. Wait, wait. Did you say 2020 or
14  2019? It was a vaccination. Hello?
15   Q. Yes. Sorry.
16     Do you recall part of Nala's claw being
17  amputated in June 2020?
18   A. I believe it was then, yeah.
19   Q. Is this the -- was this the first time that
20  Nala had limped or refused to put weight on that paw
21  after --
22   A. Yeah.
23   Q. Do you recall Nala having fresh wounds on
24  her ears that morning?

1   A. I don't recall. I remember the cubs -- her
2  -- or her other buddies were sucking on her ears.
3   Q. Is that the first time you've ever seen one
4  of her littermates suck on her ears?
5   A. Again, they are not her littermates.
6   Q. I'm just using the same word that you did.
7   A. No, I tried to stop. I said buddies.
8   Q. Is that the first time you recall one of
9  Nala's buddies sucking on her ear?
10   A. They kind of do it just to -- I guess as a
11  comfort thing. I don't know. You can't stop it,
12  really. I mean, you don't really want to separate
13  them because they are so close with each other.
14   Q. Is any one of her buddies more prone to
15  sucking on the others than the others?
16   A. Not necessarily.
17   Q. So is it something that all three of them
18  do?
19   A. I don't think so.
20     MR. SMITH: Can we go off the record for
21  about five minutes? And then we'll hopefully
22  reconvene.
23     THE VIDEOGRAPHER: Yes.
24     MR. SMITH: Thanks a lot.

16 (Pages 58 - 61)

1  THE VIDEOGRAPHER:  We are going off the
2  record at 12:39 p.m.
3      (A short break was taken.)
4      THE VIDEOGRAPHER:  We are going back on the
5  record at 12:59 p.m.
6  BY MR. SMITH:
7      Q.  I'm paraphrasing here, but you testified
8  earlier that everyone said they last saw Kahari in
9  the late afternoon on August 30th.
10     To be clear, you have no way of knowing if
11 Kahari died the morning of the 31st or the night or
12 evening before; is that right?
13     A.  I believe she had died that evening, if not
14 that night, later that night.
15     Q.  You previously testified, you were talking
16 about the darts, that that was Joe's thing.  Is Joe a
17 reference to Joe Maldonado Passage?
18     A.  Passage.  It doesn't sound French.
19     Q.  Joe Exotic, also known as know Joe Maldonado
20 Passage?
21     A.  Depends on who he's married to that day, but
22 yep.
23     (Reporter clarification.)
24 BY MR. SMITH:

1      Q.  My question was did Joe use darts like this
2  frequently?
3      A.  He used darts a lot.
4      Q.  Do you recall anyone ever cleaning the den
5  inside of Kahari's enclosure?
6      A.  You're talking about before or after she
7  died?
8      Q.  Before her death.
9      A.  Yeah.  I don't know about when, but I know
10 that they did.
11     Q.  When would that have been?
12     A.  I -- I would assume a few days before.
13     Q.  But you don't know one way or another?
14     A.  I just said I know it was a few days before.
15     Q.  What are you basing that on?
16     A.  Because that's my assumption.
17     Q.  I'm sorry, but what is that assumption based
18 on?
19     A.  Based on how often I know that they would be
20 cleaning.
21     Q.  And every time they cleaned the enclosures,
22 did they always clean inside the dens?
23     A.  Not necessarily, no.  But they clean it out
24 at least once a week, change out bedding.

1      Q.  And by "they clean it out at least once a
2  week" are you referring to the enclosures?
3      A.  Yeah.  That's where their dens are.
4      Q.  You mentioned that Eric Yano transported
5  Kahari to OSU.  Did Eric Yano handle anything else
6  relating to Kahari's necropsy?
7      A.  Says that again?
8      Q.  You mentioned that Eric transported Kahari
9  to OSU.  Did Eric Yano handle anything else related
10 to Kahari's necropsy?
11     A.  No.
12     Q.  Did Eric Yano ever handle any veterinary
13 issues related to these four lions?
14     A.  No.  He just delivered her.
15     Q.  To OSU?
16     A.  Yeah.
17     MR. SMITH:  Okay.  Those are all of my
18 questions.  If opposing counsel has nothing else, we
19 can close this deposition.
20     MR. CARD:  I do not have anything.
21     MR. SMITH:  Okay.  Thank you.
22     THE VIDEOGRAPHER:  We are going off the
23 record at 1:03 p.m.
24     (Deposition concluded at 1:03 p.m.)

1      CERTIFICATE OF
2      CERTIFIED SHORTHAND REPORTER
3      I, Beth C. Radtke, a Certified Shorthand
4  Reporter of the State of Illinois, CSR License No.
5  084-004561, do hereby certify:
6      That previous to the commencement of the
7  examination of the aforesaid witness, the witness
8  was duly sworn by me to testify the whole truth
9  concerning the matters herein;
10     That the foregoing deposition transcript was
11 stenographically reported by me and was thereafter
12 reduced to typewriting under my personal direction
13 and constitutes a true and accurate record of the
14 testimony given and the proceedings had at the
15 aforesaid deposition;
16     That I am not a relative or employee or attorney
17 or counsel for any of the parties herein, nor am I
18 interested directly or indirectly in the outcome of
19 this action.
20     IN WITNESS WHEREOF, I do hereunto set my hand at
21 Chicago, Illi          )er, 2020.
22
23
        Beth Radtke, RPR, CRR
24      License No. 084-004561

17 (Pages 62 - 65)

1               Veritext Legal Solutions
                   1100 Superior Ave
2                Suite 1820
              Cleveland, Ohio 44114
3             Phone: 216-523-1313
4

October 3, 2020
5
To: Daniel Card
6
Case Name: People For Ethical Treatment Of Animals, Inc v  Wildlife
7 In Need And Wildlife In Deed, Inc , Et Al
8 Veritext Reference Number: 4275065
9 Witness: Lauren Lowe     Deposition Date: 10/2/2020
10
Dear Sir/Madam:
11
12 Enclosed please find a deposition transcript  Please have the witness
13 review the transcript and note any changes or corrections on the
14 included errata sheet, indicating the page, line number, change, and
15 the reason for the change  Have the witness' signature notarized and
16 forward the completed page(s) back to us at the Production address
shown
17
above, or email to production-midwest@veritext.com
18
19 If the errata is not returned within thirty days of your receipt of
20 this letter, the reading and signing will be deemed waived
21
Sincerely,
22
Production Department
23
24 NO NOTARY REQUIRED IN CA

---

1       DEPOSITION REVIEW
       CERTIFICATION OF WITNESS
2
ASSIGNMENT REFERENCE NO: 4275065
3 PETA v  Wildlife In Need And Wildlife In Deed, Inc , Et Al
DATE OF DEPOSITION: 10/2/2020
4 WITNESS' NAME: Lauren Lowe
5    In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
6 my testimony or it has been read to me
7    I have made no changes to the testimony
as transcribed by the court reporter
8
                          _____
9 Date           Lauren Lowe
10   Sworn to and subscribed before me, a
Notary Public in and for the State and County,
11 the referenced witness did personally appear
and acknowledge that:
12
    They have read the transcript;
13   They signed the foregoing Sworn
    Statement; and
14   Their execution of this Statement is of
    their free act and deed
15
    I have affixed my name and official seal
16
this _____ day of_____, 20 ____
17
18      Notary Public
19
      Commission Expiration Date
20
21
22
23
24
25

---

1       DEPOSITION REVIEW
       CERTIFICATION OF WITNESS
2
ASSIGNMENT REFERENCE NO: 4275065
3 PETA v  Wildlife In Need And Wildlife In Deed, Inc , Et Al
DATE OF DEPOSITION: 10/2/2020
4 WITNESS' NAME: Lauren Lowe
5    In accordance with the Rules of Civil
Procedure, I have read the entire transcript of
6 my testimony or it has been read to me
7    I have listed my changes on the attached
Errata Sheet, listing page and line numbers as
8 well as the reason(s) for the change(s)
9    I request that these changes be entered
as part of the record of my testimony
10
    I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
that both be appended to the transcript of my
12 testimony and be incorporated therein
13                    _____
    Date          Lauren Lowe
14
    Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
the referenced witness did personally appear
16 and acknowledge that:
17   They have read the transcript;
    They have listed all of their corrections
18   the appended Errata Sheet;
    They signed the foregoing Sworn
19   Statement; and
    Their execution of this Statement is of
20   their free act and deed
21 I have affixed my name and official seal
22 this _____ day of_____, 20 ____
23                  _____
      Notary Public
24
      Commission Expiration Date
25

---

1     ERRATA SHEET
       VERITEXT LEGAL SOLUTIONS MIDWEST
2       ASSIGNMENT NO: 4275065
3 PAGE/LINE(S) /     CHANGE    /REASON
4 _____
5 _____
6 _____
7 _____
8 _____
9 _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19 _____
20 Date          Lauren Lowe
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23 _____
       Notary Public
24
       _____
25    Commission Expiration Date

# Exhibit 6

**From:** Daniel Card <dan@cardlawok.com>
**Sent:** Tuesday, September 29, 2020 3:08 PM
**To:** Asher Smith
**Subject:** Fw: update regarding Kahari and pursuing toxicology screen

---

**From:** Lauren Lowe <tigermommy007@gmail.com>
**Sent:** Monday, September 28, 2020 8:31 PM
**To:** Daniel Card <dan@cardlawok.com>
**Subject:** Fwd: update regarding Kahari and pursuing toxicology screen

**From:** "Taylor, Brianne Marie"
**Date:** September 21, 2020 at 10:54:07 AM CDT
**To:** Lauren Lowe
**Subject: RE: update regarding Kahari and pursuing toxicology screen**

I figured as much. I still don't know how she got access to my preliminary report. I can forward her email to you if you like.

---

**From:** Lauren Lowe
**Sent:** Monday, September 21, 2020 10:50 AM
**To:** Taylor, Brianne Marie
**Subject:** Re: update regarding Kahari and pursuing toxicology screen

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

The police are investigating because our zoo had a break-in the same week Kahari passed away.

Most people don't believe HIPAA protects animals.

Lauren Lowe

> On Sep 21, 2020, at 10:30 AM, Taylor, Brianne Marie wrote:
>
> Just found her. I have no idea how she got access to the preliminary report, unless the police had access to it, and it became a public record...? Your email is the only one we have on record to receive any reports. Per HIPAA, no one has access to these records except you.

---

**From:** Lauren Lowe
**Sent:** Monday, September 21, 2020 10:26 AM

**To:** Taylor, Brianne Marie
**Subject:** Re: update regarding Kahari and pursuing toxicology screen

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Looked her up, she's a reporter - animal rights activist.

Please don't allow anyone any to get any information. Thank you.


Lauren Lowe


On Sep 21, 2020, at 9:06 AM, Taylor, Brianne Marie wrote:


Hi Lauren,

I'm going to go ahead and finalize this case today. If we need to open it back up, that's no problem. I don't think it's worth repeating the tox screen with pooled samples. If we didn't find anything on the liver, I really doubt we'll find something in a dilute sample. If you still want to try, we sure can.

I did want to let you know that a Sharon Guynup emailed me asking for the pathology report. Is this something you approved? She attached pictures of the preliminary necropsy report as well as an image of a dart and a court order involving PETA. Per HIPAA, I cannot disclose this information without your consent.

Unfortunately, my office phone is down at the moment, so email is the best way to contact me (otherwise I can give you my cell number).

Let me know if you need anything else.
Dr. Taylor

**From:** Lauren Lowe
**Sent:** Thursday, September 17, 2020 3:18 PM
**To:** Taylor, Brianne Marie
**Subject:** Re: update regarding Kahari and pursuing toxicology screen


**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Thank you. The dart is being examined right now by the police department. I will call today and find out if they have come across anything yet.


Lauren Lowe

On Sep 17, 2020, at 11:33 AM, Taylor, Brianne Marie wrote:

That's a good question. While certain harmful agents (bacteria, viruses, etc.) can degrade with time and/or autolysis, typically toxins and chemicals remain stable. So I think in this case, we can trust the negative result and consider it unlikely that she had any sort of toxin in her system when she died. This is really frustrating, because I can't account for a sudden death in an otherwise healthy young animal. At this point, I can only recommend that you keep a close eye on the rest of her penmates.

I did run some special stains on the microscopic tissues. These special stains can highlight certain types of tissue, like increased collagen (like you would see with fibrosis or a scar). There are very small areas in the heart tissue that stain positive for increased collagen. I wouldn't hang my hat on it, per se, and I don't want to over-interpret this change, but she could have had a pre-existing heart condition. Again, very hard to say given how degraded the tissues are, but there seems to be a subjective increase in scar tissue in the examined section of heart.

One last thing: did you get any more information on the dart that was found in her pen? Any toxin assay run on it? The only reason I ask is, if a toxin was identified on it, we could try and track down that specific toxin. Given how broad the tox screen is that I had run (200,000+ compounds), I would imagine that toxin (if any) would be on that list, but this isn't definitive.

**From:** Lauren Lowe
**Sent:** Thursday, September 17, 2020 10:21 AM
**To:** Taylor, Brianne Marie
**Subject:** Re: update regarding Kahari and pursuing toxicology screen

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Good morning,

Does the absent of toxins in her liver rule out death by poisoning or does it mean the samples were too degraded?

Lauren Lowe

On Sep 17, 2020, at 9:26 AM, Taylor, Brianne Marie wrote:

Good morning Lauren,

I just received the results back from the tox screen on the liver. Unfortunately, nothing was detected. We can pool all remaining samples and try again, but I fear that we will come up empty-handed again. Let me know if you want to try one more time. If not, I'll go ahead and finalize the report.

I'm sorry this has been so fruitless. I think the heat and subsequent autolysis (rot) just made things a lot harder to interpret, through no fault of anyone.

Let me know if you need anything else.

Kind regards,
Dr. Taylor

**From:** Lauren Lowe
**Sent:** Monday, September 14, 2020 4:35 PM
**To:** Taylor, Brianne Marie
**Subject:** Re: update regarding Kahari and pursuing toxicology screen

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

That's perfectly acceptable. Please let us know what you discover.

Lauren Lowe

On Sep 14, 2020, at
9:49 AM, Taylor,
Brianne Marie wrote:

Well that's an
interesting
development… I just
spoke with the
toxicologist, and we're
submitting liver today
for that assay. I
mentioned the
possibility of pooling
samples of other tissues
to run all at once. He
said that, while that can
help screen more
tissues, it dilutes the
sample and makes the
potential toxin harder
to find. So for now,
we'll see if we get
anything off of the liver.
If not, and you would
like to pursue one more
attempt, we can pool
the remaining samples
and run the test again
(for an additional
$150). I'm hoping to
have those results back
by the end of the week,
but tox screens can
take some time.

Let me know if you
need anything else in
the meantime.

Kind regards,
Dr. Taylor

**From:** Lauren Lowe
**Sent:** Saturday,
September 12, 2020

8:45 AM
**To:** Taylor, Brianne Marie
**Subject:** Re: update regarding Kahari and pursuing toxicology screen

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe

Yes! Let's do that. We have recently found a dart in her den where she had passed away. We have written out a police report.

Thank you very much.

Lauren Lowe

On Sep 11, 2020, at 5:45 PM, Taylor, Brianne Marie wrote:

Hi Jeff and Lauren,

I hope this finds you

well. I just wanted to give you a brief update on Kahari's findings. As expected, the tissues under the microscope are very autolyzed (rotten) and not telling me much. As a last ditch effort, I would like to submit some liver for a general toxicology screen. This is $150 and screens for over 200,000 compounds. Given the degree

of autolysis, I'm not sure if anything will come up, but I think it's worth a try. Let me know what you think. I will wait to finalize the necropsy report pending this decision.

Kind regards,
Dr. Taylor

**Brianne M Taylor, DVM, MS**
Assistant Professor, Veterinary Pathobiology
Oklahoma State

University
405-
744-
8808

# Exhibit 7

**AFFIDAVIT**

I,   **Lauren Lowe**   , being duly sworn on oath make the following statement:

I make this statement voluntarily to Bob Stiles, investigator with United States Department of Agriculture (USDA), Animal and Plant Health Inspection Service (APHIS), Investigative and Enforcement Services (IES), in Oklahoma.

I am Vice President of Greater Wynnewood Exotic Animal Park (GWEAP), located at Wynnewood, OK.  The park address and my residence address is 25803 N. CR 3250, Wynnewood, OK 73098.  My husband Jeff Lowe and I are the owners and operators of the park.

On this date Mr. Stiles informed me he was conducting an investigation concerning an inspection on June 22, 2020, in which several non-compliant items were cited by USDA, APHIS, Animal Care inspectors, Bonnie Boone and Debbie Cunningham.  Additionally he informed he was needing additional information concerning my roll, responsibilities, and duties are in connection with the park.

I am fully involved in the operation of the park, including decisions on husbandry, diets, veterinary care, etc.  I also handle the records for inventory, acquisition, disposition, etc.

We are continuing with plans to open a site at Thackerville, OK.  Dr. Gilmore is our current Attending Veterinarian, but we are planning to switch to Dr. Devine who does a lot of veterinary work for us.  Dr. Gilmore visits the park when we call him out.  He does not make visits otherwise.

_____
SIGNATURE OF AFFIANT

Subscribed and sworn to before me at Wynnewood, OK
on this 8th day of July, 2020.

_____
DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND AFFIRMATIONS,
AUTHORITY NO:  3305

APHIS FORM 7162   Replaces VS Form 3-59G which is obsolete. (NOV 92)

# AFFIDAVIT

**I,  Lauren Lowe  , being duly sworn on oath make the following statement:**

Mr. Stiles asked me to explain what the records are that are titled "RX Veterinary Record". These are records generated at the park for animals that the veterinarian has examined and is treating. We fill out these records at the park based in directions and medications prescribed by our veterinarian. These records are not issued by a veterinarian.

I understand this is a sworn affidavit. I have read it and declare that the information contained herein is true and correct to the best of my knowledge. I have been afforded the opportunity to make changes and/or corrections. I am making this statement freely and without duress, reward, or promise of reward.

_____
SIGNATURE OF AFFIANT

Subscribed and sworn to before me at Wynnewood, OK
on this 8th day of July, 2020.

_____
DESIGNATED PURSUANT TO 7 U.S.C. 2217 TO
ADMINISTER OATHS, AFFIDAVITS, AND AFFIRMATIONS,
AUTHORITY NO: 3305

APHIS FORM 7162   Replaces VS Form 3-59G which is obsolete.  (NOV 92)