# Exhibit 8

# *Rose Rock Veterinary Hospital & Pet Resort*                    Patient Chart

400 24th Ave. N.W.
Norman, OK  73069
405-321-3361

**Printed:** 09-28-20 at 3:28p

## CLIENT INFORMATION

**Name**     Lauren Lowe (37229)
**Address**  25803 NCR 3250
             Wynnewood, OK  73098

## PATIENT INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Nala | **Species** | Feline |
| **Sex** | Female | **Breed** | Lion |
| **Birthday** | 08-10-19 | **Age** | 13m |
| **ID** | | **Rabies** | |
| **Color** | Blonde | **Weight** | 70.00 lbs |
| **Reminded** | (none) | **Codes** | |

| Reminders for: **Nala** | | Last done |
|---|---|---|
| 06-16-21 | Rabies Vaccine 3 Year | 06-16-20 |
| 06-16-21 | Annual Preventive Care Exam | 06-16-20 |
| 06-16-21 | FVRCP Vaccination | 06-16-20 |
| **09-21-19** | **Intestinal Parasite Test** | |

## HEALTH HISTORY SUMMARY

| Date | Diagnosis |
|---|---|
| 06-22-20 | Upper Respiratory Infection |
| 06-22-20 | Dehydration |
| 06-22-20 | Urinary Tract Infection |
| 06-18-20 | Toenail, Ingrown - RF 3rd toe |
| 04-22-20 | Toenail, Ingrown - RF 3rd toe |
| 03-19-20 | Whipworms |
| 03-18-20 | Gi Foreign Body |
| 08-20-19 | Hypoglycemia |

## MEDICAL HISTORY

| Date | By | Code | Description | Qty (Variance) |
|---|---|---|---|---|
| 08-20-19 | RR | SOAP | Patient check-in | |

LD: 08-20-19 at 4:37p: not doing well.

**Age:** 10d    **Weight:** 3.40    **Temp:** 97.50    **Respiration:** 20.00    **Pulse:** 180.00
**CRT:** <2 secs.    **BCS:** 3.00 / 5.00    **Other:** 1 / 4

## SUBJECTIVE SECTION

LD: 08-20-19 at 4:37p: not doing well.

## OBJECTIVE SECTION

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala                                                                                    Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                                                                                Page: 2

| Date | By | Code | Description | Qty (Variance) |
|------|-----|------|-------------|----------------|

JLD: 08-20-19 at 9:21p:
CBC: NSF
Chem: Na 147 (150-165)
Administered 10 ml Norm R SQ
Spot glucose 78

Had P nurse on volunteer lactating female dog for to 15 min sessions. P became more lively and started vocalizing after nursing.

Body Systems
    General Appear
    lethargic. not wanting to nurse.

    Coat-Skin
    skin tent

    Mouth-Teeth
    MM: tacky

Normal Systems: Eyes, Ears, Cardiovascular, Respiratory, Gastrointestinal, Musculoskeletal, Lymph Systems, Neurological, Urogenital

## ASSESSMENT SECTION

NOTES

JLD: 08-20-19 at 9:23p: mild hypoglycemia due to not eating, refusing bottle

## PLAN SECTION

NOTES

JLD: 08-20-19 at 9:24p:
Recommended a wider nipple bottle to try and nurse her. also discussed rice socks and trying to nurse her with a warmed stuffed animal next to her. recheck as needed

| Date | By | Code | Description | |
|------|-----|------|-------------|--|
| 08-20-19 | JLD | OC | Medical Exam  (Not 4 Behavioral Consult) | |
| | | LYTE4A | Idexx Lyte 4 (add CBC&Chem17) | |
| | | CHEM17A | Idexx Chemistry 17 (add CBC&Lyte4/T4) | |
| | | PCCBC2 | Idexx ProCyte CBC (add Chem17&Lyte4/T4) | |
| | | IVLSO | Requisition 76836-3868078 | |

| Test | Result | Flag | Normal Range Low | High | Measure | |
|------|--------|------|------------------|------|---------|--|
| **ProCyte_Dx 08-20-19 5:46p** | | | | | | |
| RBC | 8.28 | | 6.54 | 12.20 | M/µL | |
| HCT | 42.3 | | 30.3 | 52.3 | % | |
| **HGB** | 16.4 | H | 9.8 | 16.2 | g/dL | |
| MCV | 51.1 | | 35.9 | 53.1 | fL | |
| **MCH** | 19.8 | H | 11.8 | 17.3 | pg | |
| **MCHC** | 38.8 | H | 28.1 | 35.8 | g/dL | |
| RDW | 26.1 | | 15.0 | 27.0 | % | |
| %RETIC | 0.1 | | | | % | |

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala
Date: 09-28-20, Time: 3:28p

| Date | By | Code | Description | | | Qty (Variance) | |
|------|-----|------|-------------|---|---|----------------|---|
| | RETIC | 5.8 | | 3.0 | 50.0 | K/µL | ├──── |
| | **RETIC-HGB** | **22.2** | H | **13.2** | **20.8** | **pg** | ├──────── ⊢ |
| | WBC | 12.05 | | 2.87 | 17.02 | K/µL | ├────┼── |
| | %NEU | 68.8 | | | | % | |
| | %LYM | 23.0 | | | | % | |
| | %MONO | 7.8 | | | | % | |
| | %EOS | 0.1 | | | | % | |
| | %BASO | 0.3 | | | | % | |
| | NEU | 8.29 | | 2.30 | 10.29 | K/µL | ├──────┼─ |
| | LYM | 2.77 | | 0.92 | 6.88 | K/µL | ├─┼───── |
| | **MONO** | **0.94** | H | **0.05** | **0.67** | **K/µL** | ├──────── ⊢ |
| | **EOS** | **0.01** | L | **0.17** | **1.57** | **K/µL** | ⊢ ├──────── |
| | BASO | 0.04 | | 0.01 | 0.26 | K/µL | ├┼────── |
| | PLT | 564 | | 151 | 600 | K/µL | ├───────┼ |
| | MPV | 14.4 | | 11.4 | 21.6 | fL | ├─┼───── |
| | **PCT** | **0.81** | H | **0.00** | **0.79** | **%** | ├────────┼ |
| | **Test** | **Result** | **Flag** | **Normal Range** | | **Measure** | |
| | | | | **Low** | **High** | | |

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| | **Catalyst_One 08-20-19 5:59p** | | | | | | |
| | GLU | 92 | | 77 | 153 | mg/dL | ├──┼──── |
| | **CREA** | **0.4** | L | **0.6** | **1.6** | **mg/dL** | ⊢ ├──────── |
| | **BUN** | **40** | H | **16** | **33** | **mg/dL** | ├──────── ⊢ |
| | BUN/CREA | 92 | | | | | |
| | PHOS | 5.4 | | 4.5 | 10.4 | mg/dL | ├─┼───── |
| | CA | 9.1 | | 7.9 | 11.3 | mg/dL | ├───┼─── |
| | **TP** | **5.0** | L | **5.2** | **8.2** | **g/dL** | ⊢ ├──────── |
| | ALB | 2.2 | | 2.2 | 3.9 | g/dL | ├──────── |
| | GLOB | 2.8 | | 2.8 | 4.8 | g/dL | ├──────── |
| | ALB/GLOB | 0.8 | | | | | |
| | ALT | < 10 | | 12 | 115 | U/L | ├──────── |
| | ALKP | 71 | | 14 | 192 | U/L | ├───┼─── |
| | GGT | 0 | | 0 | 1 | U/L | ├──────── |
| | TBIL | 0.1 | | 0.0 | 0.9 | mg/dL | ├┼────── |
| | **CHOL** | **253** | H | **62** | **191** | **mg/dL** | ├────────┼ |
| | AMYL | 1148 | | 500 | 1400 | U/L | ├──────┼─ |
| | LIPA | 66 | | 40 | 500 | U/L | ├┼────── |
| | **Na** | **147** | L | **150** | **165** | **mmol/L** | ⊢ ├──────── |
| | K | 4.0 | | 3.7 | 5.9 | mmol/L | ├─┼───── |
| | Na/K | 36 | | | | | |
| | Cl | 115 | | 115 | 126 | mmol/L | ├──────── |
| | Osm Calc | 299 | | | | mmol/kg | |
| 08-20-19 | | JLD | FT | Fluid Therapy Subcutaneous | | | |
| | | | **ZH3725** | **Hypoglycemia** | | | |
| 08-22-19 | | JLD | ESBK8 | Kitten Milk Replacer Liquid 8oz | | | |
| 08-24-19 | | RR | SOAP | Patient check-in | | | |
| | | EN: 08-24-19 at 11:08a: Not eating | | | | | |

**Age:** 14d

Rose Rock Veterinary Hospital & Pet Resort
400 24th Ave. N.W.
Norman, OK  73069
405-321-3361

Patient Chart for Nala                                                    Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                                        Page: 4

| Date | By | Code | Description | Qty (Variance) |
|------|-----|------|-------------|----------------|
| 03-18-20 | JLD | SOAP | Patient check-in | |

> **Age:** 7m   **Weight:** 71.50   **Temp:** 103.80   **Respiration:** 32.00   **Pulse:** 68.00
> **CRT:** <2 secs.   **BCS:** 3.00 / 5.00   **Other:** 1 / 4

## SUBJECTIVE SECTION

JLD: 03-18-20 at 4:39p: ADR. not eating well. appears to being trying to vomit

## OBJECTIVE SECTION

JLD: 03-18-20 at 4:39p:
Abdominal rads: suspicious gas pattern for FB and radio opaque material in stomach.

Post op hypokalemia - adding KCL to fluids. Adding B complex to fluids per recommendation from consult with Zoo vet. Vet recommendations to help with wobbles.

Body Systems
    General Appear
    lethargic. not wanting to move. hunched back

    Mouth-Teeth
    MM: pale pink

    Gastrointestinal
    painful on cranial abdominal palpation.

Normal Systems: Coat-Skin, Eyes, Ears, Cardiovascular, Respiratory, Musculoskeletal, Lymph Systems, Neurological, Urogenital

## ASSESSMENT SECTION

NOTES

JLD: 03-18-20 at 4:40p:

DIAGNOSES
    Gi Foreign Body

## PLAN SECTION

NOTES

JLD: 03-18-20 at 4:41p:
P will stay for hospitalization and IV fluid post op gastrotomy.
keep on Vitamin A and E
rx: Meloxicam, continue on SMZ TMP, Cerenia

P discharge for care at facility
    OC    Medical Exam  (Not 4 Behavioral Consult)
    XRAYL    Radiograph  40-100#  (2 views)

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala                                                                 Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                                                         Page: 5

| Date | By | Code | Description | Qty (Variance) |
|---|---|---|---|---|
| 03-18-20 | JLD | LYTE4A | Idexx Lyte 4 (add CBC&Chem17) | |
| | | CHEM17A | Idexx Chemistry 17 (add CBC&Lyte4/T4) | |
| | | PCCBC2 | Idexx ProCyte CBC (add Chem17&Lyte4/T4) | |
| | | IVLSO | Requisition 76836-4082940 | |

| Test | Result | Flag | Normal Range Low | High | Measure | |
|---|---|---|---|---|---|---|
| **ProCyte_Dx 03-18-20 11:40a** | | | | | | |
| RBC | 7.38 | | 6.54 | 12.20 | M/µL | |
| HCT | 30.9 | | 30.3 | 52.3 | % | |
| HGB | 12.2 | | 9.8 | 16.2 | g/dL | |
| MCV | 41.9 | | 35.9 | 53.1 | fL | |
| MCH | 16.5 | | 11.8 | 17.3 | pg | |
| **MCHC** | **39.5** | H | **28.1** | **35.8** | **g/dL** | |
| RDW | 25.8 | | 15.0 | 27.0 | % | |
| %RETIC | 0.1 | | | | % | |
| RETIC | 9.6 | | 3.0 | 50.0 | K/µL | |
| RETIC-HGB | 17.6 | | 13.2 | 20.8 | pg | |
| **WBC** | **18.84** | H | **2.87** | **17.02** | **K/µL** | |
| %NEU | * 75.6 | | | | % | |
| %LYM | * 19.5 | | | | % | |
| %MONO | * 4.1 | | | | % | |
| %EOS | 0.1 | | | | % | |
| %BASO | 0.7 | | | | % | |
| NEU | * 14.23 | | 2.30 | 10.29 | K/µL | |
| BAND | * Suspected | | | | | |
| LYM | * 3.68 | | 0.92 | 6.88 | K/µL | |
| MONO | * 0.78 | | 0.05 | 0.67 | K/µL | |
| **EOS** | **0.01** | L | **0.17** | **1.57** | **K/µL** | |
| BASO | 0.14 | | 0.01 | 0.26 | K/µL | |
| PLT | 446 | | 151 | 600 | K/µL | |
| MPV | 15.6 | | 11.4 | 21.6 | fL | |
| PCT | 0.70 | | 0.17 | 0.86 | % | |

| Test | Result | Flag | Normal Range Low | High | Measure | |
|---|---|---|---|---|---|---|
| **Catalyst_One 03-18-20 11:46a** | | | | | | |
| GLU | 142 | | 74 | 159 | mg/dL | |
| **CREA** | **0.7** | L | **0.8** | **2.4** | **mg/dL** | |
| BUN | 19 | | 16 | 36 | mg/dL | |
| BUN/CREA | 28 | | | | | |
| **PHOS** | **7.6** | H | **3.1** | **7.5** | **mg/dL** | |
| CA | 10.3 | | 7.8 | 11.3 | mg/dL | |
| TP | 8.2 | | 5.7 | 8.9 | g/dL | |
| ALB | 2.9 | | 2.2 | 4.0 | g/dL | |
| **GLOB** | **5.3** | H | **2.8** | **5.1** | **g/dL** | |
| ALB/GLOB | 0.6 | | | | | |
| ALT | < 10 | | 12 | 130 | U/L | |
| ALKP | 15 | | 14 | 111 | U/L | |
| GGT | 0 | | 0 | 4 | U/L | |
| TBIL | 0.4 | | 0.0 | 0.9 | mg/dL | |
| CHOL | 133 | | 65 | 225 | mg/dL | |
| **AMYL** | **1978** | H | **500** | **1500** | **U/L** | |

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK  73069
405-321-3361

**Patient Chart** for Nala
Date: 09-28-20, Time: 3:28p

| Date | By | Code | Description | | | Qty (Variance) | |
|------|-----|------|-------------|---|---|----------------|---|
| LIPA | 88 | L | 100 | 1400 | U/L | |
| Na | 153 | | 150 | 165 | mmol/L | |
| K | 3.4 | L | 3.5 | 5.8 | mmol/L | |
| Na/K | 45 | | | | | |
| Cl | 114 | | 112 | 129 | mmol/L | |
| Osm Calc | 306 | | | | mmol/kg | |

| Test | Result | Flag | Normal Range | | Measure | |
|------|--------|------|------|------|---------|---|
| | | | **Low** | **High** | | |
| **Catalyst_One 03-18-20 4:22p** | | | | | | |
| Na | 152 | | 150 | 165 | mmol/L | |
| K | 3.7 | | 3.5 | 5.8 | mmol/L | |
| Na/K | 41 | | | | | |
| Cl | 113 | | 112 | 129 | mmol/L | |

| Date | By | Code | Description | Qty (Variance) |
|------|-----|------|-------------|----------------|
| 03-18-20 | JLD | VCCF | Vitamin B Injection Complex Forte ( C1 ) | 3 |
| | | CEFAZ | Cefazolin Inj 1g Bottle ( C1) | |
| | | IVINJ | Injection Fee IV (Doesn't Incl. Drug) | |

DES: 03-18-20 at 3:47p: 7 ml Cefazolin IV

| 03-18-20 | VA | NNOTE | Nursing Notes |
|----------|-----|-------|---------------|

RJ: 03-19-20 at 6:05a: Mentation: sleeping

RJ: 03-19-20 at 4:06a: Mentation: BAR
Tried to get P to get up and go outside but once leash was on she laid flat and refused to walk. I was able to get her to eat the rest of her dinner.
HR: 112
RR:24 Lungs sound clear

RJ: 03-19-20 at 1:55a: Mentation: BAR
Urination:++
Went to clean cage and give new bedding when I noticed a big hole in the blanket.  P had some how gotten her blanket and chewed a hole into it. I did not find any other pieces so I have to assume she ate them. I called JLD and she said that we will have to see if she passes it. I put a note up on her cages saying NO BEDDING!!!

RJ: 03-19-20 at 12:13a: Mentation:QAR
Tried to take out but P just laid there and sulked.

RJ: 03-18-20 at 10:00p: Mentation: QAR
P snapped t-port so JLD said no fluids
Gave water
RJ: 03-18-20 at 9:18p: Monitoring
    Temp     100.2
    CRT:     <2
    MM:     pink
    HR:     104
    RR:     24
    Mentation: Sedate
    Defecation: -
    Urination:  -
    Vomiting:  none

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK  73069
405-321-3361

**Patient Chart** for Nala                                                                                 Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p
Page: 7

| Date | By | Code | Description | Qty (Variance) |
|------|----|----|------------|----------------|

Appetite:    JDS said she ate a/d from hand feeding
Thirst:
Mobility:    drunk walking
Care
  Diet :    JDS gave 1 can A/d and 1 can W/d
  Water refilled:  y
  IVC maint.:    patent
Treatments
  Oral Medications: 2 tab Famotidine, and 1.5 tab SMZ TMP PO
  Injectable Medications: ^
  IV fluids: ^
  TVI (clear pump): ^
Other: ^
Financial:
  Charges updated on chargesheet:  ^
  Update O on bill: ^
JLD: 03-18-20 at 7:08p: administered 2.1 buprenorphine IV

EKS: 03-18-20 at 4:54p: administered 70lbs dose of Meloxidyl 1.5mg/mL PO, pt seems comfortable and only mildly sedate.

EKS: 03-18-20 at 4:01p: administered 7mL Cefazolin IV slowly over 10 minutes.

| Date | By | Code | Description | Qty (Variance) |
|------|----|----|------------|----------------|
| 03-18-20 | JLD | IVC | IV Catheter Placement | |
| | | IVVEN | IV Venoset | |
| | | FTIV | Fluid Therapy IV | |
| | | IVPM | IV Pump Usage | |
| | | CER+ | Preop Cerenia Injection 60-120lbs | |
| | | IA30 | Anesthesia Isoflurane First 30 mins | |
| | | EMDA | Electronic Monitor During Anesthesia | |

JLD: 03-18-20 at 4:46p:
IVC placed
Pre op antiemetic - Cerenia  3.2 ml  IV
Pain control - meloxicam 1.5mg/ml 70lb dose administered post op
Pre op antibiotic - Cefazolin (100 mg/ml)  7  ml  IV
Induction - Ketamine (100 mg/ml)  0.7  ml, then 30-60 sec later Propofol (10 mg/ml)  7  ml IV
Endotracheal tube (size 11 ) placed by  JLD   and inflated with   10-2  cc of air
Maintained on isoflurane
Intra op fluids -  120 ml/hr Normosol R IV          TVI ^
Deflated cuff and removed by  CH  when P regained swallowing reflex
Recovery uneventful

| Date | By | Code | Description | Qty (Variance) |
|------|----|----|------------|----------------|
| | | MORF | Major Operating Room & Supply Fee | |
| 03-18-20 | RR | NTC | Pedicure (Complimentary) | |
| 03-18-20 | JLD | UCSP | Exploratory/Gastrotomy | 25 |

JLD: 03-18-20 at 4:37p:
Stomach packed off from the rest of the abdomen with lap sponges. Incision made longitudinally in the greater curvature of the stomach. Foreign material removed, orange material. Closed stomach wall with 3-0 PDS simple continuous over sewn with cushings inverting pattern. Leak tested. Entire

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala                                      Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                     Page: 8

| Date | By | Code | Description | Qty (Variance) |
|------|----|------|-------------|----------------|

bowel ran no other foreign body found. Abdominal wall closed with 2/0 monocryl and simple continuous pattern. Skin closed with 2/0 monocryl inter dermal pattern. Staples placed in dermal layer.

| Date | By | Code | Description | Qty (Variance) |
|------|----|------|-------------|----------------|
| 03-18-20 | JLD | PORC | Post Op Recovery Care | |
| | | FTEL | Fluid Therapy/Added Liter/Day | 2 |
| | | KCI | Potassium Chloride Fluid Additive ( C1 ) | 10 |

JLD: 03-18-20 at 4:50p: added for post op minor hypokalemia

**ZG5228  Gi Foreign Body**
CER160  Cerenia 160mg 4Pack ( C2 )                                     2
Administer   1/2 tablet by mouth once every 24 hours for 4 days then as needed for nausea or if appetite decreases.

FAM20  Famotidine 20mg                                                 40
Give  2  tablets by mouth twice a day until gone. Antacid

MELOX  Meloxidyl 1.5mg/ml Oral Susp 10ml
Administer  70  lb dose (as labeled on syringe) by mouth once a day for 7 days for pain and inflammation.

SDI  Surgery Discharge Instructions
LYTE4R  Idexx Lyte 4 Recheck <30days
IVLSO  Requisition 76836-4083546

| Test | Result | Flag | Normal Range Low | High | Measure | |
|------|--------|------|-----|------|---------|---|
| **Catalyst_One 03-19-20 12:03p** | | | | | | |
| Na | 151 | | 150 | 165 | mmol/L | + |
| K | 3.7 | | 3.5 | 5.8 | mmol/L | + |
| Na/K | 41 | | | | | |
| Cl | 115 | | 112 | 129 | mmol/L | + |

BUPR  BUPRENORPHINE 0.3mg/ml ( C1 )                 2.10
DRINS  Doctor Instructions
JLD: 03-18-20 at 7:09p:
Patient: Nala Lowe        Date: 03-18-20

Problem: Post OP Exlap

Hospital level: 4
   (Document P based on Hospital level (level 5 - q1h), (4 - q2h), (3 - q6h), (2 - q8h), (1-1X)

Diet:  Will try canned. If does eat Dr. Devine will go pick up raw

Monitoring:
   TPR:  q8hr
       (make sure to check heart rate and pulse rate, if they do not match notify Dr)
       Cats 120-160 bpm, Dog (< 50lb) 80-140, (50-100lb) 80-120, (>100lb) 70-100
   Urination/Defecation: ^
   Other:

Treatments:

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala                                              Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                              Page: 9

| Date | By | Code | Description | Qty (Variance) |
|------|----|------|-------------|----------------|
|      |    |      | Oral medications: | |

1. Cerenia 160mg: 1/2 tab PO SID in AM
2. Meloxicam: 70 pound dose SID in PM
3. Famotidine: 2 tab Po q12hr
4. SMZ TMP 400mg: 1.5 tab PO BID

Injectable medications:

1. Buprenorphine: 2.1 ml IV q12hr
2. Dexmedatomidine: 0.2 ml IV ONLY IF ACTING Aggressive of trying to chew out cath.

IV fluids: Nacl 160 ml/hr

Fluid Additives:  KCL 10 cc, B Complex 3cc

Care:
IVC maintenance: BID Remove vetwrap & check catheter tape for moisture or soiling. Check above & below catheter for swelling, redness, discharge. Flush catheter to make sure patent. If any of the above are seen then tape +/- IVC needs to be replaced.

Diagnostics: Recheck lytes Thursday AM

Special notes:

Update O on invoice:

| Date | By | Code | Description | Qty (Variance) |
|------|----|------|-------------|----------------|
| 03-18-20 | JLD | 5670 | Hill's Rx K9/Fe Can a/d | 2 |
|  |  | SMZ480 | SMZ 400mg TMP 80mg | 30 |

Give 1.5  tablet by mouth twice daily until gone. Give with a meal. Antibiotic.

| Date | By | Code | Description | Qty (Variance) |
|------|----|------|-------------|----------------|
|  |  | RXAAM | Additional Anesthesia Meds Needed |  |
| 03-19-20 | RR | DRINS | Doctor Instructions 3/19 |  |

JLD: 03-18-20 at 7:09p:
Patient: Nala Lowe      Date: 03-19-20

Problem: Post OP Exlap

Hospital level: 4
   (Document P based on Hospital level (level 5 - q1h), (4 - q2h), (3 - q6h), (2 - q8h), (1-1X)

Diet:  Will try canned. If does eat Dr. Devine will go pick up raw. Please notify her by 7am if not eating canned.

Monitoring:
   TPR: q8hr
      (make sure to check heart rate and pulse rate, if they do not match notify Dr)
      Cats 120-160 bpm, Dog (< 50lb) 80-140, (50-100lb) 80-120, (>100lb) 70-100
   Urination/Defecation: ^
   Other:

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala                                                     Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                                                Page: 10

| Date | By | Code | Description | Qty (Variance) |
|------|----|------|-------------|----------------|

Treatments:
  Oral medications:
      1. Cerenia 160mg: 1/2 tab PO SID in AM
      2. Meloxicam: 70 pound dose SID in PM
      3. Famotidine: 2 tab Po q12hr
      4. SMZ TMP 400mg: 1.5 tab PO BID

  Injectable medications:
      1. Buprenorphine: 2.1 ml IV q12hr
      2. Dexmedatomidine: 0.2 ml IV ONLY IF ACTING Aggressive of trying to
chew out cath.


  IV fluids: Nacl 160 ml/hr

  Fluid Additives:  KCL 10 cc, B Complex 3cc

Care:
IVC maintenance: BID Remove vetwrap & check catheter tape for moisture or soiling. Check above
& below catheter for swelling, redness, discharge. Flush catheter to make sure patent. If any of the
above are seen then tape +/- IVC needs to be replaced.

Diagnostics: Recheck lytes Thursday AM

Special notes:

Update O on invoice:

| Date | By | Code | Description | Qty (Variance) |
|------|----|------|-------------|----------------|
| 03-19-20 | JLD | ENFBR | Endoscopic Foreign Body Removal (Major) | 3 |

JLD: 03-19-20 at 12:43p: removed 3 pieces of blue hospital blanket with non invasive endoscopy

| | | Code | Description | Qty |
|---|---|------|-------------|-----|
| | | IA30 | Anesthesia Isoflurane First 30 mins | |
| | | AIA30 | Anesthesia Isoflurane Additional/10 min | 15 |
| | | FTIO | Intraop IVC & Fluid Therapy 1 Liter Only | |
| | | FTEL | Fluid Therapy/Added Liter/Day | |
| | | KCI | Potassium Chloride Fluid Additive ( C1 ) | 10 |
| | | LYTE4R | Idexx Lyte 4 Recheck <30days | |

JLD: 03-19-20 at 12:44p: no hypokalemia post op. did well with KCI spiked fluids during procedure.

| | | Code | Description |
|---|---|------|-------------|
| | | HOSP4 | Hospitalization per day/night Level 4 |
| | | DDPC | In Patient Evaluation By Doctor / Day |

JLD: 03-19-20 at 12:44p: P ate blue hospital blanket at 1am. scoped all pieces out with endoscopy
(no charge to O). Whipworms noted in esophagus and in stool, ample amount. Will deworm.
Keeping P on remainder of KCL spiked fluids and will lightly sedate to remove IV cath. Will
discharge this evening for at home care.

| | | Code | Description |
|---|---|------|-------------|
| | | IVLSO | Requisition 76836-4084518 |
| | | 5010S | SICK IDEXX Intestinal Parasite Test |
| | | **ZAR001** | **Whipworms** |
| | | IDXREQ | IDEXX VetConnect Requisition #132798687 |

Rose Rock Veterinary Hospital & Pet Resort
400 24th Ave. N.W.
Norman, OK  73069
405-321-3361

Patient Chart for Nala                                                                  Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                                                         Page: 11

| Date | By | Code | Description | Qty (Variance) |
|------|-----|------|-------------|----------------|

| Test | Result | Flag | Normal Range Low High | Measure |
|------|--------|------|-----------------------|---------|

**OVA AND PARASITES 3 OR MORE 03-19-20 6:58a**

OVA & PARASITES

No ova or parasites seen.In cases of acute or chronic diarrhea in addition to a fecal flotation and antigen testing for ova and parasites consider testing for viral, bacterial and protozoal infectious agents using RealPCR (canine diarrhea panel: test code 2625; feline diarrhea panel: test code 2627).

| Date | By | Code | Description | Qty |
|------|-----|------|-------------|------|
| 03-19-20 | JLD | MARX | Panacur: Give 16 ml by mouth once daily | |
| 03-19-20 | RR | BREL | Boarding Release | 1.50 |
| 03-21-20 | RR | SCANSR | Scanned Surgery Forms | |
| 04-22-20 | JLD | PSE | Post Surgical Exam | |

**Age:** 8m     **Weight:** 80.00

## SUBJECTIVE SECTION

JLD: 04-22-20 at 8:48a: sedate for staple removal

## OBJECTIVE SECTION

JLD: 04-22-20 at 8:48a:
on PSE it would found that the RF 2nd or 3rd toe nail is ingrown. P claw is retracted and cannot be pressed out. Clipped out the nail with nail trimmers as much as possible. will continue to monitor - if continues to cause issues may need to consider a P1 amputation to prevent discomfort and pain

Body Systems
   Coat-Skin
   removed staples, clipped ingrown toe nail

Normal Systems: General Appear, Eyes, Ears, Mouth-Teeth, Cardiovascular, Respiratory, Gastrointestinal, Musculoskeletal, Lymph Systems, Neurological, Urogenital

## ASSESSMENT SECTION

NOTES

JLD: 04-22-20 at 8:57a:

## PLAN SECTION

NOTES

JLD: 04-22-20 at 8:57a:
will monitor for possible need of removal of P1 to prevent pain. Recheck in 1 to 2 months.
   AINJG     Anesthesia Injectable 75-99#
JLD: 04-22-20 at 8:46a: sedated for staple removal and PSE

   IVLSO     Requisition 76836-4115639

**Patient Chart** for Nala                                                    Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                                        Page: 12

| Date | By | Code | Description | Qty (Variance) |
|------|-----|------|-------------|----------------|
| 04-22-20 | JLD | SR | Staple Removal | |
| | | **ZT8278** | **Toenail, Ingrown - RF 3rd toe** | |
| 04-23-20 | | INST$ | Invoice instructions for Nala | |

Panacur: Give 16 ml by mouth once daily for 6 days.

| 06-16-20 | JLD | FAPE | Feline Annual Preventive Care Exam w/ Vx | |

Doctor's Instructions - It is common for pets to experience some or all of the following mild side effects after receiving a vaccine, usually starting within hours from when the vaccine was administered.
If any of the following side effects last for more than a day or two, or cause Nala significant discomfort, it is important for you to contact us:
    Discomfort and local swelling at the vaccination site
    Fever
    Decreased appetite or activity

More serious, but less common side effects, such as allergic reactions, may occur within minutes to hours after a vaccination.  These can be life threatening and are considered medical emergencies. Please seek veterinary care immediately if any of these signs develop:
    Persistent vomiting or diarrhea
    Itchy skin that may appear bumpy ("hives")
    Swelling of the muzzle and/or around the face, neck, or eyes
    Severe coughing or difficulty breathing

A small, firm swelling under the skin may develop at the vaccination site.  It should disappear within a couple of weeks.  If it persists more than three weeks, or seems to be getting larger, please call us.

Always inform your veterinarian if your pet has had prior reactions to any vaccine or medication. If in doubt, wait for 30-60 minutes following vaccination before taking your pet home.

    **Age:** 10m  **Weight:** 120.00

## SUBJECTIVE SECTION

    JLD: 06-18-20 at 7:17p: transcribed

## OBJECTIVE SECTION

    sedated P with DKT 1ml each

    JLD: 06-18-20 at 7:15p:
Removed ear piece that was torn, so that it was not a tag causing irritation. Trimmed it off with 10 blade. Closed with 0 monocryl in a simple continuous pattern.

    Body Systems
        General Appear
        good body condition

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala                                         Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                        Page: 13

| Date | By | Code | Description | Qty (Variance) |
|------|----|------|-------------|----------------|

Coat-Skin
RF 3rd toe nail ingrown again. staying retracted. need to consider P1 amputation for P comfort

Ears
tips of ear irritated from flies. Tip of right ear was previously torn. trimmed skin away and closed the ear.

Normal Systems: Eyes, Mouth-Teeth, Cardiovascular, Respiratory, Gastrointestinal, Musculoskeletal, Lymph Systems, Neurological, Urogenital

## ASSESSMENT SECTION

NOTES

JLD: 06-18-20 at 7:18p:

## PLAN SECTION

NOTES

JLD: 06-18-20 at 7:18p:
discussed fly repellant. If can apply vectra cat around ears to help repeal. can apply SWAT and wound coat
sutures will dissolve, so will not sedate to remove
recheck as needed

06-16-20      JLD   RAB3   Rabies Vaccine 3 Year
recommended by AZA to do 3 year rabies, will need booster in 1 year.

**ID:**  **Serial: 18457**            **Expires:** 13NOV21  **Type:** KV   **Mfg:** MERIA  **Admin:** SQ
                         FVA    FVRCP Vaccination (Annual)
**ID:**  **Serial: 66274B**           **Expires:** 10JUN21  **Type:** MLV  **Mfg:** MERIA  **Admin:** SQ

06-18-20      JLD   AINJ5    Anesthesia Injectable >100#
                    IVLSO    Requisition 76836-4181792
                    RXAAM    Additional Anesthesia Meds Needed
                    **ZT8278**   **Toenail, Ingrown - RF 3rd toe**
                    SURGMST  Right Ear Repair                        15
JLD: 06-18-20 at 7:15p:
Removed ear piece that was torn, so that it was not a tag causing irritation. Trimmed it off with 10 blade. Closed with 0 monocryl in a simple continuous pattern.

                    ORF      Minor Operating Room & Supply Fee

06-22-20      JLD   DTER     Daytime Emergency Medical Examination

**Age:** 10m  **Weight:** 70.00  **Temp:** 99.90  **Respiration:** 36.00  **Pulse:** 98.00
**CRT:** <2 secs.  **BCS:** 2.00 / 5.00  **Other:** 1 / 4

## SUBJECTIVE SECTION

JLD: 06-22-20 at 2:51p: P has nasal discharge and is severely lethargic per O. Other cubs in enclosure not showing signs.

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala
Date: 09-28-20, Time: 3:28p

Client: Lauren Lowe
Page: 14

| Date | By | Code | Description | Qty (Variance) |
|------|----|------|-------------|----------------|

## OBJECTIVE SECTION

JLD: 06-22-20 at 2:51p:
P presented - IVC was placed and 1.5 L shock dose of fluids administered. P lightly sedated with propofol to collect samples for testing and to perform chest and abdominal rads.

Dexamethasone 2mg/ml 3.5ml administered IM
Pen G 300,000 IU/ml: 3.2 ml administered IM

Idexx test pending:
Covid
Feline PCR
Culture of Resp
Distemper

in house labs:
CBC: HCT 20.7% WBC 17.76
Chem 17: GLU 224, BUN 122, GLOB 5.9, AMYL 2012
UA: RBC and glucose in urine

Chest rads: no lung involvement noted
Abdominal rads: dilated small bowel, bone and small radio opaque objects noted in stomach, stomach is small in size.

FIV/FeLV: negative

Body Systems
General Appear
lethargic

Coat-Skin
severe skin tent/dehydration, underweight by 10 to 15 pounds due to illness and dehydration. Tips of ear are ulcerated due to parasites, Fleas.   RF 3rd toe nail still cannot be pushed out. Will need to eval for removal in future once P is recovered.

Ears
AU: tips of ears are ulcerated due to parasites. inside of ears WNL.

Mouth-Teeth
MM:pale pink

Cardiovascular
no murmur noted. strong synchronous pulses.

Respiratory
no crackles or wheezes noted, raspy noises auscultated over trachea.

Gastrointestinal
non painful on palpation

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala
Date: 09-28-20, Time: 3:28p

Client: Lauren Lowe
Page: 15

| Date | By | Code | Description | Qty (Variance) |
|------|----|----|-------------|----------------|

Musculoskeletal
underweight

Neurological
P is lethargic. Normal PLR and menace

Urogenital
dark urine

Normal Systems: Eyes, Lymph Systems

## ASSESSMENT SECTION

NOTES

JLD: 06-22-20 at 3:06p: URI
submitted testing to see what is causing it.

bone in stomach from previous leg quarter feeding.

## PLAN SECTION

NOTES

JLD: 06-22-20 at 3:06p:
rx: Cerenia - for nausea, Mirataz for appetite stimulant. Zeniquin for URI until culture and testing is
recieved. Prednisone.
Sending 4 L to continue SQ fluids on park. Keep in medical building on opposite side from ANY animal.
Will call with results once recieved

P discharged to zoo for continued care.

| Date | By | Code | Description |
|------|----|----|-------------|
| 06-22-20 | JLD | IPDCAH | In Patient Exam By Dr/Day After Hours |
| | | LYTE4A | Idexx Lyte 4 (add CBC&Chem17) |
| | | CHEM17A | Idexx Chemistry 17 (add CBC&Lyte4/T4) |
| | | PCCBC2 | Idexx ProCyte CBC (add Chem17&Lyte4/T4) |
| | | IVC | IV Catheter Placement |
| | | FTIV | Fluid Therapy IV |
| | | IVVEN | IV Venoset |
| | | IVLSO | Requisition 76836-4185115 |

| Test | Result | Flag | Normal Range Low | High | Measure | |
|------|--------|------|------|------|---------|--|
| **ProCyte_Dx 06-22-20 1:49p** | | | | | | |
| **RBC** | 5.87 | L | 6.54 | 12.20 | M/µL | |
| **HCT** | 20.7 | L | 30.3 | 52.3 | % | |
| **HGB** | 8.8 | L | 9.8 | 16.2 | g/dL | |
| **MCV** | 35.3 | L | 35.9 | 53.1 | fL | |
| MCH | 15.0 | | 11.8 | 17.3 | pg | |
| **MCHC** | 42.5 | H | 28.1 | 35.8 | g/dL | |
| RDW | 24.4 | | 15.0 | 27.0 | % | |
| %RETIC | 0.2 | | | | % | |
| RETIC | 9.4 | | 3.0 | 50.0 | K/µL | |

Rose Rock Veterinary Hospital & Pet Resort
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

Patient Chart for Nala                                                    Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                               Page: 16

| Date | By | Code | Description | | | Qty (Variance) | |
|------|----|----|-----------|---|---|-----------|---|
| | RETIC-HGB | 16.7 | | 13.2 | 20.8 | pg | |
| | **WBC** | **17.76** | H | **2.87** | **17.02** | **K/µL** | |
| | %NEU | * 13.4 | | | | % | |
| | %LYM | * 78.9 | | | | % | |
| | %MONO | * 7.1 | | | | % | |
| | %EOS | 0.1 | | | | % | |
| | %BASO | 0.5 | | | | % | |
| | NEU | * 2.39 | | 2.30 | 10.29 | K/µL | |
| | BAND | * Suspected | | | | | |
| | LYM | * 14.02 | | 0.92 | 6.88 | K/µL | |
| | MONO | * 1.26 | | 0.05 | 0.67 | K/µL | |
| | **EOS** | **0.01** | L | **0.17** | **1.57** | **K/µL** | |
| | BASO | 0.08 | | 0.01 | 0.26 | K/µL | |
| | PLT | 490 | | 151 | 600 | K/µL | |
| | MPV | 17.6 | | 11.4 | 21.6 | fL | |
| | **PCT** | **0.86** | H | **0.17** | **0.86** | **%** | |

| Test | Result | Flag | Normal Range | | Measure |
|------|--------|------|-------------|---|---------|
| | | | Low | High | |

**Catalyst_One 06-22-20 2:21p**

| Test | Result | Flag | Low | High | Measure | |
|------|--------|------|-----|------|---------|---|
| **GLU** | **224** | H | **74** | **159** | **mg/dL** | |
| CREA | 1.2 | | 0.8 | 2.4 | mg/dL | |
| **BUN** | **122** | H | **16** | **36** | **mg/dL** | |
| BUN/CREA | 102 | | | | | |
| PHOS | 5.8 | | 3.1 | 7.5 | mg/dL | |
| CA | 9.4 | | 7.8 | 11.3 | mg/dL | |
| TP | 8.9 | | 5.7 | 8.9 | g/dL | |
| ALB | 3.1 | | 2.2 | 4.0 | g/dL | |
| **GLOB** | **5.9** | H | **2.8** | **5.1** | **g/dL** | |
| ALB/GLOB | 0.5 | | | | | |
| ALT | 16 | | 12 | 130 | U/L | |
| ALKP | < 10 | | 14 | 111 | U/L | |
| **GGT** | **5** | H | **0** | **4** | **U/L** | |
| TBIL | 0.7 | | 0.0 | 0.9 | mg/dL | |
| CHOL | 136 | | 65 | 225 | mg/dL | |
| **AMYL** | **2012** | H | **500** | **1500** | **U/L** | |
| LIPA | 101 | | 100 | 1400 | U/L | |
| **Na** | **122** | L | **150** | **165** | **mmol/L** | |
| **K** | **3.0** | L | **3.5** | **5.8** | **mmol/L** | |
| Na/K | 40 | | | | | |
| **Cl** | **94** | L | **112** | **129** | **mmol/L** | |
| Osm Calc | 288 | | | | mmol/kg | |

| Test | Result | Flag | Normal Range | | Measure |
|------|--------|------|-------------|---|---------|
| | | | Low | High | |

**SNAP 06-22-20 2:32p**

| | | |
|---|---|---|
| FeLV | Negative | |
| FIV | Negative | |
| HW | Negative | |

| Date | By | Code | Description |
|------|----|----|------------|
| 06-22-20 | JLD | 8826 | IDEXX SARS-CoV-2 (COVID-19) RealPCR Test |
| | | IDXREQ | IDEXX VetConnect Requisition #136791843 |

| Test | Result | Flag | Normal Range | | Measure |
|------|--------|------|-------------|---|---------|
| | | | Low | High | |

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

Client: Lauren Lowe

**Patient Chart** for Nala
Date: 09-28-20, Time: 3:28p
Page: 17

| Date | By | Code | Description | Qty (Variance) |
|------|-----|------|-------------|----------------|

SARS-CoV-2 (COVID19) RealPCR 06-22-20 10:21a
SARS-CoV-2 (COVI  NEGATIVE
A negative SARS-CoV-2 PCR result indicates that nucleic acid of SARS-CoV-2, the causative agent of the Coronavirus 2019 (COVID-19) respiratory disease in humans, was not detected in the sample submitted and suggests the absence of infection with SARS-CoV-2. PCR may not detect 100% of the isolates or levels of the organisms may be too low to detect in this sample. If respiratory signs are present, consider evaluating for common respiratory pathogens with a Comprehensive Respiratory Disease RealPCR Panel.

| Test | Result | Flag | Normal Range | | Measure |
|------|--------|------|------|------|---------|
| | | | Low | High | |

NOTE FROM IDEXX 06-22-20 6:45p
NOTE
To ensure timely delivery of your results, be sure to submit SARS-CoV-2 (COVID19) RealPCR samples for testing via FedEx or UPS directly to our IDEXX Sacramento Reference Lab.  For more information, please see www.idexx.com/covid19-pet-test or call Reference Laboratory Customer Support at 1-888-433-9987.

| 06-22-20 | JLD | PROP28 | Propofol 28 10mg/ml ( C1 ) | 20 |
| | | XRAYL | Radiograph 40-100# (Chest) | |
| | | XRAYL | Radiograph 40-100# (Abdomen) | |
| | | 2265 | IDEXX Distemper Virus (CDV) PCR Test | |

JLD: 06-29-20 at 9:45a: negative

IDXREQ    IDEXX VetConnect Requisition #136794636

| Test | Result | Flag | Normal Range | | Measure |
|------|--------|------|------|------|---------|
| | | | Low | High | |

CANINE DISTEMPER VIRUS PCR 06-22-20 10:21a
CANINE DISTEMPE  NEGATIVE
A POSITIVE CANINE DISTEMPER VIRUS (CDV) result indicates that CDV RNA
was present in the sample. In animals with clinical signs this
supports infection. Dogs with a mild form of illness show respiratory
signs that can be indistinguishable from other causes of "kennel
cough." Dogs which become systemically ill can have respiratory,
gastrointestinal and/or neurological signs. Vaccination with a
modified live vaccine may result in positive results for up to a few
weeks post-vaccination.

A NEGATIVE CANINE DISTEMPER VIRUS (CDV) result indicates that CDV RNA
was not detected in the sample and suggests that CDV is most likely
not the cause of clinical signs in this patient. However, negative
results can result from levels of organisms being too low for
detection or 100% of clinically important isolates not being detected.
If respiratory signs are present, consider canine respiratory panel
(test code: 2524).

| | | IFF | Idexx SNAP FeLV / FIV / HW Test | |
| | | SEDUA | Idexx Sedivue Urinalysis w/ Sediment | |
| | | IVLSO | Requisition 76836-4185186 | |

| Test | Result | Flag | Normal Range | | Measure |
|------|--------|------|------|------|---------|
| | | | Low | High | |

UA_Analyzer 06-22-20 2:20p
| Collec | Table top |
| Color | Dark Yellow |
| Clar | Cloudy |
| SG | 1.026 |

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala                                                      Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                                     Page: 18

| Date | By | Code | Description | | Qty (Variance) |
|------|-----|------|-------------|-|----------------|
| | pH | 9.0 | | | |
| | PRO | 0.3 | | | g/L |
| | GLU | 6 | | | mmol/L |
| | KET | neg | | | |
| | UBG | norm | | | |
| | BIL | neg | | | |
| | BLD | 250 | | | Ery/µL |

| Test | Result | Flag | Normal Range Low High | Measure |
|------|--------|------|-----------------------|---------|

**SediVue_Dx 06-22-20 2:24p**

| Test | Result | Flag | Normal Range Low High | Measure |
|------|--------|------|-----------------------|---------|

**UA_Analyzer 06-22-20 2:24p**

| Collec | Table top | | | |
|--------|-----------|-|-|-|
| Color | Dark Yellow | | | |
| Clar | Cloudy | | | |
| SG | 1.026 | | | |
| pH | 9.0 | | | |
| PRO | 0.3 | | | g/L |
| GLU | 6 | | | mmol/L |
| KET | neg | | | |
| UBG | norm | | | |
| BIL | neg | | | |
| BLD | 250 | | | Ery/µL |

| 06-22-20 | JLD | IDXREQ 2512 | IDEXX VetConnect Requisition #136796390 IDEXX Upper Resp. Disease PCR Panel Fe. | |
|----------|-----|-------------|----------------------------------------|-|

JLD: 06-27-20 at 8:29a: All negative

| | | IDXREQ | IDEXX VetConnect Requisition #136796604 | |
|-|-|--------|-----------------------------------------|-|

| Test | Result | Flag | Normal Range Low High | Measure |
|------|--------|------|-----------------------|---------|

**FELINE URD PCR PANEL 06-22-20 10:21a**

| CHLAMYDOPHILA F | NEGATIVE | | | |
|-----------------|----------|-|-|-|
| FELINE CALICIVIRU | NEGATIVE | | | |
| HERPESVIRUS 1 P | NEGATIVE | | | |
| BORDETELLA PCR | NEGATIVE | | | |
| MYCOPLASMA FELI | NEGATIVE | | | |
| H7N2 INFLUENZA P | NEGATIVE | | | |
| INFLUENZA A PCR | NEGATIVE | | | |

A POSITIVE FELINE URD PANEL PCR result indicates the detected
organism(s) is present in the sample. In animals with clinical signs
this supports infection. For FHV-1 infection, the quantitative result
helps to determine clinical significance. Additional causes of
clinical signs should be assessed separately. Vaccination with a
modified live vaccine may result in positive results for up to a few
weeks post-vaccination.

A NEGATIVE FELINE URD PANEL PCR result indicates that the organism was
not detected in this sample and suggests the absence of an infectious
cause, by these organisms, for the clinical signs. However, a negative

**Patient Chart** for Nala                                    Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                   Page: 19

| Date | By | Code | Description | Qty (Variance) |
|------|----|----|-------------|----------------|

PCR result may be caused by the numbers of organisms being below the
limit of detection, decreased numbers of organisms following treatment
or chronic carrier state, or the occurrence of a new strain.

06-22-20          JLD       400       IDEXX Aerobic Culture (ID & Susceptib.)
          JLD: 06-26-20 at 12:56p:
          E.Coli - susceptible to current Marbofloxacin.
          Beta- haemolytic strep - placing P on SMZ

                      IDXREQ    IDEXX VetConnect Requisition #136796686

| Test | Result | Flag | Normal Range Low | High | Measure |
|------|--------|------|------------------|------|---------|

**AEROBIC CULTURE 06-22-20 10:21a**
SOURCE          NASAL
SITE                    .
Aerobic Culture
Status: FINAL


Isolate 1: E. coli - 4+


Isolate 2: Normal flora - 3+



Isolate 3: Beta-haemolytic streptococcus - 4+

Ampicillin/Penicillin, Cephalosporins, Erythromycin (and Azithromycin), and Trimethoprim-Sulfa are
recommended antibiotics. Susceptibility testing is not indicated because of the predictable effectiveness of
these recommended antibiotics.

|                          | Isolate 1 | MIC |
|--------------------------|-----------|-----|
| Amoxicillin              | S         | 4   |
| Amoxicillin-Clavulanic Acid | S      | <=2 |
| Cephalexin               | S         | 8   |
| Cefpodoxime              | S         | <=0.25 |
| Cefovecin                | S         | <=0.5 |
| Ceftazidime              | S         | <=0.12 |
| Ceftiofur                | S         | <=1 |
| Imipenem                 | S         | <=0.25 |
| Amikacin                 | S         | <=2 |
| Gentamicin               | S         | <=1 |
| Ciprofloxacin            | S         | <=0.06 |
| Enrofloxacin             | S         | <=0.12 |
| Marbofloxacin            | S         | <=0.5 |
| Doxycycline              | S         | 1   |
| Chloramphenicol          | S         | 8   |
| Trimethoprim/Sulphate    | S         | <=20 |
| Cefotaxime               | S         |     |

INTERPRETATION KEY for Antibiotic Susceptibility Results (when performed)
S = Sensitive. Organism is inhibited by usual recommended dose.

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala
Date: 09-28-20, Time: 3:28p

Client: Lauren Lowe
Page: 20

| Date | By | Code | Description | Qty (Variance) |
|------|----|----|-------------|----------------|

I = Intermediate. Organism is inhibited only by the maximum recommended dose.
R = Resistant. Organism is resistant to the maximum recommended dose.
These standards have been established by the Clinical and Laboratory Standards Institute (CLSI).
TF = To Follow. Susceptibility testing for this antibiotic is performed by Kirby-Bauer and results will follow shortly.

N/I (not indicated) will be reported and/or MIC data may be left blank and not reported if:
a) the growth requirements of the organism require the sensitivity testing to be performed by another method
b) interpretive criteria are not available from CLSI (in this case,
recommended antibiotics will be reported based on clinical efficacy studies)
c) certain antibiotics are not available due to limitations of our commercial laboratory system; or
d/ the drug is known to be clinically ineffective against the organism regardless of in vitro results
If "N/I" is listed for ALL antibiotics for a specific isolate, susceptibility testing was not performed for that organism. Please refer to the comment associated with the organism for recommendations if applicable.

For more information on Minimum Inhibitory Concentration (MIC) please see
the "Microbiology Guide to Interpreting Minimum Inhibitory Concentration
(MIC)" section of the IDEXX Reference Laboratories Directory of Services
or visit www.idexx.com/MIC.

| Date | By | Code | Description | Qty (Variance) |
|------|----|----|-------------|----------------|
| 06-22-20 | JLD | DEXI | Dexamethasone Inj 2mg/ml ( C1 ) | 3.50 |
| 06-22-20 | RR | SCCR | Scanned Credit Card Receipt | |
| **06-22-20** | **KRM** | **ZU4512** | **Urinary Tract Infection** | |
| | | **ZD2691** | **Dehydration** | |
| | | **ZU1529** | **Upper Respiratory Infection** | |
| 06-22-20 | JLD | AINJG | Anesthesia Injectable 75-99# | |
| | | IVLSO | Requisition 76836-4185237 | |
| | | ZEN100 | Zeniquin 100mg | 10 |

Give  1  tablet by mouth once a day until gone. Antibiotic. Give with a meal.

| | | PRE20 | Prednisone (Prednisolone) 20mg | 20 |
|--|--|-------|--------------------------------|----|

Give 1 tablet by mouth twice daily for 5 days, then 1 tablet once daily for 5 days, then 1 tablet every other day until gone. Can cause increased drinking and urination.

Doctor's Instructions - This medication may cause increased drinking & urination.

| | | CER160 | Cerenia 160mg 4Pack ( C2 ) | 4 |
|--|--|--------|----------------------------|---|

Use as directed.

| | | MTZTO | Mirataz Transdermal, 5oz. ( C2 ) | 2 |
|--|--|-------|----------------------------------|---|

Measure out 1.5 inches (ruler on box) of ointment onto gloved finger and apply to the skin on the inner ear flap once a day for 14 days. Refill if needed

| | | AQUA | Aquacillin ( Pen G ) Injection ( C1 ) | 3.20 |
|--|--|------|---------------------------------------|------|
| 06-24-20 | LA | EMAIL$ | E-mail: Records for Nala Lowe | |

Subject: Records for Nala Lowe
To: debbie.j.cunningham@usda.gov

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala                                                       Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                                      Page: 21

| Date | By | Code | Description | Qty (Variance) |
|------|----|----|-----|-----|

Body:
Hello,

Attached are the records that were requested for Nala Lowe. If you have any questions, please give us a call. I hope you have a nice evening.

Thank you,
Logan
Rose Rock Veterinary Hospital & Pet Resort
405.321.3361
rrvh@roserockvethospital.com
www.roserockvethospital.com
"Loving Care for Your Pet"

| | | | | |
|------|----|----|-----|-----|
| 06-24-20 | LA | EMAIL$ | E-mail: Records for Nala Lowe (with atta | |

Subject: Records for Nala Lowe (with attachment)
To: debbie.j.cunningham@usda.gov
Attachment: \\SERVER\Avimark\My Documents\Treat Plans For Email\Nala Lowe.pdf
Body:
Hello,

I apologize that the first email did not have the attachment for Nala.


Thank you,
Logan
Rose Rock Veterinary Hospital & Pet Resort
405.321.3361
rrvh@roserockvethospital.com
www.roserockvethospital.com
"Loving Care for Your Pet"

| | | | | |
|------|----|----|-----|-----|
| 06-24-20 | JLD | RX | Nebulizer Unit | |

w/ pediatric mask

Use as directed

| | | | | |
|------|----|----|-----|-----|
| | | RX | Nebulizer Saline 0.9% 3ml Ampules | |

SODIUM CHLORIDE 0.9% UNIT DOSE SALINE - 3 ML
Whatever number amount is in 1 box
Need minimum of 30 unit doses.
Refill: 1
JRA: 06-26-20 at 8:38p: faxed to Walmart (Pauls Valley)-405-238-7135

| | | | | |
|------|----|----|-----|-----|
| 06-26-20 | JLD | MARX | SMZ TMP 800mg: 3/4 tab PO BID x10d | |

JRA: 06-26-20 at 8:38p: faxed to Walmart (Pauls Valley)-405-238-7135

**Rose Rock Veterinary Hospital & Pet Resort**
400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

**Patient Chart** for Nala                                                        Client: Lauren Lowe
Date: 09-28-20, Time: 3:28p                                                              Page: 22

| Date | By | Code | Description | Qty (Variance) |
|------|-----|------|-------------|----------------|
| 06-26-20 | JLD | GENTINB | Gentamicin Injection 100mg/ml 100ml Bot | |

1 ml Gentamicin + 1 ml Dexamethasone 2mg/ml  + 3 ml saline. nebulize until all liquid is gone (about 10-15 min) twice daily until directed to stop.

| | | DEXI | Dexamethasone Inj 2mg/ml ( C1 ) | 100 |

1 ml Gentamicin + 1 ml Dexamethasone 2mg/ml  + 3 ml saline. nebulize until all liquid is gone (about 10-15 min) twice daily until directed to stop.

| Date | By | Code | Description | Qty (Variance) |
|------|-----|------|-------------|----------------|
| 06-26-20 | RR | COJRA | Your CCC Today Was Jade | |
| 06-27-20 | RR | SCCR | Scanned Credit Card Receipt | |

JLD: 09-28-20 at 3:27p: texted with Gabe Walters yesterday. informed him that the subpoena submitted was for before the additional services were rendered. requested new subpoena. He messaged back saying that one would come via email, gave him my email, may be from a colleague.
JLD: 09-25-20 at 8:23a: SW Gabe Walters, an attorney with PETA, he asked about lab results for P. TOld him they should have been included with the subpoenaed records. They are not submitted separate, they are intertwined in the record. Asked him to please let me know if they were not recieved and I would get them to him.

JLD: 07-09-20 at 5:34p: Returned call for Dr. Sersan/ Serfan at Idexx Extension #88817. LM to call back tmrw.

**Rose Rock Veterinary Hospital**
Medical History Notes for "Client Communication" on 06-29-20

JLD: 07-09-20 at 2:05p: O texted video of P moving around enclosure, p no longer tolerating enclosure. created a sore on left cheek and right ear. instructed to still keep her separate from litter mates and apply SSD to wounds twice daily until healed.
JLD: 06-29-20 at 5:11p: SWO today. P is growling with nebulization. Ears are healed and no return of nasal discharge. is eating and drinking.
JLD: 06-29-20 at 9:44a: O messaged on Sat/Sunday that P was scared of nebulizer. recommended to keep trying and desensitize her to it.

JLD: 06-27-20 at 8:28a: sent text to both USDA and O the picture of the Resp PCR. It is negative. COVID and distemper still pending

Jeff messaged that they started nebulization therapy this AM. Sent video last night of P up and moving and seeking attention.

JLD: 06-26-20 at 1:02p: O said P ate about 5 lb chicken yesterday. nasal discharge gone away. script for nebulization submitted. they will pick up gent and dex from us. nasal culture only lab back and showed ecoli and strep - adding on SMZ TMP.

JLD: 06-25-20 at 8:04p: informed O will add on nebulization. will send script to pharmacy for nebulizer and saline.
JLD: 06-25-20 at 8:38a: update from O this AM. Nala developed some nasal discharge this morning at 1am. Overall ate a couple pounds and drinking. Notified O that the test results are delayed at the lab but are in progress. Will update him as results are recieved. Will continue on current antibiotic regiment.

JLD: 06-24-20 at 6:54p: SWO today. P is drinking on own and receiving all medications. no nasal discharge at this time. not eating as much. discussed organ meat, red meat, using the appetite stimulant.

| | | |
|---|---|---|
| Total charges, this invoice... | | 2554.66 |
| Your old balance... | | -75.01 |
| Total payment(s) received... | | 2479.65 |
| 06-26-20   Visa payment | 2479.65 | _____ |

Merchant ID: 11618588,  Approval code: 361982,  Transaction ID: 699579714
Ref #: 176856, Act #: ************3123, Exp: XX/XX, Entry: SWIPED, Card: VISA
Your card balance is not available
I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

x _____

Your new balance...                                            0.00

---

| Reminders for: **Nala**  (Weight: 70.0 lbs - 10m) | | Last done |
|---|---|---|
| 06-16-21 | Rabies Vaccine 3 Year | 06-16-20 |
| 06-16-21 | Annual Preventive Care Exam | 06-16-20 |
| 06-16-21 | FVRCP Vaccination | 06-16-20 |
| **09-21-19** | **Intestinal Parasite Test** | |

## *Doctor's Instructions*

**Prednisone (Prednisolone) 20mg**
   This medication may cause increased drinking & urination.

**Annual Preventive Care Exam**
   It is common for pets to experience some or all of the following mild side effects after
   receiving a vaccine, usually starting within hours from when the vaccine was
   administered.
   If any of the following side effects last for more than a day or two, or cause Nala
   significant discomfort, it is important for you to contact us:
      Discomfort and local swelling at the vaccination site
      Fever
      Decreased appetite or activity

   More serious, but less common side effects, such as allergic reactions, may occur within
   minutes to hours after a vaccination.  These can be life threatening and are considered
   medical emergencies.
   Please seek veterinary care immediately if any of these signs develop:
      Persistent vomiting or diarrhea
      Itchy skin that may appear bumpy ("hives")
      Swelling of the muzzle and/or around the face, neck, or eyes
      Severe coughing or difficulty breathing

   A small, firm swelling under the skin may develop at the vaccination site.  It should
   disappear within a couple of weeks.  If it persists more than three weeks, or seems to be
   getting larger, please call us.

   Always inform your veterinarian if your pet has had prior reactions to any vaccine or
   medication. If in doubt, wait for 30-60 minutes following vaccination before taking your pet
   home.

**Nala's weight history (in lbs)**

# *Rose Rock Veterinary Hospital & Pet Resort*

400 24th Ave. N.W.
Norman, OK 73069
405-321-3361

"Loving Care For Your Pet"

**FOR:** Lauren Lowe
25803 NCR 3250
Wynnewood, OK 73098

| | |
|---|---|
| **Printed:** | 06-22-20 at 2:39p |
| **Date:** | 06-22-20 |
| **Account:** | 37229 |
| **Invoice:** | 565269 |

| Date | For | Qty | Description | Price | Discount | Price |
|------|-----|-----|-------------|-------|----------|-------|

| | | |
|---|---|---|
| Total charges, this invoice... | | 0.00 |
| Your old balance... | | 0.00 |
| Total payment(s) received... | | 4000.00 |
| 06-22-20    Visa payment | 4000.00 | |

Merchant ID: 11618588,  Approval code: 516421,  Transaction ID: 663585621
Ref #: 176498, Act #: *************3123, Exp: XX/XX, Entry: SWIPED, Card: VISA
Your card balance is not available
I AGREE TO PAY ABOVE TOTAL AMOUNT ACCORDING TO CARD ISSUER AGREEMENT

x *Lauren Lowe*

Your new balance...                                                -4000.00

Download our mobile app from the App Store or Google Play Store by searching
"RRVH&PR". You can use the app to request appointments, order food/prescriptions,
earn loyalty rewards, and so much more!



**Rose Rock VETERINARY Hospital ❤ Pet Resort**

400 24th Ave NW, Norman, OK 73069
**(405) 321-3361  Fax (405) 321-3364**
**www.roserockvethospital.com**
*"Loving Care for Your Pet"*

## Surgery/Anesthesia Consent and Release

| Date (no appointment) | Last Name Lowe | Pet's Name Nala | For Office Use Only | | | |
|---|---|---|---|---|---|---|
| | | | Client # 37229 | Patient # 76836 | Weight | Age 7M | VA |

| For Office Use Only | Lab Last Done: _____ |
|---|---|

**For Office Use Only**
**Check for baby teeth. Present?  Y  N      Check for hernia. Present?  Y  N**
**Has your pet had any unusual behavior or symptoms in the past month? Y  N**
**If yes, list them here** _____
**Release Time** _____

**Lab Last Done:** _____
**Lab Printed:**    Y    N
**DL Scanned: Y  N    Ann Vx & Tests Current  Y  N**
**Anesth. Time:** _____    **Proc. Time:** _____

As the owner, or owner's agent of the above animal, I hereby give my consent to the staff veterinarians at Rose Rock Veterinary Hospital & Pet Resort to anesthetize and perform the following procedure(s) on my animal:

1. _Ex lap_ 　　　2. _____ 　3. _____

I acknowledge that some risks always exist with anesthesia and surgery, and that I am encouraged to discuss any concerns I have about those risks with my veterinarian. While I expect Rose Rock Veterinary Hospital & Pet Resort to use reasonable care and judgment in performing the procedure(s), I understand that results cannot be guaranteed. I realize that unforeseen events may occur before, during, or after the procedure(s), and should some unexpected life saving emergency care be required, Rose Rock Veterinary Hospital & Pet Resort's staff has my permission to provide necessary treatment.

I agree to pay, in full, for services rendered, including any deemed necessary for medical or surgical complications. Such complications, including death, will not relieve me from any financial obligation regarding my animal. I am encouraged to discuss all fees attendant to the care of my animal before services are rendered, and to request a written estimate of involved fees if one has not been provided to me. Any verbal or written estimate of charges or fees for the above procedures is only a best approximation, and the final charges may be less than or greater than this amount.

I have read and agree to the above statements: Signature _Jeff Lowe_ 　Date _3-18-20_

How would you like for us to notify you when your pet is in recovery? **Text Message / Email / Phone Call**
# To Text/Call _____ **E-mail** _____
**The veterinarian will call you after recovery to go over release instructions.**
Best Phone Number Today 1) _____ or 2) _____

⇒ Your pet will be examined for external parasites upon admission. If fleas or ticks are present, an insecticidal treatment will be done at your expense. **Initial**_____
⇒ Current rabies and distemper combination vaccinations and a heartworm test (K9) are required for all elective surgeries. **Initial**_____

### Pre-Surgical Screening
If your pet is to be anesthetized, rest assured that advances in anesthesia and surgery have made routine procedures relatively safe with a low rate of complications. Nevertheless, occasional problems can arise due to pre-existing conditions not evident during routine pre-anesthetic examinations. To avoid these problems, we require that all anesthetic procedures be screened prior to anesthesia by means of the following laboratory test.
　　　　　　-White Blood Cell Count　　　　-Red Blood Cell Count　　　　-Liver and Kidney Values

**There are always risks when anesthesia is used, but Sevoflurane is available to lower the risk.  Please ask for details.**
⇒ **I ACCEPT**_____ **DECLINE**_____Sevoflurane anesthesia.

**Please answer the following questions:**
Yes  No   Did your pet eat this morning?
Yes  No   Has your pet been given any medications within the last two weeks?
　　　　　If yes, what? _____
Yes  No   Has your pet been checked for internal parasites in the last 6 months?
Yes  No   Has your pet been ill or not feeling well within the last two weeks?
　　　　　If yes, explain. _____
Yes  No   Has your pet ever had a seizure?
Yes  No   Is your pet on anticonvulsant medications?
Yes  No   Is your dog on heartworm preventative?
Yes  No   Is your pet allergic to any medications?
　　　　　If yes, what? _____
Yes  No   Would you like an e-collar for your pet after his/her procedure?
When was your pet last in heat (last day of heat cycle) or pregnant? _____
If antibiotics are needed, do you prefer: liquid / tablets / injection (if avail.)? (Circle one)

Pain medication will be administered prior to your pet's procedure, and we recommend patients continue pain medication after the procedure.
　　Yes  No   Would you like oral pain management for your pet to continue at home?
　　Yes  No   Would you like your pet to receive an antiemetic injection to help with nausea and pain from being under anesthesia?

**Following Are Recommended Procedures:**
**LASER**
Yes  No  Would you like the laser option to decrease pain and swelling post operatively?
**MICROCHIP**
Yes  No  Would you like to have your pet microchipped?
**DENTALS**
Yes  No  Would you like dental radiographs done?
**TUMOR REMOVALS**
Yes  No  Would you like histopathology to diagnose type?



400 24th Ave NW, Norman, OK 73069
(405) 321-3361 Fax (405) 321-3364
www.roserockvethospital.com
"Loving Care for Your Pet"

## Surgery Discharge Instructions for Nala Lowe
### 03-18-20

**Procedure:** Abdominal Exploratory

**Proper Restraint:** Please protect your pet when leaving the hospital by using a leash or carrier. Do not allow your pet to become overly active, as this could lead to injury or getting loose. A staff member will assist you if needed.

**Food and water:** With excitement of returning home after surgery, your pet may be inclined to drink and eat excessively, which may result in vomiting. To avoid this, we recommend restricting access to water for an hour or so until your pet has quieted down. Then, allow only small amounts of food and water for the next 8 hours. Normal feeding may resume the next day unless instructed otherwise. If a special diet has been prescribed, please follow instructions carefully.

- ☐ Feed your pet his/her regular diet
- ☐ Feed multiple smaller meals _____ times per day.
- ☑ Recommended diet: very finely cut meat. NO BONES!!!!

**Eliminations:** Many patients may not have a bowel movement for 24-36 hours after surgery, which is normal. No change is necessary in eliminations unless checked below.

Dogs: ☐ Carry outside ☑ Leash only ☐ Other:
Cats: ☐ Normal litter ☐ Shredded newspaper ☐ Other:

**Exercise and Activity:** Patients recovering from surgery should have limited activity. Avoid access to stairs or situations that may lead to injury. Due to the effects of anesthesia, your pet may be groggy for 12-24 hours.

- ☑ No running, jumping, or climbing stairs
- ☑ Resume normal activity in _7_ days.

**Confinement:** ☑ Indoor only ☑ Small room ☐ Cage only ☐ Supervision while outdoors ☐ Controlled leash walks ONLY
Special Instructions: **It is very important to keep Nala from running and jumping for 7 days.**

**Medications:** If dispensed, it is important to follow directions carefully.

- ☐ None dispensed ☑ Dispensed, directions on bottle ☐ Administer with food
Special Instructions:
**Last dose given:**

**Sutures:** Discourage your pet from excessive licking or chewing at sutures. Please check the incision daily for any swelling, redness, or discharge. If the incision appears irritated or infected, notify us immediately.

- ☐ Not applicable
- ☑ **Wear Elizabethan collar at all times until recheck appointment to prevent licking/chewing of the sutures.**
- ☑ **Suture removal in _10_ days**

**Follow up:** Please make an appointment for the following:

- ☑ **Recheck incision in _10_ days** ☐ Recheck if needed ☐ Other:
Special instructions: **Recheck if Nala does not start to eat in 24 hours.**

**Monitor:** A decrease in activity or appetite for 1-2 days may be observed. However, if you notice any of the following, please notify us immediately.

- Total loss of appetite - Decreased appetite over 2 days - Refusal to drink water over 1 day
- Depression/lethargy - Weakness - Vomiting - Diarrhea

**Special Instructions:** *Put an ice pack on the incision twice a day for 10-15 minutes. Please call with any questions or concerns.*

_Lauren Lowe_     Date: 3|19|2020

Lauren & Jeff Lowe    37229
Veterinarian: Jennifer Devine, DVM    DVM Initials: _____    RVT/Assist. Initials: _____












R







L






R


R






L


L






R




R