# Exhibit 9
# Filed Manually

# Exhibit 10
# Filed Manually

# Exhibit 11
# Filed Manually

# Exhibit 12
# Filed Manually

# Exhibit 13

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL | ) | |
| TREATMENT OF ANIMALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:17-cv-00186-RLY-DML |
| | ) | |
| WILDLIFE IN NEED AND | ) | |
| WILDLIFE IN DEED, INC., | ) | |
| TIMOTHY L. STARK, | ) | |
| MELISA D. STARK, AND JEFF LOWE | ) | |
| | ) | |
| Defendants. | ) | |

## <u>DECLARATION OF DR. JOYCE THOMPSON, DVM</u>

I, Dr. Joyce Thompson, declare that if called as a witness in this action I would

competently testify of my own personal knowledge as follows:

1.      My name is Dr. Joyce Thompson, I am over the age of 18, of sound mind, and

have freely given the testimony set forth in this Declaration.

2.      I am a veterinarian employed by the Wild Animal Sanctuary ("***TWAS***") in

Keenesburg, Colorado. Since the arrival of the lions Nala, Leo, and Amelia at TWAS on

September 21, 2020, I have been among those responsible for their medical evaluation and care.

This has included not only conducting my own evaluations, but also reviewing and evaluating

the results of examinations performed by outside veterinarians affiliated with Colorado State

University.

3.      My initial visual intake evaluation of Nala, Leo, and Amelia on September 22,

2020, revealed they are all undersized and underweight. My visual examination revealed Nala to

have a particularly poor body condition score based on guidelines developed by the Nestlé

Purina Pet Care Center—I believed Nala's score was three out of nine, meaning that she is "too

thin" (a score of five is "ideal").

4.     My visual examinations also revealed Nala to be suffering from severe gait abnormalities. Specifically, she had difficulty standing and then would fall to the right side when trying to walk. Both her hind limbs appeared affected, as well as her right front limb, with weakness, ataxia, and lameness. I also witnessed reduced muscle mass from what would be expected for a lion her age (now approximately 15 months).

5.     Other conditions I noted during my visual examinations were that Nala's coat showed several abrasions and pressure sores and that both of her ear tips were excoriated and ulcerated from fly strike.

6.     One factor that I witnessed contribute to the freshness of Nala's wounds was that one of her littermates, Leo, would compulsively suckle on her ears.

7.     Because of the dire nature of Nala's condition, my colleagues and I decided to transport her to Colorado State University's Veterinary Teaching Hospital Avian Exotic Zoo Medicine Service and Neurology Service for further advanced diagnostics. These diagnostics both support my diagnoses of Vitamin A and thiamine deficiencies and revealed multiple skeletal fractures, compression from above and below the subarachnoid space around Nala's cervical vertebra possibly due to lesions, caudal cerebellar crowding possibly due to occipital bone malformation, and paronychia (infection/inflammation of skin surrounding Nala's claws).

8.     Many of these abnormalities are associated with poor husbandry. Leo's abnormal suckling behavior is commonly associated with being prematurely removed from the dam.

9.     Some of these issues are associated with prior known medical issues, but appear to have gone untreated. For example, examiners discovered that Nala had an infection around a swollen, ingrown claw, requiring antibiotics, and a procedure to release the claw. While I have

seen records indicating that Nala's prior veterinarian was aware of this ingrown claw, I have seen no records indicating that Nala was being treated for this infection in the weeks before she arrived at TWAS.

10.     My evaluations, including of the Colorado State University assessments, lead me to suspect a nutritional cause for Nala's gait abnormalities. This is in part because diagnostic tests showed her Vitamin A and thiamine levels to both be well below normal. Specifically, Nala's Vitamin A level was 0.1mcg/ml, whereas the low normal for a lion is 90mcg/ml. Her thiamine level was 115, whereas the normal range for a lion is 160-350. This level of deficiency can cause additional developmental deficits as well as changes in bone development especially in the skull, neurologic abnormalities, and death.

11.     My conclusions are supported by the fact that I have witnessed Nala exhibit gradual and consistent improvement in movement since nutritional supplementation was initiated.

12.     It is likely that Nala's many skeletal fractures and malformations, compressions, and lesions are causing her severe pain. I have prescribed pain management.

13.     My prognosis for Nala is fair to poor depending on her responses to nutritional changes and fracture healing. Because of the changes in her skull bones, her signs could worsen or improve as her growth and maturation continue until her growth plates close.

14.     It is likely that Leo and Amelia share similar deficiencies. This is not only because Leo and Amelia share genetics and husbandry with Nala, but also because they exhibit similar poor growth. I am aware of studies that have shown that skeletal and neurological consequences of Vitamin A and thiamine deficiencies can manifest before clinical signs are

outwardly apparent. As such, I have started them on Vitamin A and thiamine supplements as well.

I declare under penalty of perjury that the foregoing in true and correct.

Executed this 12th day of October 2020, in Keenesburg, Colorado

Dr. Joyce Thompson, DVM
Dr. Joyce Thompson, DVM

# Exhibit 14
# Filed Manually

# Exhibit 15



# Exhibit 16



# Exhibit 17



# Exhibit 18

**JAMES L. VOSS**
**VETERINARY TEACHING HOSPITAL**
**COLORADO STATE UNIVERSITY**
300 West Drake Road ■ Fort Collins, Colorado 80523
Telephone: (970) 297-5000 ■ Fax: (970) 297-1205
www.csuvth.colostate.edu ■ csu-vth@colostate.edu

| | |
|---|---|
| **Visit Date:** | 9/30/2020 |
| **Patient ID:** | 1018389 |
| **Client Name:** | The Wild Animal Sanctuary, Org |
| **Patient Name:** | Nala |
| **DOB:** | 6/24/2019 |
| **Species** | Mammal |
| **Breed:** | Lion |
| **Sex:** | FI |

## AEZ MEDICAL SUMMARY - MAMMAL

**Dismissal Date:**
**Student:**
**Contact Veterinarian:** Tovar Lopez, Silvia (Gretel)
**Faculty Veterinarian:** Sadar, Miranda

**DIAGNOSIS**
- Hypovitaminosis A
- Thiamine deficiency
- Historic poor husbandry
- Multiple fractures
- Mild dorsal and ventral compression of the subarachnoid space at C1-C2 with possible dorsal atlantoaxial bands/dural bands
- Mild caudal cerebellar crowding possibly due to occipital bone malformation
- Paronychia

**PROGNOSIS*:*
- Fair to poor – pending response to husbandry improvement and healing of fractures

**HISTORY**
Nala, a 13-month-old FI African lioness (*Panthera leo*), was presented to the CSU Avian, Exotic, and Zoological Medicine Service on 9/30/20 for evaluation of neurologic signs.
- *History*:
  - Nala was rescued from a road side zoo in Oklahoma. She came to the Wild Animal Sanctuary for care. At the age of approximately 10 days old, she was removed from the mother and had been on a poor diet since. Caregivers suspect metabolic bone disease and poor nutrition in general. Since arrival, she seemed to have gained some muscling but still seems thin. She is ataxic. Initially it was mostly on right forelimb and both pelvic limbs. The left rear started limping later. Ataxia seemed improved after vitamin A 16000IU q24h which was initiated approximately 5 days ago.
  - She is alert and interactive. Her social cues are normal. She has normal tracking. She is eating well and swallowing well.
  - She is 1 of 4 cubs. One of them had died for unknown reasons. All of the cubs are decreased in size and weight but no neurologic signs are present in the other two cubs.
- *Testing done since arrival to the Wild Animal Sanctuary*
  - Serum vitamin A = 0.1 mcg/ml (normal = 90mcg/ml)
    - Responsive to vit A supplementation
  - Thiamin levels = 115 mmol/L (normal= 160-350 mmol/L)
  - Canine Distemper – Negative

- o FIP – negative
- o Bartonella, Hemoplasma, Ehrlichia/Anaplasma/Neorickettisa/Wolbachia – negative
- o Toxoplasma, Neospora – negative
- o Fecal: negative
- *Other concerns* – Ingrown nail on right 3rd toe of forelimb
- *Previous medical history in Oklahoma*:
  - o Upper respiratory infection; dehydration; urinary tract infection – 6/22/20
    - ▪ Dex (2mg/ml 3.5ml- 70weight; Pen G 300 K/ml, 3.2ml)
    - ▪ COVID, Culture, canine distemper – negative
    - ▪ Stress leukogram
    - ▪ FIV/FeLV, HW - negative
    - ▪ BUN 122, Glob 5.9,
    - ▪ Chlamydophila, F calicivirus, FHV, Bordetella, Mycoplasma, H7N2 influenza, influenza PCR – negative
    - ▪ Nasal Culture: E. coli susceptible to Marboflox; Beta hemolytic strep
      - ▪ SMZ started
      - ▪ Zeniquin 100mg PO q24h
      - ▪ Pred 20mg q24h PO x 5d, then q48h
      - ▪ Cerenia160mg x4
      - ▪ Mirataz 1.5inches of ointment in inner ear q24h, 14d
      - ▪ Pen G injection
    - ▪ 6/26/20: 1 ml gentamicin + 1ml dex (2mg/ml) + 3ml saline = nebulization 10-15min BID
  - o Toenail, Ingrown- RF 3rd toe – 4/22/20
  - o Whipworms 3/19/20 (seen on endoscopy)
  - o Gastric Foreign Body – 3/18/20 Wt: 71.5Kg – Surgery + endoscopy
  - o Hypoglycemia – - 8/20/19 BCS 3/5. Age: 10days old. Wt 3.4 Kg
    - ▪ Started on dog milk.
- *Overall health* – Adequate energy, appetite, drinking, urination, defecation; no coughing, sneezing, vomiting/regurgitation, diarrhea
- *Medications* – Vitamin A 16000 IU/ day; vitamin B1 100mg/day
  - o *She was given gabapentin 10mg/Kg ~2 hours prior to arrival. Fasted since 7pm 9/29/20*
- *Diet* – Mixed meat diet with vitamin and mineral capsule. Planning on changing diet to a more balanced one.
- *Husbandry* – 50 ft x 50 ft enclosure with wooden chips (unclear of type). There is a large water dish (several gallons) with 2 smaller ones. For the food, there is also a dish, but he has been hand fed.
- *Vaccination*: Rabies 3 year – 6/16/20. FVRCP 6/16/20
- *Origin* – Roadside Zoo in Oklahoma

**PHYSICAL EXAM**
**Normal - N, Abnormal - A, Not Examined - NE**

| General Appearance | A | Nervous | A | Reproductive | N |
|---|---|---|---|---|---|
| EENT | N | Urinary | N | Musculoskeletal | A |
| Oral/Dental | N | Gastrointestinal | N | Cardiovascular | N |
| Integumentary | A | Respiratory | N | | |

**Organ System Comments:**
(*** Denotes abnormalities***)
GEN: BAR, weight 56 Kg, HR 72 bpm, RR 18 bpm, CRT <2 sec, BCS 3/9, pink and moist mucous membranes, euhydrated.
***INTEG: Clean full hair coat with no alopecia; no ectoparasites or masses noted. No appreciable pododermatitis.
**Bilateral abrasions on medial canthi. Abrasion on left hind hip. Abrasion lateral canthus OS, focal spot of alopecia on sternum. Scuffing of toe 2 and 3 thoracic right foot. Rubbed hair on right plantar skin of tarsus. Pressure sore on left hip. Circular crusting (1cm diameter) over lumbar spine. Puncture wound laterally to paw pad on left front foot.**

***EENT: EYES clear cornea and anterior chamber OU, lens clear OU, fundic exam WNL, no discharge; EARS mild ceruminous debris AU; NOSE moist with no discharge; ORAL **mild-moderate amount of tartar and calculus on molars and premolars. Gingivitis on mandibular canines, no masses noted.**

***MS:  muscle score 2/3, ambulatory x4. **Lameness 3/5 of right thoracic limb. Spontaneous knuckling of the right thoracic limb. Weakness of the left pelvic limb. Falling after a few steps. Thickness of right thoracic ulnar diaphysis. Palpable healing fracture right humerus. Thickened proximal tibia/fibular area left pelvic limb.**

CV:  regular rhythm. No murmurs auscultated. Pulses strong, symmetric, synchronous.

RESP: eupneic. Lung sounds clear in all fields. No crackles/wheezes/stertor/stridor.

GI: no masses palpated. Limited palpation due to patient's size.

GU: vulva clean with no discharge, rectum clean.

LN: Small and symmetric.

***NEURO: mentation appropriate. Based on videos: **Spontaneous knuckling of the right thoracic limb. Weakness of the left pelvic limb. Falling after a few steps.**  See neurology consultation report.


**TREATMENTS & PROCEDURES**
- PE
- Pre-anesthesia: IM
  - Butorphanol: 0.195 mg/Kg
  - Azaperone: 0.065mg/Kg
  - Medetomidine: 0.08mg/Kg
- Induction:
  - Ketamine 12.6mg/Kg IV
- Anesthesia:
  - Isoflurane to effect
- Maropitant 1mg/Kg SC
- Dopamine 5-7/5 mcg/Kg/min
- Cervical spine radiographs
- MRI of skull and cervical spine
- Whole body CT
- Culture from swollen area of right 3rd toe nail
- Blood collection
  - Serum for vitamin A levels
- Neurologic consultation (see neurologic consultation record)


**PROBLEM LIST and results**
- Physical exam –
  - Bilateral abrasions on medial canthi, abrasion on left hind hip. Abrasion lateral canthus OS, focal spot of alopecia on sternum. Scuffing of toe 2 and 3 thoracic right foot. Rubbed hair on right plantar skin of tarsus. Pressure sore on left hip. Circular crusting (1cm diameter) over lumbar spine. Puncture wound laterally to paw pad on left front foot.
  - Mild-moderate amount of tartar and calculus on molars and premolars. Gingivitis on mandibular canines, no masses noted.
  - Lameness 3/5 of right thoracic limb. Spontaneous knuckling of the right thoracic limb. Weakness of the left pelvic limb. Falling after a few steps.
  - Spontaneous knuckling of the right thoracic limb. Weakness of the left pelvic limb. Falling after a few steps.
- Radiographs – No fractures or luxations are identified radiographically.
- MRI –
  MR CERVICAL SPINE: T1W (sagittal, transverse pre and post contrast), T2W (sagittal, transverse), and STIR (sagittal) sequences are available for review. Additional T2W and STIR sequences are provided following flexion of the head.

MR BRAIN: T1W (transverse) and T2W (sagittal, transverse) images are available for review

COMPARISON: None

CERVICAL SPINE

- There are 7 cervical vertebrae
- There is focal attenuation of the dorsal subarachnoid space at C1-C2 with corresponding T2W and STIR cord hyperintensity that is similar after flexion of the head. There is mild ventral angulation of the arch of C1 and a hypointense linear dorsal band at the atlantoaxial joint at the level of compression
- The dens is normal in shape but causes focal attenuation of the ventral subarachnoid space, potentially due to mild dorsal angulation of the dens
    - o On the transverse T1 images, there is a transversely oriented hypointense band dorsal and lateral to the dens, suspect normal transverse atlantal ligament (series 9, image 67)
    - o On the sagittal images along midline, there is a cranially oriented hypointense band extending from the base of the foramen magnum to the dense, suspect normal apical ligament (series 5, image 11)
- No contrast enhancement is noted within the cervical spine

BRAIN

- The cerebellum extends to but does not protrude through the foramen magnum and there is loss of the T2W hyperintense cerebral spinal fluid between the cerebellum and occipital bone
- The extracranial structures of the head are within normal limits

**Conclusion:**

1. Mild dorsal and ventral compression of the subarachnoid space at C1-C2 with possible dorsal atlantoaxial bands/dural bands, likely causing gliosis of the spinal cord. A dynamic component/component of atlantoaxial instability is possible
2. Mild caudal cerebellar crowding possibly due to occipital bone malformation

- CT (preliminary report)

CT WHOLE BODY: 1mm images in bone and 2mm images in soft tissue algorithm are available for review. The orientation marker labels are incorrect. The left marker refers to the RIGHT side of the patient and the right marker refers to the LEFT side of the patient. The report below will account for the mislabeling; for example, the true right limb of the patient will be referred to as the RIGHT limb.

COMPARISON: None

MUSCULOSKELTEAL STRUCTURES

- RIGHT forelimb
    - o Mild soft tissue swelling with internal punctate gas at the level of the phalanges of the 3rd digit of the RIGHT forepaw
    - o Expansile smooth lucency/lysis of the mid and distal ulnar diaphysis and metaphysis extending to the physis with adjacent medullary patchy sclerosis. There is focal lysis of the caudal cortex within the metaphysis and diaphysis; this is most severe in the distal metaphysis where approximately 40% of the cortex is completely lysed.
    - o Long oblique fracture of the RIGHT humeral diaphysis. The distal fracture fragment is displaced proximally, caudally, and laterally with a wide fracture gap. The medullary cavity is sclerotic. There is marked smooth periosteal reaction and amorphous mineralization within the soft tissues adjacent to the fracture
        - ▪ This is not visualized on the referral thoracic radiographs 6/22/2020
- LEFT forelimb
    - o The ventral aspect of the distal ulnar physis is mildly wide with a focal concave defect within the metaphysis, possible pathology versus normal cutback zone. The caudal margin of the distal ulnar metaphysis is mildly undulating
    - o The proximal humeral metaphysis is sclerotic. There is a small focus of well-circumscribed ovoid lysis with an adjacent rim of sclerosis in the proximal humerus at the area of the metaphyseal/diaphyseal junction. This lysis extends focally through the

caudal cortex. Additionally, the proximal metaphysis is irregular caudally with a lucency that extends through the caudal cortex and the cranial physis is mildly widened compared to the opposite limb.
- o Comminuted, non-displaced fracture of the caudodorsal aspect of the LEFT scapula and an additional potential small fracture line slightly more caudally.
- Mildly comminuted, minimally displaced fracture of the LEFT transverse process of L3
- Mildly comminuted, minimally displaced fracture of the LEFT mid ischium with mild periosteal reaction. There is a second smaller fracture of left ischium more caudoventral in location
- The caudal cortex of the distal RIGHT femoral metaphysis is irregularly marginated and there are small subchondral lucencies with adjacent sclerosis
- The LEFT proximal fibular physis is abnormally wide due to a concave defect within the proximal metaphysis
- The physis between the acetabulum and pubis on the left is wider than the contralateral physis on the right.
- Multiple open physes
- Subjective mild narrowing of the spinal canal at C1-C2. This is better evaluated and described on the MRI report (accession # 532377)

HEAD
- There are multiple unerrupted teeth, likely normal for this patient's age
- Normal mandibular and medial retropharyngeal lymph nodes

THORAX
- The thoracic esophagus is moderately fluid distended, likely associated with general anesthesia
- There is a triangular soft tissue attenuating structure within the cranial mediastinum, likely normal thymus
- Multifocal peripheral unstructured interstitial and alveolar pulmonary pattern, likely due to recumbent atelectasis
- Normal heart, pleural space, mediastinum, intrathoracic lymph nodes

ABDOMEN
- There are multiple mineral fragments within the stomach, likely normal ingesta for this species
- Normal liver, gallbladder, spleen, kidneys, adrenal glands, urinary bladder, uterus and ovaries, pancreas, abdominal lymph nodes

**Conclusion:**
1. Multiple skeletal abnormalities including:
   a. Chronic fracture of the right humerus. Medullary sclerosis and periosteal reaction likely represent attempted healing.
   b. Large area of lucency/lysis in the right ulnar metaphysis and diaphysis may represent altered endochondral ossification secondary to trauma or congenital disease of the metaphysis, or a combination of congenital disease and prior fracture.
   c. Multiple fractures that are likely more acute due to the mild amount of associated callus. These include the transverse process of L3, the left scapula, and left ischium. Underlying disease could be affecting the healing process.
   d. Multiple abnormal physes and metaphyses.

   The multiple skeletal abnormalities may be secondary to metabolic/nutritional bone disease, congenital bone disease, trauma, infection, or a combination of those.
2. Focal soft tissue swelling and internal gas foci affecting the third digit of the RIGHT forepaw may represent pododermatitis
3. Multiple open physes may be normal for this patient's age or represent delayed physeal closure

- *Culture – sensitivity pending*
  - o *Streptococcus species, beta hemolytic* – heavy

- o *Helococcus species* – heavy
- o *Staphylococcus coagulase negative* – moderate
- o *Pasteurella multocida* - Moderate
- *Serum for vitamin A levels – pending*

## ASSESSMENT

*Case commentary*:

- Nala presented for evaluation of stunting, weight loss, and ataxia. She had received 10mg/Kg of gabapentin a few hours prior to presentation, but according to Dr. Clark, did not seem to make a big difference. She was hand injected with BAM (see above ) for pre-anesthetic meds by Becca. A catheter was placed on her left saphenous vein. Ketamine (see anesthesia record) was given for induction as BAM was not enough for intubation. She was intubated and transferred to radiology, MRI, and CT. During anesthesia, she presented an episode of low blood pressure which was controlled with dobutamine. A dose of maropitant was given SC. Recovery: She was extubated in the carrier and recovered without complications. A dose of 0.1mg/Kg of butorphanol was given to Dr. Clark to use if needed for transport.
- Survey radiographs for cervical spine were taken and no AA subluxation was detected.
- An MRI of the spine was performed showing hyperintensity at the level of the dens. The concern was a dynamic compression, which was ruled out with MRI on flexion. The bright signal might indicate gliosis (scar tissue), edema, necrosis, infection or neoplasia. CSF tap would help rule out infection or neoplasia, but the possibility of these differential diagnosis is low. It is possible that the compression of the spine in this area is leading to some of her sings, but neurological exam (based on videos) does not point to neurologic causes and musculoskeletal component needs to be ruled out.
- MRI of the brain showed a deformity of the occipital bone with cerebellar coning, but Nala does not have any cerebellar sings and this might be an incidental finding. It is possible that if diet is corrected, the skull makes enough room for the cerebellum, but if that is not the case, she might develop signs in the future.  Growth plates of the appendicular skeleton close before 66 months in lions.
- As a fracture was noted on the right humerus, a CT was performed. Several bone abnormalities were noted (see above for CT findings). Lameness if the right front is explained by the fracture of her humerus. The gate abnormalities on the left hind can be explained with the fracture of the ischium. It is possible that the gate abnormalities have a neurologic component as well. The cause of multiple fractures is unclear. Possible causes are metabolic bone disease leading to pathologic fractures, congenital bone disease, trauma, infection or a combination of those.
- On physical exam, toe nail of right digit 3 of the forepaw was swollen at the level of P3 and P2, purulent material and foul smell was detected. A full thickness laceration forming a ring of skin was found dorsally of the nail. The nail was initially found stuck to this ring. A swab for culture was collected and submitted. The nail was flushed with saline. The edge of the skin ring was incised with the Ellman. No ungiectomy was performed today due to the infection of tissue. It is advisable to start of a course of antibiotics (clindamycin 12mg/Kg PO q12h) and reassess. CT did not show any bone abnormalities, and it is possible that ungiectomy is not required.
- Blood was collected and submitted for serum levels of vitamin A. Blood was collected for stem cell banking (Dr. Valerie Johnson).
- Based on the multifocal fractures, it is recommended to start on pain medications (gabapentin and tramadol)

*Future Diagnostics*:
- o *Consider CSF tap*
- o *Recheck radiographs for bone fractures*

*Recommendations*:
- o Clindamycin 12mg/Kg PO q12h
- o Consider: gabapentin 5-10mg/Kg PO q12h, and tramadol 1-4mg/Kg PO q12h (start at 2mg/Kg).

- o Continue vitamin A PO 16000 IU/day – increase if needed based on pending results
- o Vitamin B1 PO 100mg/day

*Follow-up:*
- As needed.

*Client Communication:*
All findings reported in this record were reported to Dr. Clark and Becca.

**Personnel involved:**
Technician: Theresa Carlson, CVT
Neurology faculty: Lisa Bartner DVM, MS, DACVIM (Neurology)
AEZM Intern: Zack Dvornicky-Raymond, DVM
AEZM Resident: Gretel Tovar, MVZ
AEZM Faculty: Miranda Sadar, DVM, DACZM

**VETERINARIAN APPROVAL:**
 Silvia Gretel Tovar Lopez

---

**MEDICAL RECORD CODING**

**CODED PROCEDURES:**
- Discharge Status: ☒ Alive
    ☐ Died  ☐ Necropsy  ☐ No Necropsy
    ☐ Euthanized  ☐ Necropsy  ☐ No Necropsy
- Surgical Procedures: NA
- Biopsy Locations: NA
- Endoscopy: NA
- Imaging:
    o CT, MRI, radiographs
- Diagnostic Lab: NA
    o Cultures:  yes
    o Histopathology:
    o Necropsy:
    o Send Out Tests:
    o Other:
- Chemotherapy Drugs Administered: NA
- Clinical Trial?       YES ☐   NO ☒
    o   Name of Trial:
- Radiation Therapy Type: NA

**COMPLICATIONS:**
☒ None
☐ Anesthesia:
☐ Medical:
☐ Surgical:



**JAMES L. VOSS**
**VETERINARY TEACHING HOSPITAL**
**COLORADO STATE UNIVERSITY**

300 West Drake Road ■ Fort Collins, Colorado 80523
Telephone: (970) 297-5000 ■ Fax: (970) 297-1205
www.csuvth.colostate.edu ■ csu-vth@colostate.edu

| | |
|---|---|
| **Visit Date:** | 9/30/2020 |
| **Patient ID:** | 1018389 |
| **Client Name:** | The Wild Animal Sanctuary, Org |
| **Patient Name:** | Nala |
| **DOB:** | 6/24/2019 |
| **Species** | Mammal |
| **Breed:** | Lion |
| **Sex:** | FI |

## NEUROLOGY CONSULT REQUEST

(To be completed by the requesting service)

**Date to Perform Consult:** 9/30/20
**Requested Time to Perform Consult:** 8am
**Requesting Service:** Exotics
**Patient Location:** Nuclear medicine
**Student:** none
**Primary Service Faculty Veterinarian:** Sadar, Miranda
**Primary Service Contact Veterinarian:** Tovar Lopez, Silvia (Gretel)
**Contact Veterinarian Phone Number:** 5092882742

**Is this an emergency?** ☐ **Yes**        ☒ **No**

**PRESENTING COMPLAINT/HISTORY:**
Nala is a 15-month-old FI lion (*Panthera leo*) who was presented to the CSU Avian, Exotic and Zoological Medicine Service on 9/30/20 for evaluation of neurologic signs.
Nala was rescued from a road side zoo in Oklahoma. She came to the Wild Animal Sanctuary for care. Since 10 days old, she was removed from the mother and being on a poor diet since. Caregivers suspect metabolic bone disease and poor nutrition in general. Since arrival, she seemed to have gained some msucleing but still seems thin. She is ataxic. Initially it was mostly on both right front and rear legs. The left rear started limping later. Ataxia seemed improved after vitamin A 16000IU q24h.

**DIFFERENTIALS:**
- Chiari 1- like malformation
- Atlanto-axial subluxation
- Infectious causes had been ruled out.

**CURRENT MEDICATIONS:**
Vitamin A 16000IU/day
Vitamin B1 100mg/day
Multivitamin capsule

## NEUROLOGY CONSULT REPORT

(Completed by Neurology Service)

**Date of Consult:** 9/30/20
**Neurology Faculty Clinician:** Lisa Bartner
**Neurology Contact Clinician:** Lisa Bartner

**NEUROLOGIC EXAM: (Exam limited by the nature and circumstances of the patient, i.e. a lion, and the following assessment is largely based off thorough video recordings and known history since being in the care of the Wild Animal Sanctuary)**

- Onset/Progression: Unclear given uncertainty of previous medical history; but seemingly improved after supplements were initiated
- Mentation: QAR to slightly dull; no history of procencephalon signs (e.g. no circling/staring/pacing/aimless wandering/hemineglect/bumping into objects)
- Gait/Posture: Ambulatory. Gait difficult to characterize. Moderate right thoracic limb lameness vs paresis (root signature/LMN paresis vs musculoskeletal). Spontaneous knuckling of the RTL limb was apparent in an early video, but not in subsequent videos. Questionable paresis & (GP) ataxia in right pelvic limb and to an even lesser degree in the left PL (only seen in earlier videos). In later videos and in person, a subtle PL weakness was appreciated (shuffling PL gait/scuffing footpads on ground) but no ataxia. In general there was low body carriage in all limbs
- Cranial Nerves: Not examined; reportedly normal on prior exams
- Postural Reactions: Not examined
- Reflexes: Not examined
- Pain/Hyperesthesia: Not examined but no apparent limitations on natural cervical range of motion and no kyphosis

**DIAGNOSIS/NEUROANATOMIC LOCALIZATION:**
Difficult to localize.
If the signs are neurologic in origin, a C1-T2 myelopathy is most explanatory (i.e. C1-C5 grey matter lesion vs C6-T2 spinal cord). Peripheral nervous system disease cannot be entirely excluded (for the lameness)
Musculoskeletal disease cannot be excluded nor can concurrent metabolic/systemic disease(s), which may also be contributing.

**DIFFERENTIAL DIAGNOSIS:** Malformation (congenital or acquired), infectious/non-infectious inflammatory, IVDH, trauma (given uncertainty of the patient's natural history), metabolic, neoplasia

On MRI, there is signal hyperintensity on T2W and STIR sequences within the spinal cord grey matter at the level of C1-C2 and overlying the dens of C2 (r/o gliosis, necrosis, edema, neoplasia, and inflammation). No compression was noted on either neutral or flexed positioning, however an apparent stenosis of the vertebral canal in that region was suspectesd based on less volume of the CSF/fat signal in that region (r/o congential). There was also malformation of the occipital bone and subsequent coning of the cerebellum (maybe a component of Chiari-like Malformation). There was no contrast enhancement.

**PROGNOSIS:** Variable depending on diagnosis

**PLAN/RECOMMENDATIONS:**
My clinical impression is that while there are craniocervical malformations evident, the role they have as a cause or contributor to Nala's signs is unclear. Given the finding of a right humerus fracture and other metabolic derragement (e.g. nutritional deficiences), the presence of neurologic deficits is called into question further. There are some mild changes in the spinal cord at C1-C2 vertebrae which likely represents a glial scar and/or necrosis and/or edema. Inflammation (infectious or non-infectious) and neoplasia are considered less likely; CSF analysis would further lower the liklihood of these findings. The occipital bone malformation and crowding of the cerebellum are probably incidental (no signs of cerebellar/brainstem dysfunction).

If neurologic signs do declare themselves after Nala's other co-morbidities are stabilized/resolved, re-evaluation (video or in person) would be warranted.

**VETERINARIAN APPROVAL:** Lisa Bartner DVM, MS, DACVIM (Neurology)



Colorado State University
James L. Voss Veterinary Teaching Hospital
Fort Collins, CO 80523-1620
(970) 297-5000

| | | | |
|---|---|---|---|
| Patient ID: | 1018389 | Exam: | Cervical Spine - Full View (SA) VDI - 9/30/2020 8:54:31 AM |
| Pet Name: | Nala | Acc#: | 532396 |
| Surname: | The Wild Animal Sanctuary | Exam Date: | 9/30/2020 |
| DOB: | 06/24/2019 | Status: | 4. Radiology Final - Lock |
| Species: | Mammal | Clinician: | Miranda Sadar |
| Breed: | Lion | | |
| Gender: | FI | | |

## VETERINARY DIAGNOSTIC IMAGING REPORT

**Report:**

CERVICAL SPINE:
COMPARISON: Referral studies dated 6/22/20 and 3/18/20

- Multiple open physes. A comparison set of images is not available for a normal animal of the same species and age.
- No fractures or luxations are identified radiographically.
- There is mild dorsal-ventral undulation of the course of the cranial thoracic vertebral column. This is similar in appearance to the previous images.
- An endotracheal tube is present within the trachea and terminates at the level of the thoracic inlet.

**Conclusion:**
1. A cause of the patient's clinical signs is not identified.

| | | | |
|---|---|---|---|
| Interpreting Rad: | Dr.Alex Ohlendorf | Interpreting Resident: | Dr. Ariel Brody |
| Finalized Date: | 9/30/2020 | | |
| Patient Name: | Nala | | |
| Client Last Name: | The Wild Animal Sanctuary, Org | | |
| Patient ID | 1018389 | | |



Colorado State University
James L. Voss Veterinary Teaching Hospital
Fort Collins, CO 80523-1620
(970) 297-5000

| | | | |
|---|---|---|---|
| Patient ID: | 1018389 | Exam: | CT Whole Body Trauma Pre-Op (Non Contrast) (SA) VDI - 9/30/2020 8:00:32 AM |
| Pet Name: | Nala | Acc#: | 532383 |
| Surname: | The Wild Animal Sanctuary | Exam Date: | 9/30/2020 |
| DOB: | 06/24/2019 | Status: | 4. Radiology Final - Lock |
| Species: | Mammal | Clinician: | Miranda Sadar |
| Breed: | Lion | | |
| Gender: | FI | | |

## VETERINARY DIAGNOSTIC IMAGING REPORT

**Report:**
CT WHOLE BODY: 1mm images in bone and 2mm images in soft tissue algorithm are available for review. The orientation marker labels are incorrect. The left marker refers to the RIGHT side of the patient and the right marker refers to the LEFT side of the patient. The report below will account for the mislabeling; for example, the true right limb of the patient will be referred to as the RIGHT limb.
COMPARISON: None

MUSCULOSKELTEAL STRUCTURES
- RIGHT forelimb
  - Mild soft tissue swelling with internal punctate gas at the level of the phalanges of the 3rd digit of the RIGHT forepaw
  - Expansile smooth lucency/lysis of the mid and distal ulnar diaphysis and metaphysis extending to the physis with adjacent medullary patchy sclerosis. There is focal lysis of the caudal cortex within the metaphysis and diaphysis; this is most severe in the distal metaphysis where approximately 40% of the cortex is completely lysed.
  - Long oblique fracture of the RIGHT humeral diaphysis. The distal fracture fragment is displaced proximally, caudally, and laterally with a wide fracture gap. The medullary cavity is sclerotic. There is marked smooth periosteal reaction and amorphous mineralization within the soft tissues adjacent to the fracture
    - This is not visualized on the referral thoracic radiographs 6/22/2020
- LEFT forelimb
  - The ventral aspect of the distal ulnar physis is mildly wide with a focal concave defect within the metaphysis, possible pathology versus normal cutback zone. The caudal margin of the distal ulnar metaphysis is mildly undulating
  - The proximal humeral metaphysis is sclerotic. There is a small focus of well-circumscribed ovoid lysis with an adjacent rim of sclerosis in the proximal humerus at the area of the metaphyseal/diaphyseal junction. This lysis extends focally through the caudal cortex. Additionally, the proximal metaphysis is irregular caudally with a lucency that extends through the caudal cortex and the cranial physis is mildly widened


compared to the opposite limb.
  - ○ Comminuted, non-displaced fracture of the caudodorsal aspect of the LEFT scapula and an additional potential small fracture line slightly more caudally.
- Mildly comminuted, minimally displaced fracture of the LEFT transverse process of L3
- Mildly comminuted, minimally displaced fracture of the LEFT mid ischium with mild periosteal reaction. There is a second smaller fracture of left ischium more caudoventral in location
- The caudal cortex of the distal RIGHT femoral metaphysis is irregularly marginated and there are small subchondral lucencies with adjacent sclerosis
- The LEFT proximal fibular physis is abnormally wide due to a concave defect within the proximal metaphysis
- The physis between the acetabulum and pubis on the left is wider than the contralateral physis on the right.
- Multiple open physes
- Subjective mild narrowing of the spinal canal at C1-C2.  This is better evaluated and described on the MRI report (accession # 532377)

HEAD
- There are multiple unerrupted teeth, likely normal for this patient's age
- Normal mandibular and medial retropharyngeal lymph nodes

THORAX
- The thoracic esophagus is moderately fluid distended, likely associated with general anesthesia
- There is a triangular soft tissue attenuating structure within the cranial mediastinum, likely normal thymus
- Multifocal peripheral unstructured interstitial and alveolar pulmonary pattern, likely due to recumbent atelectasis
- Normal heart, pleural space, mediastinum, intrathoracic lymph nodes

ABDOMEN
- There are multiple mineral fragments within the stomach, likely normal ingesta for this species
- Normal liver, gallbladder, spleen, kidneys, adrenal glands, urinary bladder, uterus and ovaries, pancreas, abdominal lymph nodes

**Conclusion:**
1. Multiple skeletal abnormalities including:
   a. Chronic fracture of the right humerus. Medullary sclerosis and periosteal reaction likely represent attempted healing.
   b. Large area of lucency/lysis in the right ulnar metaphysis and diaphysis may represent altered endochondral ossification secondary to trauma or congenital disease of the metaphysis, or a combination of congenital disease and prior fracture
   c. Multiple fractures that are likely more acute due to the mild amount of associated callus. These include the transverse process of L3, the left scapula, and left ischium.  Underlying disease could be affecting the healing process.
   d. Multiple abnormal physes and metaphyses.

| | | | |
|---|---|---|---|
| Interpreting Rad: | Dr. Elissa Randall | Interpreting Resident: | Dr. Victoria Young |
| Finalized Date: | 10/2/2020 | | |
| Patient Name: | Nala | | |
| Client Last Name | The Wild Animal Sanctuary, Org | | |
| Patient ID | 1018389 | | |


The multiple skeletal abnormalities may be secondary to metabolic/nutritional bone disease, congenital bone disease, trauma, infection, or a combination of those.

2. Focal soft tissue swelling and internal gas foci affecting the third digit of the RIGHT forepaw may represent pododermatitis
3. Multiple open physes may be normal for this patient's age or represent delayed physeal closure

Interpreting Rad:      Dr. Elissa Randall          Interpreting Resident: Dr. Victoria Young
Finalized Date:        10/2/2020
Patient Name:          Nala
Client Last Name       The Wild Animal Sanctuary,
                       Org
Patient ID             1018389



| | | | |
|---|---|---|---|
| Patient ID: | 1018389 | Exam: | MR Cervical Spine VDI - 9/30/2020 7:58:48 AM |
| Pet Name: | Nala | Acc#: | 532377 |
| Surname: | The Wild Animal Sanctuary | Exam Date: | 9/30/2020 |
| DOB: | 06/24/2019 | Status: | 4. Radiology Final - Lock |
| Species: | Mammal | Clinician: | Miranda Sadar |
| Breed: | Lion | | |
| Gender: | FI | | |

## VETERINARY DIAGNOSTIC IMAGING REPORT

**Report:**
MR CERVICAL SPINE: T1W (sagittal, transverse pre and post contrast), T2W (sagittal, transverse), and STIR (sagittal) sequences are available for review. Additional T2W and STIR sequences are provided following flexion of the head.

MR BRAIN: T1W (transverse) and T2W (sagittal, transverse) images are available for review

COMPARISON: None

CERVICAL SPINE
- There are 7 cervical vertebrae
- There is focal attenuation of the dorsal subarachnoid space at C1-C2 with corresponding T2W and STIR cord hyperintensity that is similar after flexion of the head. There is mild ventral angulation of the arch of C1 and a hypointense linear dorsal band at the atlantoaxial joint at the level of compression
- The dens is normal in shape but causes focal attenuation of the ventral subarachnoid space, potentially due to mild dorsal angulation of the dens
    - On the transverse T1 images, there is a transversely oriented hypointense band dorsal and lateral to the dens, suspect normal transverse atlantal ligament (series 9, image 67)
    - On the sagittal images along midline, there is a cranially oriented hypointense band extending from the base of the foramen magnum to the dense, suspect normal apical ligament (series 5, image 11)
- No contrast enhancement is noted within the cervical spine

BRAIN
- The cerebellum extends to but does not protrude through the foramen magnum and there is loss of the T2W hyperintense cerebral spinal fluid between the cerebellum and occipital bone
- The extracranial structures of the head are within normal limits

**Conclusion:**
1. Mild dorsal and ventral compression of the subarachnoid space at C1-C2 with possible dorsal

| | |
|---|---|
| Interpreting Rad: | Dr. Elissa Randall |
| Finalized Date: | 10/2/2020 |
| Patient Name: | Nala |
| Client Last Name | The Wild Animal Sanctuary, Org |
| Patient ID | 1018389 |

Interpreting Resident: Dr. Victoria Young



atlantoaxial bands/dural bands, likely causing gliosis of the spinal cord. A dynamic component/component of atlantoaxial instability is possible

2. Mild cerebellar crowding of the caudal fossa possibly due to occipital bone malformation

Interpreting Rad:        Dr. Elissa Randall                    Interpreting Resident: Dr. Victoria Young
Finalized Date:          10/2/2020
Patient Name:            Nala
Client Last Name         The Wild Animal Sanctuary,
                         Org

Patient ID               1018389



# Colorado State University

James L. Voss Veterinary Teaching Hospital

Fort Collins, CO 80523-1620

(970) 297-5000

| Client: | The Wild Animal Sanctuary, Org |
|---|---|
| Veterinarian: | Sadar, Miranda |
| Patient ID: | 1018389 |
| Visit ID: | 43526 |

| Patient: | Nala |
|---|---|
| Species: | Mammal |
| Breed: | Lion |
| Sex: | FI |
| Age: | 1.28 Years Old |

## Lab Results Report

| Blood Gas Full Panel | 9/30/2020 1:35:25 PM | Accession ID: 88564 | |
|---|---|---|---|
| Test | Results | Reference Range | Units |
| Blood Gas Results Status | FINAL | 0 - 0 | |
| Blood Gas Tech. | | 0 - 0 | |
| KRA | | | |

Question marks exist on cHb, ABE, sO2, pO2(T) due to oximetry measuring error/spectrum mismatch.

| KRA | | | |
|---|---|---|---|

Question marks exist on cHb, ABE, sO2, pO2(T) due to oximetry measuring error/spectrum mismatch.

| Barometric pressure | 642 | 0 - 0 | mmHG |
|---|---|---|---|
| Sample Type | Venous | 0 - 0 | |
| Temp | 98.6 | 0 - 0 | Deg F |
| FIO2 | 100 | 0 - 0 | % |
| ctHb | ?12.4 | 0 - 0 | g/dL |
| pH | 7.285 | 0 - 0 | |
| pH Temp corr. | 7.285 | 0 - 0 | |
| pCO2 | 48.6 | 0 - 0 | mmHG |
| pCO2(T)c | 48.6 | 0 - 0 | mmHG |
| cHCO3 | 22.4 | 0 - 0 | mEQ/L |
| ABEc | ?-3.9 | 0 - 0 | mmol/L |
| pO2 | 79.8 | 0 - 0 | mmHG |
| pO2(T)c | ?79.8 | 0 - 0 | mmHG |
| sO2 | ?91.1 | 0 - 0 | % |
| calc tO2 | ?14.5 | 0 - 0 | Vol% |
| Na | 145 | 0 - 0 | mEQ/L |
| K+ | 3.9 | 0 - 0 | mEQ/L |
| Cl | 105 | 0 - 0 | mEQ/L |
| Anion Gap | 21.2 | 0 - 0 | mEQ/L |
| Ionized Calcium | 1.37 | 0 - 0 | mmol/L |
| cCa++(7.4)c | 1.29 | 0 - 0 | mmol/L |
| Glucose | 130 | 0 - 0 | mg/dL |


stringsoft

Printed Monday, October 05, 2020

| Lactate | 1.5 | 0 - 0 | mmol/L |
| Creatinine | 1.1 | 0 - 0 | mg/dL |





Colorado State University
dlab@colostate.edu
Fort Collins CO
Phone: (970) 297-1281 Fax: (970) 297-0320

| Final Report |
|---|

**Case Coordinator:** Josh Daniels, DVM, PhD, DACVM

| | | |
|---|---|---|
| **Accession No:** | F20-0084671 | |
| Date Received: | 9/30/2020 | |
| Collection Date: | 9/30/2020 | |
| **VTH Case # :** | 1018389 | |
| Owner/Producer: | Wild Animal Sanctuary | |
| StringSoft Order #: | 88598 | |

CSU VETERINARY TEACHING HOSPITAL
1620 CAMPUS DELIVERY
FORT COLLINS CO 80523

Phone: (970) 297-4477
Email: cvmbs-vth_med_recs@mail.colostate.edu

### Associated Parties

| Veterinarian Submitter | CSU Veterinary Teaching Hospital Dr. Miranda Sadar | |
|---|---|---|
| Clinic Submitter | CSU Veterinary Teaching Hospital | Internal Account number: 1420080 |

### Animal Information

| Name | Taxonomy | Sex |
|---|---|---|
| Nala | Feline - Lion | Female |

### Lab Findings

**Bacteriology**

**VTH - Aerobic culture - 10/5/2020 11:12 AM**

| Specimen | Aerobic growth | Aerobic growth amount |
|---|---|---|
| Nala - Female | | |
| Swab - 1 | *Streptococcus species, beta hemolytic* | Heavy |
| | *Helcococcus species* | Heavy |
| | *Staphylococcus coagulase negative* | Moderate |
| | *Pasteurella multocida* | Moderate |
| | *Helcococcus* species - This isolate could not be cultivated in antimicrobial susceptibility testing media. No susceptibility will be provided on this isolate. | |

## Antimicrobial susceptibility - 10/5/2020 11:02 AM

| Specimen | Antimicrobial | Interpretation | MIC |
|---|---|---|---|
| Nala - Female | | | |
| Streptococcus species, beta hemolytic - 1 | Amikacin | Resistant | 32 |
| | Amoxicillin/Clavulanic Acid | Susceptible | <=0.25 |
| | Ampicillin | Susceptible | <=0.25 |
| | Cefazolin | Susceptible | <=2.0 |
| | Cefovecin | Susceptible | <=0.06 |
| | Cefpodoxime | Susceptible | <=2.0 |
| | Cephalothin | Susceptible | <=2.0 |
| | Clindamycin | Susceptible | <=0.50 |
| | Doxycycline | Susceptible | 0.25 |
| | Enrofloxacin | Intermediate | 1.0 |
| | Erythromycin | Susceptible | <=0.25 |
| | Gentamicin | Intermediate | 8.0 |
| | Marbofloxacin | Intermediate | 2.0 |
| | Penicillin | Susceptible | <=0.06 |
| | Pradofloxacin | Susceptible | <=0.25 |
| | Rifampin | Susceptible | <=1.0 |

## Antimicrobial susceptibility - 10/3/2020 12:06 PM

| Specimen | Antimicrobial | Interpretation | MIC |
|---|---|---|---|
| Nala - Female | | | |
| Staphylococcus coagulase negative - 2 | Amikacin | Susceptible | <=2 |
| | Amoxicillin/Clavulanic Acid | Susceptible | <=2 |
| | Cefovecin | Susceptible | 1 |
| | Chloramphenicol | Susceptible | <=4 |
| | Clindamycin | Susceptible | <=0.12 |
| | Doxycycline | Susceptible | <=0.5 |
| | Enrofloxacin | Susceptible | <=0.5 |
| | Erythromycin | Susceptible | <=0.25 |
| | Florfenicol | Susceptible | <=4 |
| | Gentamicin | Susceptible | <=0.5 |
| | Marbofloxacin | Susceptible | <=0.5 |
| | Minocycline | Susceptible | <=0.5 |
| | Oxacillin | Susceptible | <=0.25 |
| | Penicillin | Susceptible | <=0.03 |
| | Pradofloxacin | Susceptible | <=0.12 |
| | Trimethoprim/Sulfamethoxazole | Susceptible | <=10 |
| Pasteurella multocida - 3 | Amoxicillin/Clavulanic Acid | Susceptible | <=2 |
| | Ampicillin | Susceptible | <=2 |
| | Cefpodoxime | Susceptible | <=0.25 |
| | Cephalexin | Susceptible | <=4 |
| | Chloramphenicol | Susceptible | 4 |
| | Doxycycline | Susceptible | <=0.5 |
| | Enrofloxacin | Susceptible | <=0.12 |
| | Gentamicin | Susceptible | <=1 |
| | Imipenem | Susceptible | <=0.25 |
| | Marbofloxacin | Susceptible | <=0.5 |
| | Trimethoprim/Sulfamethoxazole | Susceptible | <=20 |

## Client Report History

| Report Type | Delivery Method | Sent To | Date Sent |
|---|---|---|---|
| Preliminary | Web Only | | 10/1/2020 12:14 PM |
| Interim | Web Only | | 10/3/2020 12:12 PM |
| Final | Web Only | | 10/5/2020 2:13 PM |

## Bulletin(s)

*Thank you for choosing CSU for your diagnostic services. If you have any questions about test interpretation, we are happy to provide assistance. Please consult a licensed veterinarian regarding treatment options and management decisions.*



Colorado State University
dlab@colostate.edu
Fort Collins CO
Phone: (970) 297-1281 Fax: (970) 297-0320

## Final Report

**Case Coordinator:** Dwayne Hamar, PhD

| | |
|---|---|
| **Accession No:** | F20-0084689 |
| **Date Received:** | 9/30/2020 |
| **Collection Date:** | 9/30/2020 |
| **VTH Case # :** | 1018389 |
| **Owner/Producer:** | The Wild Animal Sanctuary |
| **StringSoft Order #:** | 88602 |

CSU VETERINARY TEACHING HOSPITAL
1620 CAMPUS DELIVERY
FORT COLLINS CO 80523

Phone: (970) 297-4477
Email: cvmbs-vth_med_recs@mail.colostate.edu

### Associated Parties

| Veterinarian Submitter | CSU Veterinary Teaching Hospital Dr. Miranda Sadar | |
|---|---|---|
| Clinic Submitter | CSU Veterinary Teaching Hospital | Internal Account number: 1420080 |

### Animal Information

| Taxonomy | Sex | Count |
|---|---|---|
| Lion - African Lion | Female | 1 |

### Lab Findings

**Chemistry Toxicology**

**Vitamin A HPLC - 10/8/2020 1:59 PM**

| Specimen | Vitamin A |
|---|---|
| Nala - Female | |
| Serum - 1 | 0.15 µg/mL |

### General Results

Please note that there is no published normal **SERUM - VITAMIN A** concentration range available for **LION**, therefore the diagnostic information for **FELINE** has been provided for comparison.

<u>VITAMIN A</u> Diagnostic level
Feline: Serum
**Normal** 0.57-2.2 µg/mL

### Client Report History

| Report Type | Delivery Method | Sent To | Date Sent |
|---|---|---|---|
| Final | Web Only | | 10/8/2020 2:00 PM |

### Bulletin(s)

*Thank you for choosing CSU for your diagnostic services. If you have any questions about test interpretation, we are happy to provide assistance. Please consult a licensed veterinarian regarding treatment options and management decisions.*



**JAMES L. VOSS**
**VETERINARY TEACHING HOSPITAL**
**COLORADO STATE UNIVERSITY**

300 West Drake Road ■ Fort Collins, Colorado 80523
Telephone: (970) 297-5000 ■ Fax: (970) 297-1205
www.csuvth.colostate.edu ■ csu-vth@colostate.edu

**Visit Date:** 9/30/2020
**Patient ID:** 1018389
**Client Name:** The Wild Animal Sanctuary, Org
**Patient Name:** Nala
**DOB:** 6/24/2019
**Species:** Mammal
**Breed:** Lion
**Sex:** FI

## NEUROLOGY CONSULT REQUEST
(To be completed by the requesting service)

**Date to Perform Consult:** 9/30/20
**Requested Time to Perform Consult:** 8am
**Requesting Service:** Exotics
**Patient Location:** Nuclear medicine
**Student:** none
**Primary Service Faculty Veterinarian:** Sadar, Miranda
**Primary Service Contact Veterinarian:** Tovar Lopez, Silvia (Gretel)
**Contact Veterinarian Phone Number:** 5092882742
**Is this an emergency?** ☐ **Yes**        ☒ **No**

**PRESENTING COMPLAINT/HISTORY:**

Nala is a 15-month-old FI lion (*Panthera leo*) who was presented to the CSU Avian, Exotic and Zoological Medicine Service on 9/30/20 for evaluation of neurologic signs.
Nala was rescued from a road side zoo in Oklahoma. She came to the Wild Animal Sanctuary for care. Since 10 days old, she was removed from the mother and being on a poor diet since. Caregivers suspect metabolic bone disease and poor nutrition in general. Since arrival, she seemed to have gained some msucleing but still seems thin. She is ataxic. Initially it was mostly on both right front and rear legs. The left rear started limping later. Ataxia seemed improved after vitamin A 16000IU q24h.

**DIFFERENTIALS:**
- Chiari 1- like malformation
- Atlanto-axial subluxation
- Infectious causes had been ruled out.

**CURRENT MEDICATIONS:**
Vitamin A 16000IU/day
Vitamin B1 100mg/day
Multivitamin capsule

## NEUROLOGY CONSULT REPORT
(Completed by Neurology Service)

**Date of Consult**: 9/30/20
**Neurology Faculty Clinician:** Lisa Bartner
**Neurology Contact Clinician:** Lisa Bartner

**NEUROLOGIC EXAM: (Exam limited by the nature and circumstances of the patient, i.e. a lion, and the following assessment is largely based off thorough video recordings and known history since being in the care of the Wild Animal Sanctuary)**

- Onset/Progression: Unclear given uncertainty of previous medical history; but seemingly improved after supplements were initiated
- Mentation: QAR to slightly dull; no history of procencephalon signs (e.g. no circling/staring/pacing/aimless wandering/hemineglect/bumping into objects)
- Gait/Posture: Ambulatory. Gait difficult to characterize. Moderate right thoracic limb lameness vs paresis (root signature/LMN paresis vs musculoskeletal). Spontaneous knuckling of the RTL limb was apparent in an early video, but not in subsequent videos. Questionable paresis & (GP) ataxia in right pelvic limb and to an even lesser degree in the left PL (only seen in earlier videos). In later videos and in person, a subtle PL weakness was appreciated (shuffling PL gait/scuffing footpads on ground) but no ataxia. In general there was low body carriage in all limbs
- Cranial Nerves: Not examined; reportedly normal on prior exams
- Postural Reactions: Not examined
- Reflexes: Not examined
- Pain/Hyperesthesia: Not examined but no apparent limitations on natural cervical range of motion and no kyphosis

**DIAGNOSIS/NEUROANATOMIC LOCALIZATION:**
Difficult to localize.
If the signs are neurologic in origin, a C1-T2 myelopathy is most explanatory (i.e. C1-C5 grey matter lesion vs C6-T2 spinal cord). Peripheral nervous system disease cannot be entirely excluded (for the lameness)
Musculoskeletal disease cannot be excluded nor can concurrent metabolic/systemic disease(s), which may also be contributing.

**DIFFERENTIAL DIAGNOSIS:** Malformation (congenital or acquired), infectious/non-infectious inflammatory, IVDH, trauma (given uncertainty of the patient's natural history), metabolic, neoplasia

On MRI, there is signal hyperintensity on T2W and STIR sequences within the spinal cord grey matter at the level of C1-C2 and overlying the dens of C2 (r/o gliosis, necrosis, edema, neoplasia, and inflammation). No compression was noted on either neutral or flexed positioning, however an apparent stenosis of the vertebral canal in that region was suspectesd based on less volume of the CSF/fat signal in that region (r/o congential). There was also malformation of the occipital bone and subsequent coning of the cerebellum (maybe a component of Chiari-like Malformation). There was no contrast enhancement.

**PROGNOSIS:** Variable depending on diagnosis

**PLAN/RECOMMENDATIONS:**
My clinical impression is that while there are craniocervical malformations evident, the role they have as a cause or contributor to Nala's signs is unclear. Given the finding of a right humerus fracture and other metabolic derragement (e.g. nutritional deficiences), the presence of neurologic deficits is called into question further. There are some mild changes in the spinal cord at C1-C2 vertebrae which likely represents a glial scar and/or necrosis and/or edema. Inflammation (infectious or non-infectious) and neoplasia are considered less likely; CSF analysis would further lower the liklihood of these findings. The occipital bone malformation and crowding of the cerebellum are probably incidental (no signs of cerebellar/brainstem dysfunction).

If neurologic signs do declare themselves after Nala's other co-morbidities are stabilized/resolved, re-evaluation (video or in person) would be warranted.

**VETERINARIAN APPROVAL:** Lisa Bartner DVM, MS, DACVIM (Neurology)