# Exhibit 19



# Exhibit 20



# Exhibit 21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:17-cv-00186-RLY-DML ) |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, AND JEFF LOWE | ) ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF BRITTANY PEET

I, Brittany Peet, declare as follows:

1. I am Deputy General Counsel for Captive Animal Law Enforcement at the PETA Foundation. I was among PETA's representatives at the rescue of three lions—Nala, Amelia, and Leo—from Wynnewood, Oklahoma the morning of September 21, 2020 and at The Wild Animal Sanctuary ("TWAS") in Keenseburg, Colorado during their arrival the evening of September 21, 2020.

2. I took the photographs and videos labelled IMG_6539.MOV, IMG_6540.MOV, IMG_6551.MOV, IMG_6552.JPG, IMG_6553.JPG, and IMG_6554.JPG during the evening of September 21, 2020.

3. I have reviewed the copies of these photographs and videos that are attached to PETA's Motion for Leave to File Supplemental Evidence Regarding Kahari's Death and Surviving Lions' Medical Histories in Conjunction With Summary Judgment. These are all true and accurate copies of the photographs and videos I took the evening of September 21, 2020.

4. The conditions shown in these photographs and videos—including Nala's gait

abnormalities—are consistent with conditions I witnessed when first seeing these lions in Wynnewood, Oklahoma the morning of September 21, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Ithaca, Michigan, on this 13th day of October, 2020.

Brittany Peet

Digitally signed by Brittany Peet
DN: cn=Brittany Peet, o=FSAP, ou=Captive Animal Law Enforcement
email=brittanyp@petaf.org, c=US
Date: 2020.10.13 13:20:57 -04'00'

_____
Brittany Peet

# Exhibit 22

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:17-cv-00186-RLY-DML |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, AND JEFF LOWE | ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF THOMAS MENTEL

I, Thomas Mentel, declare as follows:

1. I am an AV Editor and Videographer at the PETA Foundation. I was among PETA's representatives at the rescue of three lions—Nala, Amelia, and Leo—from Wynnewood, Oklahoma the morning of September 21, 2020.

2. I recorded the video labelled Video from Sept. 21, 2020 Lion Rescue on the morning of September 21, 2020.

3. I have reviewed the copy of this video that is attached to PETA's Motion for Leave to File Supplemental Evidence Regarding Kahari's Death and Surviving Lions' Medical Histories in Conjunction With Summary Judgment. This is a true and accurate copy of my original video.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Studio City, California on this 13th day of October, 2020.



Thomas Mentel

# Exhibit 23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:17-cv-00186-RLY-DML |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, AND MELISA D. STARK, AND JEFF LOWE | ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF ETHAN ELIAM

I, Ethan Eliam, declare as follows:

1. I am Senior Director of Audio/Visual at the PETA Foundation. I was among PETA's representatives at The Wild Animal Sanctuary ("*TWAS*") in Keenseburg, Colorado on September 22, 2020.

2. I recorded the video labelled Nala_amelia_leo_at_the_wild_animal_sanctuary.mp4 on the morning of September 22, 2020. It shows three lions who TWAS informed PETA's representatives were named Leo, Amelia, and Nala, and who were rescued the previous day from Wynnewood, Oklahoma.

3. I took the photograph labelled WIN_Nala_ear1.JPG. It shows a wound on the ear of a female lion. TWAS informed PETA's representatives that this lion was named Nala.

4. I also took the photograph labelled WIN_Nala_ear2.JPG. It also shows a wound on the ear of the same female lion.

5. I have reviewed the copy of this video and the copies of these photographs that are attached to PETA's Motion for Leave to File Supplemental Evidence Regarding Kahari's Death

and Surviving Lions' Medical Histories in Conjunction With Summary Judgment. These are all true and accurate copies my original video and photographs.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Florissant, Colorado, on this 13th day of October, 2020.

*Ethan Eliam*  10/13/2020
Ethan Eliam