UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 4:17-cv-00186-RLY-DML |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, MELISA D. STARK, and JEFFREY L. LOWE, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**PARTIAL FINAL JUDGMENT**

For reasons explained in the court's entry issued today and summary judgment entry issued on August 3, 2020, the court now enters partial final judgment in favor of People for the Ethical Treatment of Animals, Inc. and against Wildlife in Need and Wildlife in Deed, Inc., Timothy Stark, and Melisa Stark.

**SO ORDERED** this 26th day of April 2021.

Roger A.G. Sharpe, Clerk

BY: _Dina M. Doyle_
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

1

Mail to:

**WILDLIFE IN NEED AND WILDLIFE IN DEED, INC.**
3320 Jack Teeple Road
Charlestown, IN 47111
PRO SE

**TIMOTHY L. STARK**
3320 Jack Teeple Road
Charlestown, IN 47111
PRO SE

**MELISA D. STARK**
1927 Harmony Circle
Charlestown, IN 47111
PRO SE