UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 4:17-cv-00186-RLY-DML ) |
| WILDLIFE IN NEED AND WILDLIFE IN DEED, INC., TIMOTHY L. STARK, MELISA D. STARK, JEFFREY L. LOWE, | ) ) ) ) ) ) |
| Defendants. | ) |

**CLERK'S ENTRY**
for May 11, 2022

Pursuant to Southern District of Indiana Local Rule 79-1, counsel are advised that exhibits received in the above cause are now released and available for removal in the U.S. District Court Clerk's Office, 101 Northwest MLK Jr. BLVD, Room 304, Evansville, IN 47708, during normal business hours, Monday – Friday, 8:30 a.m. to 4:30 p.m.

If unclaimed, exhibits will be disposed of on 5/25/2022.

Roger A. G. Sharpe,
Clerk of Court

By Jonathan Blankenberger
Deputy Clerk

Distribution:

WILDLIFE IN NEED AND WILDLIFE IN DEED, INC.
3320 Jack Teeple Road
Charlestown, IN 47111

TIMOTHY L. STARK
3320 Jack Teeple Road
Charlestown, IN 47111

MELISA D. STARK
1927 Harmony Circle
Charlestown, IN 47111

TIMOTHY L. STARK
3320 Jack Teeple Road
Charlestown, IN 47111

Daniel J. Card
DANIEL CARD LAW, LLC
dan@cardlawok.com

Yeny C. Ciborowski
BARNES & THORNBURG, LLP (Chicago)
yeny.ciborowski@btlaw.com

J. Clayton Culotta
CULOTTA & CULOTTA LLP
clay@culottalaw.com

Jennifer H. Culotta
CULOTTA & CULOTTA LLP
jennifer@culottalaw.com

Caitlin Hawks
PETA FOUNDATION
caitlinh@petaf.org

Brian W. Lewis
BARNES & THORNBURG, LLP (Chicago)
brian.lewis@btlaw.com

Paul T. Olszowka
BARNES & THORNBURG, LLP (Chicago)
paul.olszowka@btlaw.com

Charles Richard Rush
RUSH LAW OFFICE
c.richardrush@gmail.com

John Seber
PETA FOUNDATION
johns@petaf.org

Asher Smith
PETA FOUNDATION

ashers@petaf.org

Gabriel Zane Walters
PETA FOUNDATION
gabew@petaf.org